AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:16-cr-00776-VEC |
| Joseph Percoco, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Percoco

Date: 03/31/2017

/s/ Abigail F. Coster
*Attorney's signature*

Abigail F. Coster, No. AC2229
*Printed name and bar number*

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*Address*

abigail.coster@srz.com
*E-mail address*

(212) 756-2000
*Telephone number*

(212) 593-5955
*FAX number*