

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, S1 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government respectfully writes in response to the Court's April 10, 2017 Order requiring the Government to update the Court monthly with regard to the status of discovery.

    Since the Government's discovery status letter dated April 7, 2017, we have produced approximately 49,302 pages of documents. At present, the Government is processing for production an additional 62,218 pages of documents, which will include additional documents obtained during the Government's ongoing investigation as well as approximately 14,397 pages of documents released by relevant counsel after having initially been withheld as potentially privileged.[1] The Government anticipates that these additional documents will be made available before the end of this month. The Government will continue to process and produce promptly any additional documents it obtains during its ongoing investigation.

---

[1] The Government has also produced, promptly after receipt, privilege logs from relevant counsel regarding those materials over which respective counsel are asserting privilege.

May 12, 2017
Page 2

      In addition, by letter dated May 12, 2017, an Assistant United States Attorney who is walled off from the prosecution team provided defense counsel with updates as to the ongoing reviews of documents previously withheld as potentially privileged by relevant counsel.

                                                       Respectfully submitted,

                                                       JOON H. KIM
                                                     Acting United States Attorney

                                                By:    /s/ David Zhou
                                                     Janis Echenberg/Robert Boone/
                                                       David Zhou/Matthew Podolsky
                                                     Assistant United States Attorneys
                                                     (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via ECF)