

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 12, 2017

**BY EMAIL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2017
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Joseph Percoco, et al.*, S1 16 Cr. 776 (VEC)

Dear Judge Caproni:

Yesterday afternoon, the grand jury returned Superseding Indictment S1 16 Cr. 776 in the captioned case. Enclosed is an electronic copy of the Superseding Indictment, as well as a document comparing the Superseding Indictment to the original Indictment.

The Government, with the consent of all defendants, respectfully requests that time be excluded until October 30, 2017 under the Speedy Trial Act for the same reasons set forth by the Court during the April 6, 2017 conference and in the Court's Order dated April 6, 2017. The parties also consent to defer arraignment on the Superseding Indictment until the next pretrial conference.

```
Not later than May 16, 2017, the Government
must file this letter on ECF.  Application to
defer arraignment on the Superseding
Indictment until the next pretrial conference
is GRANTED.  Pursuant to 18 U.S.C § 3161(h)(7)
(A), the period of delay between May 12, 2017,
and October 30, 2017, is excluded under the
Speedy Trial Act.  Given the complexity of
this case, including the voluminous discovery
that needs to be reviewed, the ends of justice
served by allowing Defendants sufficient time
to review discovery and to prepare for trial
outweigh the public's and the Defendants'
interests in a speedy trial.
```

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/
   Janis Echenberg/Robert Boone/
   David Zhou/Matthew Podolsky
   Assistant United States Attorneys
   (212) 637-2597/2208/2438/1947

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
5/12/2017