

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2017

**BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, S1 16 Cr. 776 (VEC)

Dear Judge Caproni:

    Yesterday afternoon, the grand jury returned Superseding Indictment S1 16 Cr. 776 in the captioned case. Enclosed is an electronic copy of the Superseding Indictment, as well as a document comparing the Superseding Indictment to the original Indictment.

    The Government, with the consent of all defendants, respectfully requests that time be excluded until October 30, 2017 under the Speedy Trial Act for the same reasons set forth by the Court during the April 6, 2017 conference and in the Court's Order dated April 6, 2017. The parties also consent to defer arraignment on the Superseding Indictment until the next pretrial conference.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:   /s/
    Janis Echenberg/Robert Boone/
    David Zhou/Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via email)