UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                -Against-

JOSEPH PERCOCO,
a/k/a "Herb,"
ALAIN KALOYEROS,
a/k/a "Dr. K,"
PETER GALBRAITH KELLY, JR.,
a/k/a "Braith,"
STEVEN AIELLO,
JOSEPH GERARDI,
LOUIS CIMINELLI,
MICHAEL LAIPPLE, and
KEVIN SCHULER,

                Defendants.

No. S1 16 CR 776 (VEC)

**Oral Argument Requested**

---

### Notice of Joseph Percoco's Motion for Severance

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Joseph Percoco's Motion for Severance, Defendant Joseph Percoco will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order severing Counts 1-5 from the Superseding Indictment from Percoco's trial.

Dated: New York, New York
       May 19, 2017                      SCHULTE ROTH & ZABEL LLP

                                                    By:   /s/ Barry A. Bohrer
                                                               Barry A. Bohrer
                                                               Michael L. Yaeger
                                                               Andrew D. Gladstein
                                                               Abigail F. Coster

                                                               919 Third Avenue
                                                               New York, NY 10022
                                                               Telephone: 212.756.2000

                                                *Attorneys for Joseph Percoco*