UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -Against-

JOSEPH PERCOCO,
a/k/a "Herb,"
ALAIN KALOYEROS,
a/k/a "Dr. K,"
PETER GALBRAITH KELLY, JR.,
a/k/a "Braith,"
STEVEN AIELLO,
JOSEPH GERARDI,
LOUIS CIMINELLI,
MICHAEL LAIPPLE, and
KEVIN SCHULER,

            Defendants.

No. S1 16 CR 776 (VEC)

**Oral Argument Requested**

---

### Notice of Joseph Percoco's Motion to Compel Production of *Brady* Materials

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Joseph Percoco's Motion to Compel Production of *Brady* Materials, Defendant Joseph Percoco will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order compelling the Government to produce any exculpatory evidence falling within the purview of *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.

Dated: New York, New York
       May 19, 2017
                  SCHULTE ROTH & ZABEL LLP

By:   /s/ Barry A. Bohrer
       Barry A. Bohrer
       Michael L. Yaeger
       Andrew D. Gladstein
       Abigail F. Coster

       919 Third Avenue
       New York, NY 10022
       Telephone: 212.756.2000

*Attorneys for Joseph Percoco*