UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JOSEPH PERCOCO,<br>a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>a/k/a "Dr. K.,"<br>PETER GALBRAITH KELLY, JR.,<br>a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>        Defendants. | No. S1 16 Cr. 776 (VEC) |

## Declaration of Barry A. Bohrer in Support of
## Motion for *Brady* Disclosure

I, BARRY A. BOHRER, hereby affirm as follows:

1. I am a member of the bar of this Court and a partner at Schulte Roth & Zabel LLP ("SRZ"), attorneys for defendant Joseph Percoco. I make this Declaration, based on firsthand knowledge, in support of Mr. Percoco's motion for *Brady* disclosure.

2. Attached hereto as Exhibit 1 is a true and correct copy of a redline provided by the government on May 12, 2017, reflecting changes between the Indictment and the Superseding Indictment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2017

By: <u>/s Barry A. Bohrer</u><br>Barry A. Bohrer