UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-Against-<br><br>JOSEPH PERCOCO,<br>a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>a/k/a "Dr. K,"<br>PETER GALBRAITH KELLY, JR.,<br>a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>                    Defendants. | No. S1 16 CR 776 (VEC)<br><br>**Oral Argument Requested** |

**Notice of Joseph Percoco's Motion for a Bill Of Particulars**

PLEASE TAKE NOTICE that upon the annexed Declaration of Barry A. Bohrer, dated May 19, 2017, and upon the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Joseph Percoco's Motion for a Bill of Particulars, Defendant Joseph Percoco will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure granting the Motion for a Bill of Particulars relating to, among other things, the "official acts" purportedly taken by Mr. Percoco in connection with the pending charges.

Dated: New York, New York
      May 19, 2017

SCHULTE ROTH & ZABEL LLP

By:  /s/ Barry A. Bohrer
     Barry A. Bohrer
     Michael L. Yaeger
     Andrew D. Gladstein
     Abigail F. Coster

     919 Third Avenue
     New York, NY 10022
     Telephone: 212.756.2000

*Attorneys for Joseph Percoco*