IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH PERCOCO,<br>    a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>    a/k/a "Dr. K,"<br>PETER GALBRAITH KELLY, JR.,<br>    a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>          Defendants. | Case No. 1:16-cr-00776 (VEC)<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

# NOTICE OF THE BUFFALO DEFENDANTS' JOINT MOTION TO DISMISS THE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12

| | |
|---|---|
| Moving Parties: | Defendants Louis Ciminelli, Michael Laipple, and Kevin Schuler (the "Buffalo Defendants"). |
| Directed To: | The Government. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Before the Honorable Valerie E. Caproni, United States District Judge, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. |
| Supporting Papers: | Declaration of Jessica A. Masella, dated May 19, 2017; and The Buffalo Defendants' Joint Memorandum of Law dated |

|  |  |
|---|---|
|  | May 19, 2017. |
| Reply Papers: | Defendant intends to reply. |
| Relief Requested: | An Order of the Court: |
|  | (1) Dismissing all charges against the Buffalo Defendants pursuant to Federal Rule of Criminal Procedure 12 for the Indictment's failure to allege the requisite elements of the charged crimes; or |
|  | (2) In the alternative, directing the Government to provide a bill of particulars so the Buffalo Defendants are not deprived of their right to a fair trial. |
| Grounds for Relief: | The United States Constitution, Federal Rule of Criminal Procedure 12, and federal decisions as set out in The Buffalo Defendant's Joint Memorandum of Law. |
| Oral Argument: | Requested, at the earliest date and time available to the Court. |

Dated: Buffalo, New York
May 19, 2017

**HODGSON RUSS LLP**
*Attorneys for Defendant Louis Ciminelli*

By: /s/Timothy W. Hoover
　　Daniel C. Oliverio
　　Timothy W. Hoover
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716.856.4000
doliverio@hodgsonruss.com
thoover@hodgsonruss.com

**DLA PIPER LLP (US)**
*Attorneys for Defendant Louis Ciminelli*

By: /s/ John M. Hillebrecht
　　John M. Hillebrecht
　　Jessica A. Masella
1251 Avenue of the Americas
New York, New York 10020
212.335.4829
john.hillebrecht@dlapiper.com
jessica.masella@dlapiper.com

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Defendant Michael Laipple*

By: /s/Herbert L. Greenman
  Herbert L. Greenman
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
716.849.1333
hgreenman@lglaw.com

**CONNORS LLP**
*Attorneys for Defendant Kevin Schuler*

By:  /s/Terrence M. Connors
  Terrence M. Connors
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
716.852.5533
tmc@connorsllp.com