UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JOSEPH PERCOCO, a/k/a "Herb,"<br>ALAIN KALOYEROS, a/k/a "Dr. K.,"<br>PETER GALBRAITH KELLY, JR., a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>                    Defendants. | No. S1 16 Cr. 776 (VEC)<br><br>**Oral Argument Requested** |

**DEFENDANT PETER GALBRAITH KELLY, JR.'S NOTICE OF MOTIONS
FOR SEVERANCE AND TO STRIKE PREJUDICIAL SURPLUSAGE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Peter Galbraith Kelly, Jr.'s Motion for Severance and Motion to Strike Prejudicial Surplusage, and the accompanying Declaration of Daniel M. Gitner, dated May 19, 2017, defendant Peter Galbraith Kelly, Jr., hereby moves this Court, before the Honorable Judge Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order granting a severance of counts and defendants pursuant to Rules 8(b) and 14 of the Federal Rules of Criminal Procedure, striking prejudicial surplusage from the Superseding Indictment pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure, and for such other relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's May 15, 2017 Order, opposition papers shall be served upon the undersigned no later than June 30, 2017, and reply papers, if any, shall be served no later than July 21, 2017.


Dated: May 19, 2017
       New York, NY

                              Respectfully submitted,


                              LANKLER SIFFERT & WOHL LLP


                              By: _____
                                   Daniel M. Gitner
                                   Jun Xiang
                                   Samantha J. Reitz

                                   500 Fifth Avenue
                                   New York, NY 10110
                                   (212) 921-8399

                                   *Attorneys for Defendant*
                                   *Peter Galbraith Kelly, Jr.*


TO:    Clerk of the Court
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

       Honorable Valerie E. Caproni
       United States District Judge
       Southern District of New York