# EXHIBIT A

**United States v. Percoco, et al., S1 16-CR-776 (VEC)**

| Count | Peter Galbraith Kelly, Jr. The Energy Company | Joseph Percoco The Executive Chamber | Steven Aiello & Joseph Gerardi The Syracuse Developer | Alain Kaloyeros SUNY Poly & Fort Schuyler | Louis Ciminelli, Michael Laipple, & Kevin Schuler The Buffalo Developer |
|---|---|---|---|---|---|
| 4. Wire Fraud – Buffalo | | | | Buffalo RFP Allegations | Buffalo RFP Allegations |
| 5. Bribe Payment – Buffalo | | | | Buffalo RFP Allegations | Buffalo RFP Allegations |
| 1. Wire Fraud Conspiracy | | | Syracuse RFP Allegations | Buffalo / Syracuse RFP Allegations | Buffalo RFP Allegations |
| 2. Wire Fraud – Syracuse | | | Syracuse RFP Allegations | Syracuse RFP Allegations | |
| 3. Bribe Payment – Syracuse | | | Syracuse RFP Allegations | Syracuse RFP Allegations | |
| 15. False Statements | | | ✓ | | |
| 8. Extortion – Syracuse | | Syracuse Bribery Allegations | | | |
| 12. Bribe Solicitation – Syracuse | | Syracuse Bribery Allegations | | | |
| 14. Bribe Payment – Syracuse | | | Syracuse Bribery Allegations | | |
| 10. Honest Services Fraud Conspiracy – Syracuse | | Syracuse Bribery Allegations | Syracuse Bribery Allegations | | |
| 6. Extortion Conspiracy | | Energy / Syracuse | | | |
| 9. Honest Services Fraud Conspiracy – Energy Co. | Energy Company Bribery Allegations | Energy Company Bribery Allegations | | | |
| 13. Bribe Payment – Energy Co. | Energy Company Bribery Allegations | | | | |
| 11. Bribe Solicitation – Energy Co. | | Energy Company Bribery Allegations | | | |
| 7. Extortion – Energy Co. | | Energy Company Bribery Allegations | | | |