# EXHIBIT T

| | United States v. Joseph Percoco, et al., 16 Cr. 776 (VEC) | | | | |
|---|---|---|---|---|---|
| | Discovery Index for All Defendants | | | | |
| | | | *as of* 5/18/2017 | | |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | Production 1 | | | | |
| 1 | 12/23/2016 | 12/28/2016 | CIMINELLI0000001 | CIMINELLI0003844 | LPCiminelli | RESTRICTED INFORMATION |
| 2 | 12/23/2016 | 12/28/2016 | CIMINELLI0004348 | CIMINELLI0017218 | LPCiminelli | RESTRICTED INFORMATION |
| 3 | 12/23/2016 | 12/28/2016 | CIMINELLI0046905 | CIMINELLI0047061 | LPCiminelli | RESTRICTED INFORMATION |
| 4 | 12/23/2016 | 12/28/2016 | CPV-SDNYGJ-00000001 | CPV-SDNYGJ-00039653 | Competive Power Ventures (CPV) | RESTRICTED INFORMATION |
| 5 | 12/23/2016 | 12/28/2016 | ESD-SDNY 0000001 | ESD-SDNY 0040796 | Empire State Development Corporation (ESD) | RESTRICTED INFORMATION |
| 6 | 12/23/2016 | 12/28/2016 | ESD-SDNY 0048894 | ESD-SDNY 0102711 | Empire State Development Corporation (ESD) | RESTRICTED INFORMATION |
| 7 | 12/23/2016 | 12/28/2016 | FS_SDNY000001 | FS_SDNY007289 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 8 | 12/23/2016 | 12/28/2016 | FS_SDNY007482 | FS_SDNY088811 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 9 | 12/23/2016 | 12/28/2016 | OGNYS-BB-00000001 | OGNYS-BB-00012165 | Office of the Governor of the State of New York | RESTRICTED INFORMATION |
| 10 | 12/23/2016 | 12/28/2016 | OGNYS-BB-00012375 | OGNYS-BB-00027107 | Office of the Governor of the State of New York | RESTRICTED INFORMATION |
| 11 | 12/23/2016 | 12/28/2016 | AC000001 | AC045713 | Andrew Cuomo 2014, 2018 | RESTRICTED INFORMATION |
| 12 | 12/23/2016 | 12/28/2016 | DUPECOOP01 | DUPECOOP01 | Contents of Black iphone Model A1429 (IMEI…2002) seized from 1300 Pennsylvania Ave, Washington DC (Whiteman Osterman & Hanna LLP -Government Solutions (WOH-GS) Office) (password for "Report": 2015R00444) | RESTRICTED INFORMATION |
| 13 | 12/23/2016 | 12/28/2016 | DUPECOOP02 | DUPECOOP02 | Contents of Verizon Palm Treo seized from 1300 Pennsylvania Ave, Washington DC (WOH-GS Office) | RESTRICTED INFORMATION |
| 14 | 12/23/2016 | 12/28/2016 | DUPECOOP03 | DUPECOOP03 | Contents of Verizon Palm Centro seized from 1300 Pennsylvania Ave, Washington DC (WOH-GS Office) | RESTRICTED INFORMATION |
| 15 | 12/23/2016 | 12/28/2016 | DUPECOOP04 | DUPECOOP04 | Forensic image of iPhone model A1549 (IMEI…1314) taken at Todd Howe's home | RESTRICTED INFORMATION |
| 16 | 12/23/2016 | 12/28/2016 | DUPECOOP05 | DUPECOOP05 | Contents iPad model A1567 seized from Todd Howe's home (password for "Report": 2015R00444) | RESTRICTED INFORMATION |
| 17 | 12/23/2016 | 12/28/2016 | DUPECOOP06 | DUPECOOP06 | Contents of iPad model A1475 seized from Todd Howe's home | RESTRICTED INFORMATION |
| 18 | 12/23/2016 | 12/28/2016 | DUPECOOP07 | DUPECOOP07 | Contents of iPhone model A1549 (IMEI…3994) seized from Todd Howe's home | RESTRICTED INFORMATION |
| 19 | 12/23/2016 | 12/28/2016 | DUPECOOP08 | DUPECOOP08 | Contents of iPhone model A1688 (IMEI…2006) obtained from Todd Howe | RESTRICTED INFORMATION |
| 20 | 12/23/2016 | 12/28/2016 | DUPECOOP09 | DUPECOOP09 | Forensic Images of two thumb drives seized from Chris Pitts's home (QNHA 2 & 3) | RESTRICTED INFORMATION |
| 21 | 12/23/2016 | 12/28/2016 | DUPECOOP10 | DUPECOOP10 | Forensic Image of Dell Latitude laptop (QNHA1) seized from Chris Pitts's home | RESTRICTED INFORMATION |
| 22 | 12/23/2016 | 12/28/2016 | DUPECOOP11 | DUPECOOP11 | Forensic Image of Dell Ispiron N7010 laptop (Q5600) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 23 | 12/23/2016 | 12/28/2016 | DUPECOOP12 | DUPECOOP12 | Forensic Image of Dell Latitude E6320 Laptop (Q5599) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 24 | 12/23/2016 | 12/28/2016 | DUPECOOP13 | DUPECOOP13 | Forensic Image of Maxtor External Hard Drive (Q5602) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 25 | 12/23/2016 | 12/28/2016 | DUPECOOP14 | DUPECOOP14 | Forensic Image of Apple iPhone Model (IMEI…4701) (Q5608) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 26 | 12/23/2016 | 12/28/2016 | DUPECOOP15 | DUPECOOP15 | Forensic Image of Staples DVD (Q5603) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 27 | 12/23/2016 | 12/28/2016 | DUPECOOP16 | DUPECOOP16 | Forensic Image of Imation CD (Q5604) seized from Joseph Percoco's home | RESTRICTED INFORMATION |

| # | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| 28 | 12/23/2016 | 12/28/2016 | DUPECOOP17 | DUPECOOP17 | Forensic Image of Dell Inspiron Model Desktop (Q5601) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 29 | 12/23/2016 | 12/28/2016 | DUPECOOP18 | DUPECOOP18 | Forensic Image of Dell Inspiron 660 Computer (Q5598) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 30 | 12/23/2016 | 12/28/2016 | DUPECOOP19 | DUPECOOP19 | Forensic Image of Dell Model Computer (Q5596) seized from Joseph Percoco's home | RESTRICTED INFORMATION |
| 31 | 12/23/2016 | 12/28/2016 | DUPECOOP20 | DUPECOOP20 | Forensic Image of Dell Inspiron 620 Computer Tower seized from 1300 Pennsylvania Ave, Washington DC (WOH-GS Office) | RESTRICTED INFORMATION |
| 32 | 12/23/2016 | 12/28/2016 | DUPECOOP21 | DUPECOOP21 | Contents of iPhone Model A1687 seized from Alain Kaloyeros | RESTRICTED INFORMATION |
| 33 | 12/23/2016 | 12/28/2016 | multiple | multiple | Individual defendant discovery (see separate tabs) | RESTRICTED INFORMATION |
|  | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
|  | | | | **Supplement to Production 1** | | |
| 34 | 12/26/2016 | 12/27/2016 | AC045714 | AC046816 | Andrew Cuomo 2014, 2018 | RESTRICTED INFORMATION |
| 35 | 12/26/2016 | 12/27/2016 | CIMINELLI0003845 | CIMINELLI0004347 | LPCiminelli | RESTRICTED INFORMATION |
| 36 | 12/26/2016 | 12/27/2016 | CIMINELLI0017219 | CIMINELLI0046904 | LPCiminelli | RESTRICTED INFORMATION |
| 37 | 12/26/2016 | 12/27/2016 | OGNYS-BB-00012166 | OGNYS-BB-00012374 | Office of the Governor of the State of New York | RESTRICTED INFORMATION |
| 38 | 12/26/2016 | 12/27/2016 | ESD-SDNY 0040797 | ESD-SDNY 0048893 | Empire State Development Corporation (ESD) | RESTRICTED INFORMATION |
| 39 | 12/26/2016 | 12/27/2016 | FS_SDNY007290 | FS_SDNY007481 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 40 | 12/26/2016 | 12/27/2016 | CPV-SDNYGJ-00018139 | CPV-SDNYGJ-00018195 | Competive Power Ventures (CPV) | RESTRICTED INFORMATION |
|  | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
|  | | | | **Production 2** | | |
| 41 | 1/8/2017 | 1/9/2017 | AIEL_000001 | AIEL_001507 | First Niagara: Aiello | RESTRICTED INFORMATION |
| 42 | 1/8/2017 | 1/9/2017 | AKINGUMP000001 | AKINGUMP000747 | Mathis Harple Group | RESTRICTED INFORMATION |
| 43 | 1/8/2017 | 1/9/2017 | B00000001 | B00002856 | Hueber Breuer | RESTRICTED INFORMATION |
| 44 | 1/8/2017 | 1/9/2017 | CARNEGIE00000001 | CARNEGIE00002400 | Carnegie Management, Inc | RESTRICTED INFORMATION |
| 45 | 1/8/2017 | 1/9/2017 | CHA0000259 | CHA0006014 | Clough Harbor & Associates (CHA) | RESTRICTED INFORMATION |
| 46 | 1/8/2017 | 1/9/2017 | CU000000001 | CU00000022 | Columbia University | RESTRICTED INFORMATION |
| 47 | 1/8/2017 | 1/9/2017 | DASNY0000001 | DASNY0001768 | Dormitory Authority of the State of New York (DASNY) | RESTRICTED INFORMATION |
| 48 | 1/8/2017 | 1/9/2017 | DMNA-BB-000000001 | DMNA-BB-000000447 | NY Department of Military & Naval Affairs | RESTRICTED INFORMATION |
| 49 | 1/8/2017 | 1/9/2017 | ICG-00000001 | ICG-00000562 | Island Capital Group | RESTRICTED INFORMATION |
| 50 | 1/8/2017 | 1/9/2017 | MYC-00000001 | MYC-00000018 | Montauk Yacht Club | RESTRICTED INFORMATION |
| 51 | 1/8/2017 | 1/9/2017 | Norstar00001 | Norstar08132 | Norstar | RESTRICTED INFORMATION |
| 52 | 1/8/2017 | 1/9/2017 | NYPA0000000001 | NYPA0000008420 | New York Power Authority (NYPA) | RESTRICTED INFORMATION |
| 53 | 1/8/2017 | 1/9/2017 | NYSDEC0000000001 | NYSDEC0000000010 | New York State (NYS) Department of Environmental Conservation | RESTRICTED INFORMATION |
| 54 | 1/8/2017 | 1/9/2017 | NYSDHCR0000000001 | NYSDHCR0000009398 | NYS Department of Housing & Community Renewal | RESTRICTED INFORMATION |
| 55 | 1/8/2017 | 1/9/2017 | NYSDOT0000000001 | NYSDOT0000000118 | NYS Department of Transportation | RESTRICTED INFORMATION |
| 56 | 1/8/2017 | 1/9/2017 | NYSDPS0000000001 | NYSDPS0000001322 | NYS Department of Public Service | RESTRICTED INFORMATION |
| 57 | 1/8/2017 | 1/9/2017 | NYSDPS0000001346 | NYSDPS0000001349 | NYS Department of Public Service | RESTRICTED INFORMATION |
| 58 | 1/8/2017 | 1/9/2017 | NYSERDA0000000001 | NYSERDA0000000023 | NYS Energy Research & Development Authority | RESTRICTED INFORMATION |
| 59 | 1/8/2017 | 1/9/2017 | PEM-1 | PEM-1961 | Pemco Group | RESTRICTED INFORMATION |
| 60 | 1/8/2017 | 1/9/2017 | PGK-SDNY-00000001 | PGK-SDNY-00000027 | Peter Galbraith Kelly | RESTRICTED INFORMATION |
| 61 | 1/8/2017 | 1/9/2017 | QUINIONES0000000001 | QUINIONES0000000075 | Gil Quiniones | RESTRICTED INFORMATION |
| 62 | 1/8/2017 | 1/9/2017 | RFSUNY00001 | RFSUNY000145 | SUNY Research Foundation | RESTRICTED INFORMATION |
| 63 | 1/8/2017 | 1/9/2017 | Rudolph0000001 | Rudolph0000438 | Ray Rudolph | RESTRICTED INFORMATION |
| 64 | 1/8/2017 | 1/9/2017 | S_SULLIVAN0000001 | S_SULLIVAN00008126 | Steve Sullivan | RESTRICTED INFORMATION |
| 65 | 1/8/2017 | 1/9/2017 | SCTY0000001 | SCTY00051527 | Solar City | RESTRICTED INFORMATION |
| 66 | 1/8/2017 | 1/9/2017 | STV_SDNY 00001 | STV_SDNY 04938 | STV | RESTRICTED INFORMATION |
| 67 | 1/8/2017 | 1/9/2017 | SUNY_Poly_AUSASubp00000001 | SUNY_Poly_AUSASubp00000709 | SUNY Polytechnic Institute | RESTRICTED INFORMATION |
| 68 | 1/8/2017 | 1/9/2017 | SUNY_Poly_SDNY_1_00000001 | SUNY_Poly_SDNY_1_00000050 | SUNY Polytechnic Institute | RESTRICTED INFORMATION |
|  | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
|  | | | | **Production 3** | | |
| 69 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000001 | SDNY-SW-00000016 | Search Warrant Inventory Logs: 2 Millstone Lane | RESTRICTED INFORMATION |
| 70 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000017 | SDNY-SW-00000018 | Search Warrant Inventory Logs: 58 N. Brook Street | RESTRICTED INFORMATION |
| 71 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000019 | SDNY-SW-00000021 | Search Warrant Inventory Logs: 1300 Pennsylvania Avenue NW | RESTRICTED INFORMATION |
| 72 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000022 | SDNY-SW-00000027 | Search Warrant Inventory Logs: 4107 Fordham Road NW | RESTRICTED INFORMATION |
| 73 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000028 | SDNY-SW-00000158 | Search Warrant Location Photos: 2 Millstone Lane | RESTRICTED INFORMATION |
| 74 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000159 | SDNY-SW-00000221 | Search Warrant Location Photos: 58 N. Brook Street | RESTRICTED INFORMATION |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 75 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000222 | SDNY-SW-00000364 | Search Warrant Location Photos: 1300 Pennsylvania Avenue NW | RESTRICTED INFORMATION |
| 76 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000365 | SDNY-SW-00000641 | Search Warrant Location Photos: 4107 Fordham Road NW | RESTRICTED INFORMATION |
| 77 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000642 | SDNY-SW-00000663 | Search Warrant Photographs of Seized Items: 2 Millstone Lane | RESTRICTED INFORMATION |
| 78 | 1/17/2017 | 1/26/2017 | SDNY-SW-00000664 | SDNY-SW-00001049 | Search Warrant Photographs of Seized Items: 58 N. Brook Street | RESTRICTED INFORMATION |
| 79 | 1/17/2017 | 1/26/2017 | SDNY-SW-00001050 | SDNY-SW-00001053 | Search Warrant Photographs of Seized Items: 1300 Pennsylvania Avenue NW, 4107 Fordham Road NW | RESTRICTED INFORMATION |
| 80 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_000000001 | SDNY-SCANNED_00000627 | Box 1: Documents from Search Warrant at 1300 Pennsylvania Avenue (Todd Howe) | RESTRICTED INFORMATION |
| 81 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00000628 | SDNY-SCANNED_00001239 | Box 2: Documents from Search Warrant at 58 N. Brook St, Hampton, CT (Chris Pitts) | RESTRICTED INFORMATION |
| 82 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00001240 | SDNY-SCANNED_00002639 | Box 3: Documents from Search Warrant at 2 Millstone Lane, South Salem (Joseph Percoco) | RESTRICTED INFORMATION |
| 83 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00002640 | SDNY-SCANNED_00006584 | Box 4: Subpoenaed Records from Santandar Regarding STV Engineers | RESTRICTED INFORMATION |
| 84 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00006585 | SDNY-SCANNED_00009821 | Box 5: Subpoenaed Records from Santandar Regarding STV Engineers | RESTRICTED INFORMATION |
| 85 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00009822 | SDNY-SCANNED_00011409 | Box 6: Subpoenaed Records from Santandar Regarding STV Engineers | RESTRICTED INFORMATION |
| 86 | 1/17/2017 | 1/26/2017 | SDNY-SCANNED_00011410 | SDNY-SCANNED_00015051 | Box 7: Subpoenaed Records from Key Bank Regarding Kevin Reilly | RESTRICTED INFORMATION |
| 87 | 1/17/2017 | 1/26/2017 | SDNY_000000001 | SDNY_000132946 | Gmail: Howard Glaser | RESTRICTED INFORMATION |
| 88 | 1/17/2017 | 1/26/2017 | SDNY_000132947 | SDNY_000133347 | Gmail: Todd Howe | RESTRICTED INFORMATION |
| 89 | 1/17/2017 | 1/26/2017 | SDNY_000133348 | SDNY_000250714 | AOL: Joseph Percoco | RESTRICTED INFORMATION |
| 90 | 1/17/2017 | 1/26/2017 | SDNY_000250715 | SDNY_000285962 | AOL: Joseph Percoco 2703(d) | RESTRICTED INFORMATION |
| 91 | 1/17/2017 | 1/26/2017 | SDNY_000285963 | SDNY_000298501 | Gmail: Joseph Percoco | RESTRICTED INFORMATION |
| 92 | 1/17/2017 | 1/26/2017 | SDNY_000298502 | SDNY_000368073 | Gmail: Alain Kaloyeros | RESTRICTED INFORMATION |
| 93 | 1/17/2017 | 1/26/2017 | SDNY_000368074 | SDNY_000370206 | Gmail: Lisa Percoco | RESTRICTED INFORMATION |
| 94 | 1/17/2017 | 1/26/2017 | SDNY_000370207 | SDNY_000370658 | Google Drive: Lisa Percoco | RESTRICTED INFORMATION |
| 95 | 1/17/2017 | 1/26/2017 | SDNY_000370659 | SDNY_000572672 | AOL: Joseph Nicolla | RESTRICTED INFORMATION |
| 96 | 1/17/2017 | 1/26/2017 | SDNY_000572673 | SDNY_000681134 | Yahoo: Gil Quiniones | RESTRICTED INFORMATION |
| 97 | 1/17/2017 | 1/26/2017 | SDNY_000681135 | SDNY_000686299 | Gmail: Lou Ciminelli 2703(d) | RESTRICTED INFORMATION |
| 98 | 1/17/2017 | 1/26/2017 | SDNY_000686300 | SDNY_000709559 | Gmail: Alain Kaloyeros 2703(d) | RESTRICTED INFORMATION |
| 99 | 1/17/2017 | 1/26/2017 | SDNY_000709560 | SDNY_000712024 | AOL: Lisa Percoco 2703(d) | RESTRICTED INFORMATION |
| 100 | 1/17/2017 | 1/26/2017 | SDNY_000712025 | SDNY_000859059 | Whiteman, Osterman, Hanna (WOH) | RESTRICTED INFORMATION |
| 101 | 1/17/2017 | 1/26/2017 | SDNY_000859060 | SDNY_000863079 | Gmail: Ciminelli | RESTRICTED INFORMATION |
| | | | | Devices | | |
| 102 | 1/17/2017 | 1/26/2017 | DUPECOOP22 | DUPECOOP22 | Forensic image of HP Elitebook 820 laptop (Q5597) seized from Joseph Percoco's home (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 103 | 1/17/2017 | 1/26/2017 | DUPECOOP09A | DUPECOOP09A | Extracted user files of DUPECOOP09 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 104 | 1/17/2017 | 1/26/2017 | DUPECOOP10A | DUPECOOP10A | Extracted user files of DUPECOOP10 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 105 | 1/17/2017 | 1/26/2017 | DUPECOOP11A | DUPECOOP11A | Extracted user files of DUPECOOP11 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 106 | 1/17/2017 | 1/26/2017 | DUPECOOP12A | DUPECOOP12A | Extracted user files of DUPECOOP12 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 107 | 1/17/2017 | 1/26/2017 | DUPECOOP13A | DUPECOOP13A | Extracted user files of DUPECOOP13 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 108 | 1/17/2017 | 1/26/2017 | DUPECOOP15A | DUPECOOP15A | Extracted user files of DUPECOOP15 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 109 | 1/17/2017 | 1/26/2017 | DUPECOOP16A | DUPECOOP16A | Extracted user files of DUPECOOP16 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 110 | 1/17/2017 | 1/26/2017 | DUPECOOP18A | DUPECOOP18A | Extracted user files of DUPECOOP18 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 111 | 1/17/2017 | 1/26/2017 | DUPECOOP19A | DUPECOOP19A | Extracted user files of DUPECOOP19 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 112 | 1/17/2017 | 1/26/2017 | DUPECOOP20A | DUPECOOP20A | Extracted user files of DUPECOOP20 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 113 | 1/17/2017 | 1/26/2017 | DUPECOOP11B | DUPECOOP11B | Extracted audio and video files of DUPECOOP11 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 114 | 1/17/2017 | 1/26/2017 | DUPECOOP12B | DUPECOOP12B | Extracted audio and video files of DUPECOOP12 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 115 | 1/17/2017 | 1/26/2017 | DUPECOOP13B | DUPECOOP13B | Extracted audio and video files of DUPECOOP13 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 116 | 1/17/2017 | 1/26/2017 | DUPECOOP17B | DUPECOOP17B | Extracted audio and video files of DUPECOOP17 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 117 | 1/17/2017 | 1/26/2017 | DUPECOOP18B | DUPECOOP18B | Extracted audio and video files of DUPECOOP18 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 118 | 1/17/2017 | 1/26/2017 | DUPECOOP19B | DUPECOOP19B | Extracted audio and video files of DUPECOOP19 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |

| | | | | | |
|---|---|---|---|---|---|
| 119 | 1/17/2017 | 1/26/2017 | DUPECOOP22B | DUPECOOP22B | Extracted audio and video files of DUPECOOP22 (Password: 2015R00444-NYS!) | RESTRICTED INFORMATION |
| 120 | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 4** | | |
| 121 | 1/25/2016 | 1/26/2017 | CHA0000136 | CHA0000258 | CHA Supplement | RESTRICTED INFORMATION |
| 122 | 1/25/2016 | 1/26/2017 | NYSDEC0000000011 | NYSDEC0000000101 | NYSDEC Supplement | RESTRICTED INFORMATION |
| 123 | 1/25/2016 | 1/26/2017 | NYSDPS0000001323 | NYSDPS0000001345 | NYSDPS Supplement | RESTRICTED INFORMATION |
| 124 | 1/25/2016 | 1/26/2017 | 000001 | 000563 | 3Gi Terminals, Global Mohawk Logistics | RESTRICTED INFORMATION |
| | | | | **Emails** | | |
| 125 | 1/25/2016 | 1/26/2017 | SDNY_000863080 | SDNY_000865692 | Yahoo: Howe | RESTRICTED INFORMATION |
| | | | | **Phone Records** | | |
| 126 | 1/25/2016 | 1/26/2017 | SDNY_000865693 | SDNY_000916780 | AT&T: Andre Carter, Steve Lawler, Lou Ciminelli, Howard Glaser, Paula Kaloyeros, Brandi Rickard, Ray Rudolph | RESTRICTED INFORMATION |
| 127 | 1/25/2016 | 1/26/2017 | SDNY_000916781 | SDNY_000916850 | Epoch: Kaloyeros | RESTRICTED INFORMATION |
| 128 | 1/25/2016 | 1/26/2017 | SDNY_000916851 | SDNY_000916851 | Iowa Wireless: Subscriber Info | RESTRICTED INFORMATION |
| 129 | 1/25/2016 | 1/26/2017 | SDNY_000916852 | SDNY_000916871 | Time Warner Cable: Kaloyeros, Ralph Doyle, Potomac Strategies, Subscriber Info | RESTRICTED INFORMATION |
| 130 | 1/25/2016 | 1/26/2017 | SDNY_000916872 | SDNY_000916884 | T-Mobile: Jessica Cramer, Leydi Zapata, Michael Pitts, Subscriber Info | RESTRICTED INFORMATION |
| 131 | 1/25/2016 | 1/26/2017 | SDNY_000916885 | SDNY_000917068 | Verizon: Kaloyeros, Subscriber Info | RESTRICTED INFORMATION |
| 132 | 1/25/2016 | 1/26/2017 | SDNY_000917069 | SDNY_000925368 | Verizon Wireless: Kaloyeros, Aiello, Andrew Cuomo, Jerry Barber, Peter Cutler, David Doyle, Kristen Doyle, Robert Geer, Thomas Giordano, Sarah Howe, Mark Impellizzeri, Paula Kieffer, Joseph Nicolla, NYS Democratic Committee, Thomas O'Brien, Joe Percoco, Lisa Percoco, Joe Rabito, John Regan, SUNY Research (Kaloyeros), WOH (Todd Howe) | RESTRICTED INFORMATION |
| 133 | 1/25/2016 | 1/26/2017 | SDNY_000925369 | SDNY_000925374 | Xcast Labs: Virtual Voice Technologies | RESTRICTED INFORMATION |
| 134 | 1/25/2016 | 1/26/2017 | SDNY_000925375 | SDNY_000925382 | Broadview Networks: Subscriber Info | RESTRICTED INFORMATION |
| 135 | 1/25/2016 | 1/26/2017 | SDNY_000925383 | SDNY_000925410 | Cornerstone | RESTRICTED INFORMATION |
| 136 | 1/25/2016 | 1/26/2017 | SDNY_000925411 | SDNY_000925417 | Global Telecom | RESTRICTED INFORMATION |
| 137 | 1/25/2016 | 1/26/2017 | SDNY_000925418 | SDNY_000925418 | Fairpoint Comm: Subscriber Info | RESTRICTED INFORMATION |
| 138 | 1/25/2016 | 1/26/2017 | SDNY_000925419 | SDNY_000925430 | Sprint: Subscriber Info | RESTRICTED INFORMATION |
| 139 | 1/25/2016 | 1/26/2017 | SDNY_000925431 | SDNY_000925431 | Ben Lomand (Subsentio): Subscriber Info | RESTRICTED INFORMATION |
| 140 | 1/25/2016 | 1/26/2017 | SDNY_000925432 | SDNY_000925436 | Comcast: Subscriber Info | RESTRICTED INFORMATION |
| 141 | 1/25/2016 | 1/26/2017 | SDNY_000925437 | SDNY_000925900 | Frontier Communications: Peter Kelly | RESTRICTED INFORMATION |
| 142 | 1/25/2016 | 1/26/2017 | SDNY_000925901 | SDNY_000925901 | Met Tel: Subscriber Info | RESTRICTED INFORMATION |
| 143 | 1/25/2016 | 1/26/2017 | SDNY_000925902 | SDNY_000925903 | Level 3: Subscriber Info | RESTRICTED INFORMATION |
| 144 | 1/25/2016 | 1/26/2017 | SDNY_000925904 | SDNY_000926205 | Cablevision Lightpath: Subscriber Info | RESTRICTED INFORMATION |
| 145 | 1/25/2016 | 1/26/2017 | SDNY_000926206 | SDNY_000926210 | Charter Fiber: Subscriber Info | RESTRICTED INFORMATION |
| 146 | 1/25/2016 | 1/26/2017 | SDNY_000926211 | SDNY_000926228 | Windstream/Paetec: Subscriber Info | RESTRICTED INFORMATION |
| 147 | 1/25/2016 | 1/26/2017 | SDNY_000926229 | SDNY_000926237 | Mid-Hudson Communications | RESTRICTED INFORMATION |
| 148 | 1/25/2016 | 1/26/2017 | SDNY_000926238 | SDNY_000926238 | Broadsoft: Subscriber Info | RESTRICTED INFORMATION |
| 149 | 1/25/2016 | 1/26/2017 | SDNY_000926239 | SDNY_000926245 | Tech Valley Communications: WOH | RESTRICTED INFORMATION |
| | | | | **Bank Records** | | |
| 150 | 1/25/2016 | 1/26/2017 | SDNY_000926246 | SDNY_000926550 | Ally: Ray Rudolph, Michael Laipple, Andrew Kennedy | RESTRICTED INFORMATION |
| 151 | 1/25/2016 | 1/26/2017 | SDNY_000926551 | SDNY_000932849 | American Express: Aiello, LP Ciminelli, Eimicke, Kelly, O'Brien, Percocos | RESTRICTED INFORMATION |
| 152 | 1/25/2016 | 1/26/2017 | SDNY_000932850 | SDNY_000939266 | Bank of America: Aiello, Ciminelli, Eimicke, Giordano, Hamm, Kaloyeros, Kelly, Kennedy, O'Brien | RESTRICTED INFORMATION |

| # | Date1 | Date2 | Begin Bates | End Bates | Description | Classification |
|---|-------|-------|-------------|-----------|-------------|----------------|
| 153 | 1/25/2016 | 1/26/2017 | SDNY_000939267 | SDNY_000940348 | Bank of Internet: Howe | RESTRICTED INFORMATION |
| 154 | 1/25/2016 | 1/26/2017 | SDNY_000940349 | SDNY_000941620 | BarclayCard: Howe, Kaloyeros, Percocos, Rudolph, Schuler | RESTRICTED INFORMATION |
| 155 | 1/25/2016 | 1/26/2017 | SDNY_000941621 | SDNY_000965395 | Berkshire Bank: Aiello, Clay/COR Companies, Kelly, Nicolla | RESTRICTED INFORMATION |
| 156 | 1/25/2016 | 1/26/2017 | SDNY_000965396 | SDNY_000965400 | BNY Mellon: Round Hill | RESTRICTED INFORMATION |
| 157 | 1/25/2016 | 1/26/2017 | SDNY_000965401 | SDNY_000965724 | Bogman Inc.: Kerri Hamm | RESTRICTED INFORMATION |
| 158 | 1/25/2016 | 1/26/2017 | SDNY_000965725 | SDNY_000967042 | CapCom FCU: O'Brien, Rudolph | RESTRICTED INFORMATION |
| 159 | 1/25/2016 | 1/26/2017 | SDNY_000967043 | SDNY_000970416 | Capital One: Howe, Talon Enterprises | RESTRICTED INFORMATION |
| 160 | 1/25/2016 | 1/26/2017 | SDNY_000970417 | SDNY_000970417 | Charles Schwab: Ciminelli (Password: A3ed2F8p) | RESTRICTED INFORMATION |
| 161 | 1/25/2016 | 1/26/2017 | SDNY_000970418 | SDNY_000977573 | Chase Bank: Carnegie Management, Eimicke, Glaser, Hamm, Kaloyeros, Percoco, Pitts, Quiniones, Rudolph, Saltzman, Schuler | RESTRICTED INFORMATION |
| 162 | 1/25/2016 | 1/26/2017 | SDNY_000977574 | SDNY_000977946 | Chemung Canal Trust Co: Rudolph | RESTRICTED INFORMATION |
| 163 | 1/25/2016 | 1/26/2017 | SDNY_000977947 | SDNY_000978264 | CitiBank: Kaloyeros, Percoco | RESTRICTED INFORMATION |
| 164 | 1/25/2016 | 1/26/2017 | SDNY_000978265 | SDNY_000992925 | Citizen's Bank: CHA Consulting, Ciminelli, Kaloyeros, Pitts | RESTRICTED INFORMATION |
| 165 | 1/25/2016 | 1/26/2017 | SDNY_000992926 | SDNY_000992985 | Dovenmuehle Mortgage: Hamm | RESTRICTED INFORMATION |
| 166 | 1/25/2016 | 1/26/2017 | SDNY_000992986 | SDNY_000998890 | First Niagara: Ciminelli, Kaloyeros, Nicolla | RESTRICTED INFORMATION |
| 167 | 1/25/2016 | 1/26/2017 | SDNY_000998891 | SDNY_000998940 | Ford Credit: Percoco | RESTRICTED INFORMATION |
| 168 | 1/25/2016 | 1/26/2017 | SDNY_000998941 | SDNY_000999225 | GFI Mortgage Backers: Percoco | RESTRICTED INFORMATION |
| 169 | 1/25/2016 | 1/26/2017 | SDNY_000999226 | SDNY_001000548 | GuardHill: Howe, Percoco | RESTRICTED INFORMATION |
| 170 | 1/25/2016 | 1/26/2017 | SDNY_001000549 | SDNY_001000553 | HSBC: Howe (Password: 3460102DP) | RESTRICTED INFORMATION |
| 171 | 1/25/2016 | 1/26/2017 | SDNY_001000554 | SDNY_001000554 | HSBC: Howe (Password: 3460102dp) | RESTRICTED INFORMATION |
| 172 | 1/25/2016 | 1/26/2017 | SDNY_001000555 | SDNY_001000569 | HSBC: Howe checks | RESTRICTED INFORMATION |
| 173 | 1/25/2016 | 1/26/2017 | SDNY_001000570 | SDNY_001000571 | HSBC: Howe (Password: 3468945DP) | RESTRICTED INFORMATION |
| 174 | 1/25/2016 | 1/26/2017 | SDNY_001000572 | SDNY_001001050 | HSBC: Howe | RESTRICTED INFORMATION |
| 175 | 1/25/2016 | 1/26/2017 | SDNY_001001051 | SDNY_001007076 | Key Bank: Aiellos, COR Dev., COR Rte 5, Eimicke, Fort Schuyler, Maple Heights LLC, Nicolla, Schuyler, WOH | RESTRICTED INFORMATION |
| 176 | 1/25/2016 | 1/26/2017 | SDNY_001007077 | SDNY_001007608 | Kinderhook: William Eimicke, Karen Murphy | RESTRICTED INFORMATION |
| 177 | 1/25/2016 | 1/26/2017 | SDNY_001007609 | SDNY_001034221 | M&T Bank: Aiellos, Ciminelli, COR, Glaser, Howe, Hueber Breuer, LP Ciminelli, McGuire, Nicolla, Rudolph Schuler | RESTRICTED INFORMATION |
| 178 | 1/25/2016 | 1/26/2017 | SDNY_001034222 | SDNY_001034501 | MB Financal: Aiello, O'Brien | RESTRICTED INFORMATION |
| 179 | 1/25/2016 | 1/26/2017 | SDNY_001034502 | SDNY_001046441 | NBT Bank: Nicolla | RESTRICTED INFORMATION |
| 180 | 1/25/2016 | 1/26/2017 | SDNY_001046442 | SDNY_001047076 | Ontario Shores FCU: Schuler | RESTRICTED INFORMATION |
| 181 | 1/25/2016 | 1/26/2017 | SDNY_001047077 | SDNY_001047790 | People's United Bank: Percoco | RESTRICTED INFORMATION |
| 182 | 1/25/2016 | 1/26/2017 | SDNY_001047791 | SDNY_001047867 | Pioneer: Kaloyeros | RESTRICTED INFORMATION |
| 183 | 1/25/2016 | 1/26/2017 | SDNY_001047868 | SDNY_001048776 | PNC: Glaser | RESTRICTED INFORMATION |
| 184 | 1/25/2016 | 1/26/2017 | SDNY_001048777 | SDNY_001050261 | SEFCU: Kennedy, Nicola, Rabito, Schuler | RESTRICTED INFORMATION |
| 185 | 1/25/2016 | 1/26/2017 | SDNY_001050262 | SDNY_001050507 | SunTrust: Howe | RESTRICTED INFORMATION |
| 186 | 1/25/2016 | 1/26/2017 | SDNY_001050508 | SDNY_001050513 | Suntrust: Howe (Password: oH^aaTVb) | RESTRICTED INFORMATION |
| 187 | 1/25/2016 | 1/26/2017 | SDNY_001050514 | SDNY_001050514 | SunTrust: Glaser (Password: )8Pfk@+R) | RESTRICTED INFORMATION |
| 188 | 1/25/2016 | 1/26/2017 | SDNY_001050515 | SDNY_001050515 | SunTrust: Glaser (Password: si6$yFeu) | RESTRICTED INFORMATION |
| 189 | 1/25/2016 | 1/26/2017 | SDNY_001050516 | SDNY_001050524 | SunTrust: Howe | RESTRICTED INFORMATION |
| 190 | 1/25/2016 | 1/26/2017 | SDNY_001050525 | SDNY_001050525 | Suntrust: Howe (Password: CGEdp!Hi) | RESTRICTED INFORMATION |
| 191 | 1/25/2016 | 1/26/2017 | SDNY_001050526 | SDNY_001050526 | Suntrust: Howe (Password: q6GukfWp) | RESTRICTED INFORMATION |
| 192 | 1/25/2016 | 1/26/2017 | SDNY_001050527 | SDNY_001050527 | Suntrust: Howe (Password: Hpb$ct8C) | RESTRICTED INFORMATION |

| # | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| 193 | 1/25/2016 | 1/26/2017 | SDNY_001050528 | SDNY_001050528 | Suntrust: Howe (Password: SdCg89yt) | RESTRICTED INFORMATION |
| 194 | 1/25/2016 | 1/26/2017 | SDNY_001050529 | SDNY_001050529 | Suntrust: Howe (Password: V+V6xMBq) | RESTRICTED INFORMATION |
| 195 | 1/25/2016 | 1/26/2017 | SDNY_001050530 | SDNY_001050530 | Suntrust: Howe (Password: QG6g@$0) | RESTRICTED INFORMATION |
| 196 | 1/25/2016 | 1/26/2017 | SDNY_001050531 | SDNY_001050531 | Suntrust: Howe (Password: Z)qkL822) | RESTRICTED INFORMATION |
| 197 | 1/25/2016 | 1/26/2017 | SDNY_001050532 | SDNY_001050553 | Toyota Motor Credit Corp: Howe | RESTRICTED INFORMATION |
| 198 | 1/25/2016 | 1/26/2017 | SDNY_001050554 | SDNY_001050705 | Trustco Bank: Kennedy | RESTRICTED INFORMATION |
| 199 | 1/25/2016 | 1/26/2017 | SDNY_001050706 | SDNY_001051971 | UBS: Glaser | RESTRICTED INFORMATION |
| 200 | 1/25/2016 | 1/26/2017 | SDNY_001051972 | SDNY_001052872 | Webster Bank: Kelly | RESTRICTED INFORMATION |
| 201 | 1/25/2016 | 1/26/2017 | SDNY_001052873 | SDNY_001054398 | Wells Fargo: Aiello, Percoco, Rabito, O'Brien, Rudolph, WOH | RESTRICTED INFORMATION |
| 202 | 1/25/2016 | 1/26/2017 | SDNY_001054399 | SDNY_001055241 | Credit Reports: Equifax, Experian, TransUnion | RESTRICTED INFORMATION |
| 203 | | | | | | |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 5** | | |
| 204 | 1/25/2016 | 1/26/2017 | SDNY_001055242 | SDNY_001055328 | Acquest | RESTRICTED INFORMATION |
| 205 | 1/25/2016 | 1/26/2017 | SDNY_001055329 | SDNY_001055331 | Alto Contracting | RESTRICTED INFORMATION |
| 206 | 1/25/2016 | 1/26/2017 | SDNY_001055332 | SDNY_001055474 | Apple (password: E77e7MWhY9whhkT) | RESTRICTED INFORMATION |
| 207 | 1/25/2016 | 1/26/2017 | SDNY_001055475 | SDNY_001055475 | Bacchus | RESTRICTED INFORMATION |
| 208 | 1/25/2016 | 1/26/2017 | SDNY_001055476 | SDNY_001055723 | Best Western | RESTRICTED INFORMATION |
| 209 | 1/25/2016 | 1/26/2017 | SDNY_001055724 | SDNY_001055843 | Carbonella & Co. | RESTRICTED INFORMATION |
| 210 | 1/25/2016 | 1/26/2017 | SDNY_001055844 | SDNY_001055851 | CCBill | RESTRICTED INFORMATION |
| 211 | 1/25/2016 | 1/26/2017 | SDNY_001055852 | SDNY_001056240 | Center Armory Associates | RESTRICTED INFORMATION |
| 212 | 1/25/2016 | 1/26/2017 | SDNY_001056241 | SDNY_001056244 | Century House Hotel | RESTRICTED INFORMATION |
| 213 | 1/25/2016 | 1/26/2017 | SDNY_001056245 | SDNY_001058600 | Ciminelli Real Estate | RESTRICTED INFORMATION |
| 214 | 1/25/2016 | 1/26/2017 | SDNY_001058601 | SDNY_001058618 | City of Rochester | RESTRICTED INFORMATION |
| 215 | 1/25/2016 | 1/26/2017 | SDNY_001058619 | SDNY_001068884 | CNYRP | RESTRICTED INFORMATION |
| 216 | 1/25/2016 | 1/26/2017 | SDNY_001068885 | SDNY_001070132 | Columbia Development | RESTRICTED INFORMATION |
| 217 | 1/25/2016 | 1/26/2017 | SDNY_001070133 | SDNY_001091230 | Conifer Realty | RESTRICTED INFORMATION |
| 218 | 1/25/2016 | 1/26/2017 | SDNY_001091231 | SDNY_001110744 | COR | RESTRICTED INFORMATION |
| 219 | 1/25/2016 | 1/26/2017 | SDNY_001110745 | SDNY_001110750 | Desmond Hotel | RESTRICTED INFORMATION |
| 220 | 1/25/2016 | 1/26/2017 | SDNY_001110751 | SDNY_001110759 | Della Francesca | RESTRICTED INFORMATION |
| 221 | 1/25/2016 | 1/26/2017 | SDNY_001110760 | SDNY_001110761 | Emailfinder.com | RESTRICTED INFORMATION |
| 222 | 1/25/2016 | 1/26/2017 | SDNY_001110762 | SDNY_001112689 | Empire Housing & Development | RESTRICTED INFORMATION |
| 223 | 1/25/2016 | 1/26/2017 | SDNY_001112690 | SDNY_001112967 | FedEx | RESTRICTED INFORMATION |
| 224 | 1/25/2016 | 1/26/2017 | SDNY_001112968 | SDNY_001113246 | Field Realty | RESTRICTED INFORMATION |
| 225 | 1/25/2016 | 1/26/2017 | SDNY_001113247 | SDNY_001113976 | Fitzwater & Dean | RESTRICTED INFORMATION |
| 226 | 1/25/2016 | 1/26/2017 | SDNY_001113977 | SDNY_001114070 | Fort Orange | RESTRICTED INFORMATION |
| 227 | 1/25/2016 | 1/26/2017 | SDNY_001114071 | SDNY_001114075 | Hallmark | RESTRICTED INFORMATION |
| 228 | 1/25/2016 | 1/26/2017 | SDNY_001114076 | SDNY_001114839 | Kerri Hamm | RESTRICTED INFORMATION |
| 229 | 1/25/2016 | 1/26/2017 | SDNY_001114840 | SDNY_001114861 | Hob Knob Realty | RESTRICTED INFORMATION |
| 230 | 1/25/2016 | 1/26/2017 | SDNY_001114862 | SDNY_001114875 | Howard University | RESTRICTED INFORMATION |
| 231 | 1/25/2016 | 1/26/2017 | SDNY_001114876 | SDNY_001114880 | Instant Checkmate | RESTRICTED INFORMATION |
| 232 | 1/25/2016 | 1/26/2017 | SDNY_001114881 | SDNY_001114887 | Intelius | RESTRICTED INFORMATION |
| 233 | 1/25/2016 | 1/26/2017 | SDNY_001114888 | SDNY_001114917 | Irwin Marine | RESTRICTED INFORMATION |
| 234 | 1/25/2016 | 1/26/2017 | SDNY_001114918 | SDNY_001115546 | JCOPE | RESTRICTED INFORMATION |
| 235 | 1/25/2016 | 1/26/2017 | SDNY_001115547 | SDNY_001115547 | The Krog | RESTRICTED INFORMATION |

| | | | | | |
|---|---|---|---|---|---|
| 236 | 1/25/2016 | 1/26/2017 | SDNY_001115548 | SDNY_001115548 | Kohl's (password: 2016Percoco) | RESTRICTED INFORMATION |
| 237 | 1/25/2016 | 1/26/2017 | SDNY_001115549 | SDNY_001115604 | Lend Lease | RESTRICTED INFORMATION |
| 238 | 1/25/2016 | 1/26/2017 | SDNY_001115605 | SDNY_001115743 | Jeff Lovell | RESTRICTED INFORMATION |
| 239 | 1/25/2016 | 1/26/2017 | SDNY_001115744 | SDNY_001115752 | Marriott Rewards | RESTRICTED INFORMATION |
| 240 | 1/25/2016 | 1/26/2017 | SDNY_001115753 | SDNY_001115764 | MBI Probiller | RESTRICTED INFORMATION |
| 241 | 1/25/2016 | 1/26/2017 | SDNY_001115765 | SDNY_001117248 | McGuire | RESTRICTED INFORMATION |
| 242 | 1/25/2016 | 1/26/2017 | SDNY_001117249 | SDNY_001117355 | Mensch Capital | RESTRICTED INFORMATION |
| 243 | 1/25/2016 | 1/26/2017 | SDNY_001117356 | SDNY_001117373 | Meta-billing | RESTRICTED INFORMATION |
| 244 | 1/25/2016 | 1/26/2017 | SDNY_001117374 | SDNY_001117427 | Microsoft | RESTRICTED INFORMATION |
| 245 | 1/25/2016 | 1/26/2017 | SDNY_001117428 | SDNY_001117478 | Mohegan Tribal | RESTRICTED INFORMATION |
| 246 | 1/25/2016 | 1/26/2017 | SDNY_001117479 | SDNY_001117481 | Nassau County | RESTRICTED INFORMATION |
| 247 | 1/25/2016 | 1/26/2017 | SDNY_001117482 | SDNY_001117486 | NYS Department of Motor Vehicles | RESTRICTED INFORMATION |
| 248 | 1/25/2016 | 1/26/2017 | SDNY_001117487 | SDNY_001117617 | NY Assemblyman Morelle | RESTRICTED INFORMATION |
| 249 | 1/25/2016 | 1/26/2017 | SDNY_001117618 | SDNY_001117745 | NYC Department of Education | RESTRICTED INFORMATION |
| 250 | 1/25/2016 | 1/26/2017 | SDNY_001117746 | SDNY_001118133 | Onondaga County Executive | RESTRICTED INFORMATION |
| 251 | 1/25/2016 | 1/26/2017 | SDNY_001118134 | SDNY_001118183 | Orange County IDA | RESTRICTED INFORMATION |
| 252 | 1/25/2016 | 1/26/2017 | SDNY_001118184 | SDNY_001118196 | Partnership for Public Service | RESTRICTED INFORMATION |
| 253 | 1/25/2016 | 1/26/2017 | SDNY_001118197 | SDNY_001118199 | Patrick M. Croke | RESTRICTED INFORMATION |
| 254 | 1/25/2016 | 1/26/2017 | SDNY_001118200 | SDNY_001119758 | Pattison, Koskey, Howe, Bucci | RESTRICTED INFORMATION |
| 255 | 1/25/2016 | 1/26/2017 | SDNY_001119759 | SDNY_001123070 | Port Authority | RESTRICTED INFORMATION |
| 256 | 1/25/2016 | 1/26/2017 | SDNY_001123071 | SDNY_001123790 | Pyramid Network Services LLC | RESTRICTED INFORMATION |
| 257 | 1/25/2016 | 1/26/2017 | SDNY_001123791 | SDNY_001123799 | Raymour & Flanigan | RESTRICTED INFORMATION |
| 258 | 1/25/2016 | 1/26/2017 | SDNY_001123800 | SDNY_001123812 | Sagamore Resort | RESTRICTED INFORMATION |
| 259 | 1/25/2016 | 1/26/2017 | SDNY_001123813 | SDNY_001123928 | Source Office Strategies | RESTRICTED INFORMATION |
| 260 | 1/25/2016 | 1/26/2017 | SDNY_001123929 | SDNY_001123931 | Suffolk County Executive | RESTRICTED INFORMATION |
| 261 | 1/25/2016 | 1/26/2017 | SDNY_001123932 | SDNY_001123933 | SUNY | RESTRICTED INFORMATION |
| 262 | 1/25/2016 | 1/26/2017 | SDNY_001123934 | SDNY_001125147 | TM Montante | RESTRICTED INFORMATION |
| 263 | 1/25/2016 | 1/26/2017 | SDNY_001125148 | SDNY_001125278 | Town of Wawayanda Planning Board | RESTRICTED INFORMATION |
| 264 | 1/25/2016 | 1/26/2017 | SDNY_001125279 | SDNY_001125279 | TP Carpentry | RESTRICTED INFORMATION |
| 265 | 1/25/2016 | 1/26/2017 | SDNY_001125280 | SDNY_001126522 | Uniland | RESTRICTED INFORMATION |
| 266 | 1/25/2016 | 1/26/2017 | SDNY_001126523 | SDNY_001126650 | Union College | RESTRICTED INFORMATION |
| 267 | 1/25/2016 | 1/26/2017 | SDNY_001126651 | SDNY_001126679 | UPS | RESTRICTED INFORMATION |
| 268 | 1/25/2016 | 1/26/2017 | SDNY_001126680 | SDNY_001129171 | William Eimicke | RESTRICTED INFORMATION |
| 269 | 1/25/2016 | 1/26/2017 | SDNY_001129172 | SDNY_001129178 | William Mitchell | RESTRICTED INFORMATION |
| 270 | 1/25/2016 | 1/26/2017 | SDNY_001129179 | SDNY_001129180 | Spokeo | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Supplement 2 to Production 1** | | |
| 271 | 1/27/2017 | 1/31/2017 | CPV-SDNYGJ-00039654 | CPV-SDNYGJ-00176868 | Competitive Power Ventures (CPV) | RESTRICTED INFORMATION |
| 272 | 1/27/2017 | 1/31/2017 | ESD-SDNY 0102712 | ESD-SDNY 0102887 | Empire State Development Corporation (ESD) | RESTRICTED INFORMATION |
| 273 | 1/27/2017 | 1/31/2017 | FS_SDNY088812 | FS_SDNY089325 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 274 | 1/27/2017 | 1/31/2017 | OGNYS-BB-00027108 | OGNYS-BB-00028128 | Office of the Governor of the State of New York | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 6a** | | |
| 275 | 2/3/2017 | 2/3/2017 | SDNY_001129181 | SDNY_001134660 | AOL: Lisa Percoco | RESTRICTED INFORMATION |
| 276 | 2/3/2017 | 2/3/2017 | SDNY_001134661 | SDNY_001145004 | Gmail: Kaloyeros Second Production | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |

| | | | | | Production 6b | |
|---|---|---|---|---|---|---|
| 277 | 2/17/2017 | 2/24/2017 | AC046817 | AC047753 | Andrew Cuomo 2014, 2018 | RESTRICTED INFORMATION |
| 278 | 2/17/2017 | 2/24/2017 | CHA0000001 | CHA0000135 | CHA | RESTRICTED INFORMATION |
| 279 | 2/17/2017 | 2/24/2017 | DOB0000000001 | DOB0000001672 | Division of Budget | RESTRICTED INFORMATION |
| 280 | 2/17/2017 | 2/24/2017 | SDNY_001145005 | SDNY_001145013 | Facebook: Percoco | RESTRICTED INFORMATION |
| 281 | 2/17/2017 | 2/24/2017 | SDNY_001145014 | SDNY_001145017 | Experian: Laipple | RESTRICTED INFORMATION |
| 282 | 2/17/2017 | 2/24/2017 | SDNY_001145018 | SDNY_001145025 | TransUnion: Laipple | RESTRICTED INFORMATION |
| 283 | 2/17/2017 | 2/24/2017 | SDNY_001145026 | SDNY_001156631 | Berkshire Bank: Aiello | RESTRICTED INFORMATION |
| 284 | 2/17/2017 | 2/24/2017 | SDNY_001156632 | SDNY_001156714 | Joseph Hogan | RESTRICTED INFORMATION |
| 285 | 2/17/2017 | 2/24/2017 | SDNY_001156715 | SDNY_001156723 | M&T Bank: Potomac Strategies | RESTRICTED INFORMATION |
| 286 | 2/17/2017 | 2/24/2017 | SDNY_001156724 | SDNY_001156919 | M&T Bank: Aiello | RESTRICTED INFORMATION |
| 287 | 2/17/2017 | 2/24/2017 | SDNY_001156920 | SDNY_001157039 | BarclayCard: Laipple | RESTRICTED INFORMATION |
| 288 | 2/17/2017 | 2/24/2017 | SDNY_001157040 | SDNY_001157046 | Citizen's Bank: Pitts | RESTRICTED INFORMATION |
| 289 | 2/17/2017 | 2/24/2017 | SDNY_001157047 | SDNY_001168614 | COR: Emails | RESTRICTED INFORMATION |
| 290 | 2/17/2017 | 2/24/2017 | SDNY_001168615 | SDNY_001168650 | Equifax: Laipple | RESTRICTED INFORMATION |
| 291 | 2/17/2017 | 2/24/2017 | SDNY_001168651 | SDNY_001179038 | COR: M&T Bank records | RESTRICTED INFORMATION |
| 292 | 2/17/2017 | 2/24/2017 | SDNY_001179039 | SDNY_001179101 | M&T Bank: Howe | RESTRICTED INFORMATION |
| 293 | 2/17/2017 | 2/24/2017 | SDNY_001179102 | SDNY_001202909 | M&T Bank: LPCiminelli | RESTRICTED INFORMATION |
| 294 | 2/17/2017 | 2/24/2017 | SDNY_001202910 | SDNY_001203279 | Sprint: Maggiore | RESTRICTED INFORMATION |
| 295 | 2/17/2017 | 2/24/2017 | SDNY_001203280 | SDNY_001203284 | Verizon: IMEI info for Howe, Percoco | RESTRICTED INFORMATION |
| 296 | 2/17/2017 | 2/24/2017 | SDNY_001203285 | SDNY_001203290 | Verizon Wireless: Tatyana Yakimchuk, Percoco (-0611) | RESTRICTED INFORMATION |
| 297 | 2/17/2017 | 2/24/2017 | SDNY_001203291 | SDNY_001203409 | CPV (also marked CPV-SDNYGJ-00176869 - 987) | RESTRICTED INFORMATION |
| 298 | 2/17/2017 | 2/24/2017 | SDNY_001203410 | SDNY_001203412 | Office of the Governor: 518-474-8434 Phone Records (also marked OGNYS-BB-00028129 - 31) | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | | Production 7 | |
| 299 | 2/21/2017 | 2/28/2017 | AV-BB-00000001 | AV-BB-00000010 | Aimee Vargas | RESTRICTED INFORMATION |
| 300 | 2/21/2017 | 2/28/2017 | COL00000001 | COL00004077 | Columbia Development Companies | RESTRICTED INFORMATION |
| 301 | 2/21/2017 | 2/28/2017 | SDNY_001203413 | SDNY_001203544 | Pen Register Data | RESTRICTED INFORMATION |
| 302 | 2/21/2017 | 2/28/2017 | SDNY_001203545 | SDNY_001203567 | COR Photographs | RESTRICTED INFORMATION |
| 303 | 2/21/2017 | 2/28/2017 | SDNY_001203568 | SDNY_001204431 | GPS Data | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | | Production 8 | |
| 304 | 2/24/2017 | 2/24/2017 | COL00004078 | COL00011069 | Columbia Development Companies | RESTRICTED INFORMATION |
| 305 | 2/24/2017 | 2/24/2017 | JW0000000001 | JW0000000036 | New York State Department of Labor: Juanita Williams | RESTRICTED INFORMATION |
| 306 | 2/24/2017 | 2/24/2017 | CPV-SDNYGJ-00177119 | CPV-SDNYGJ-00177170 | CPV | RESTRICTED INFORMATION |
| 307 | 2/24/2017 | 2/24/2017 | SDNY_001204432 | SDNY_001204469 | SUNY Research Foundation (RFSUNY000146 - 183) | RESTRICTED INFORMATION |
| 308 | 2/24/2017 | 2/24/2017 | SDNY_001204470 | SDNY_001204600 | CPV (also marked CPV-SDNYGJ-00176988 - 7118) | RESTRICTED INFORMATION |
| 309 | 2/24/2017 | 2/24/2017 | SDNY_001204601 | SDNY_001204836 | American Express: Laipple | RESTRICTED INFORMATION |
| 310 | 2/24/2017 | 2/24/2017 | SDNY_001204837 | SDNY_001205232 | JPMorgan Chase: Laipple | RESTRICTED INFORMATION |
| 311 | 2/24/2017 | 2/24/2017 | SDNY_001205233 | SDNY_001205549 | Field Realty | RESTRICTED INFORMATION |
| 312 | 2/24/2017 | 2/24/2017 | SDNY_001205550 | SDNY_001207202 | Eckardt Chris Beck | RESTRICTED INFORMATION |
| 313 | 2/24/2017 | 2/24/2017 | SDNY_001207203 | SDNY_001207672 | LPCiminelli Financial Documents | RESTRICTED INFORMATION |
| 314 | 2/24/2017 | 2/24/2017 | SDNY_001207673 | SDNY_001228904 | COR Emails | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | | Production 9 | |

| | | | | | |
|---|---|---|---|---|---|
| 315 | 3/16/2017 | 3/16/2017 | COL00011070 | COL00019591 | Columbia Development Companies | RESTRICTED INFORMATION |
| 316 | 3/16/2017 | 3/16/2017 | SDNY_001228905 | SDNY_001228932 | Emails released following privilege review: Joseph Percoco, Lisa Percoco, Gil Quiniones | RESTRICTED INFORMATION |
| 317 | 3/16/2017 | 3/16/2017 | SDNY_001228933 | SDNY_001251345 | Howe iCloud | RESTRICTED INFORMATION |
| 318 | 3/16/2017 | 3/16/2017 | SDNY-SCANNED_00015052 | SDNY-SCANNED_00015060 | Privilege logs produced by ESD, the Executive Chamber | RESTRICTED INFORMATION |
| 319 | 3/16/2017 | 3/16/2017 | SDNY-SCANNED_00015061 | SDNY-SCANNED_00015062 | Offense conduct chart | RESTRICTED INFORMATION |
| 320 | 3/16/2017 | 3/16/2017 | multiple | multiple | *Individual defendant discovery (see separate tabs)* | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 10** | | |
| 321 | 3/20/2017 | 3/21/2017 | SUNYUSAO000000001 | SUNYUSAO00005956 | SUNY Poly: Sara Brenner emails | RESTRICTED INFORMATION |
| 322 | 3/20/2017 | 3/21/2017 | COL00019592 | COL00029126 | Columbia Development Companies | RESTRICTED INFORMATION |
| 323 | 3/20/2017 | 3/21/2017 | FS_SDNY089326 | FS_SDNY159401 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 324 | 3/20/2017 | 3/21/2017 | SDNY_001251346 | SDNY_001251347 | Todd Howe emails | RESTRICTED INFORMATION |
| 325 | 3/20/2017 | 3/21/2017 | SDNY_001251348 | SDNY_001254523 | Emails: thowe@lakevillegroup.com | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 11** | | |
| 326 | 3/18/2017 | 3/19/2017 | COL00029127 | COL00042075 | Columbia Development Companies | RESTRICTED INFORMATION |
| 327 | 3/18/2017 | 3/19/2017 | MSG-JP_000001 | MSG-JP_000055 | Madison Square Garden: Percoco emails | RESTRICTED INFORMATION |
| 328 | 3/18/2017 | 3/19/2017 | DASNY0001769 | DASNY0005435 | DASNY | RESTRICTED INFORMATION |
| 329 | 3/18/2017 | 3/19/2017 | SUNYUSAO00005957 | SUNYUSAO00006430 | SUNY Poly: Kaloyeros Personnel File | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **CPV Supplement** | | |
| 330 | 4/4/2017 | 4/6/2017 | CPV-GJ-00000001 | CPV-GJ-00177170 | CPV: reproduction with metadata | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 12** | | |
| 331 | 4/11/2017 | 4/12/2017 | COL00042076 | COL00063663 | Columbia Development Companies | RESTRICTED INFORMATION |
| 332 | 4/11/2017 | 4/12/2017 | SDNY_001254524 | SDNY_001254863 | Capital One: Paula Kaloyeros | RESTRICTED INFORMATION |
| 333 | 4/11/2017 | 4/12/2017 | SDNY_001254864 | SDNY_001254871 | Emails released following privilege review: Gil Quiniones | RESTRICTED INFORMATION |
| 334 | 4/11/2017 | 4/12/2017 | SDNY_001254872 | SDNY_001254987 | Emails released following privilege review: Joseph Nicolla | RESTRICTED INFORMATION |
| 335 | 4/11/2017 | 4/12/2017 | DUPECOOP08F | DUPECOOP08F | UFD and tar files for DUPECOOP08 | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 13** | | |
| 336 | 4/14/2017 | 4/15/2017 | COL00063664 | COL00067747 | Columbia Development | RESTRICTED INFORMATION |
| 337 | 4/14/2017 | 4/15/2017 | DOB0000001673 | DOB0000002225 | New York State Division of Budget | RESTRICTED INFORMATION |
| 338 | 4/14/2017 | 4/15/2017 | FS_SDNY170718 | FS_SDNY180719 | Fort Schuyler Management Corporation | RESTRICTED INFORMATION |
| 339 | 4/14/2017 | 4/15/2017 | FR_SDNY000013 | FR_SDNY000022 | Fuller Road Management | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 14** | | |
| 340 | 4/21/2017 | 4/24/2017 | COL00067748 | COL00080431 | Columbia Development | RESTRICTED INFORMATION |
| 341 | 4/21/2017 | 4/24/2017 | SUNYUSAO00006431 | SUNYUSAO00006435 | SUNY Poly: Andrew Bellinger documents | RESTRICTED INFORMATION |
| 342 | 4/21/2017 | 4/24/2017 | OGNYS-BB-00028129 | OGNYS-BB-00028129 | Office of the Governor | RESTRICTED INFORMATION |
| 343 | 4/21/2017 | 4/24/2017 | STA0594716 | STA0594717 | Office of the Governor | RESTRICTED INFORMATION |
| 345 | 4/21/2017 | 4/24/2017 | SDNY_001254988 | SDNY_001254993 | Rick Gefell/Purcell Construction | RESTRICTED INFORMATION |
| 344 | 4/21/2017 | 4/24/2017 | SDNY_001254994 | SDNY_001255006 | Verizon Wireless: Todd Howe | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 15** | | |
| 346 | 5/5/2017 | 5/8/2017 | COL00080432 | COL00085083 | Columbia Development | RESTRICTED INFORMATION |
| 347 | 5/5/2017 | 5/8/2017 | EYP_USAO_00000001 | EYP_USAO_00003301 | EYP Architecture | RESTRICTED INFORMATION |
| 348 | 5/5/2017 | 5/8/2017 | FR_SDNY000001 | FR_SDNY000012 | Fuller Road Management | RESTRICTED INFORMATION |

| | | | | | | |
|---|---|---|---|---|---|---|
| 349 | 5/5/2017 | 5/8/2017 | SDNY_001255007 | SDNY_001255194 | Oppenheimer Funds: Kaloyeros | RESTRICTED INFORMATION |
| 350 | 5/5/2017 | 5/8/2017 | SDNY_001255195 | SDNY_001256693 | KT Interiors | RESTRICTED INFORMATION |
| 351 | 5/5/2017 | 5/8/2017 | SDNY_001256694 | SDNY_001257083 | Verizon Wireless: Joseph Nicolla | RESTRICTED INFORMATION |
| 352 | 5/5/2017 | 5/8/2017 | SDNY_001257084 | SDNY_001257096 | Emails released following privilege review: Joseph Percoco | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 16** | | |
| 353 | 5/9/2017 | 5/10/2017 | OGNYS-BB-00028130 | OGNYS-BB-00028170 | Office of the Governor | RESTRICTED INFORMATION |
| 354 | 5/9/2017 | 5/10/2017 | RFSUNY000184 | RFSUNY000513 | SUNY Research Foundation | RESTRICTED INFORMATION |
| 355 | 5/9/2017 | 5/10/2017 | EYP_USAO_00003302 | EYP_USAO_00011443 | EYP Architecture | RESTRICTED INFORMATION |
| 356 | 5/9/2017 | 5/10/2017 | ESD-SDNY 0102888 | ESD-SDNY 0103457 | ESD | RESTRICTED INFORMATION |
| 357 | 5/9/2017 | 5/10/2017 | SDNY_001257100 | SDNY_001257117 | Verizon Wireless: Andrew Kennedy | RESTRICTED INFORMATION |
| 358 | 5/9/2017 | 5/10/2017 | SDNY_001257097 | SDNY_001257099 | Photos produced by Gil Quiniones | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 17** | | |
| 359 | 5/18/2017 | 5/19/2017 | DOB0000002226 | DOB0000002236 | NYS Division of Budget | RESTRICTED INFORMATION |
| 360 | 5/18/2017 | 5/19/2017 | NYSDPS000001350 | NYSDPS000002630 | NYS Department of Public Service | RESTRICTED INFORMATION |
| 361 | 5/18/2017 | 5/19/2017 | OGNYS-BB-00028171 | OGNYS-BB-00028185 | Office of the Governor | RESTRICTED INFORMATION |
| 362 | 5/18/2017 | 5/19/2017 | SUNYUSAO00006436 | SUNYUSAO00006437 | SUNY Poly | RESTRICTED INFORMATION |
| 363 | 5/18/2017 | 5/19/2017 | CIMINELLI0047062 | CIMINELLI0077246 | LPCiminelli | RESTRICTED INFORMATION |
| 364 | 5/18/2017 | 5/19/2017 | SDNY_001257118 | SDNY_001257118 | Google Subscriber Info: Louis Ciminelli | RESTRICTED INFORMATION |
| 365 | 5/18/2017 | 5/19/2017 | SDNY_001257119 | SDNY_001257121 | Photos of SUNY Poly | RESTRICTED INFORMATION |
| 366 | 5/18/2017 | 5/19/2017 | SDNY_001257122 | SDNY_001257190 | SPORTIME | RESTRICTED INFORMATION |
| 367 | 5/18/2017 | 5/19/2017 | SDNY_001257191 | SDNY_001257233 | Verizon Wireless: Adalgisa Batista | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 18** | | |
| 368 | 5/25/2017 | | COL00085084 | COL00102829 | Columbia Development | RESTRICTED INFORMATION |
| 369 | 5/25/2017 | | CPV-SDNYGJ-00177171 | CPV-SDNYGJ-00212829 | CPV | RESTRICTED INFORMATION |
| 370 | 5/25/2017 | | | | Emails released following privilege review: Joseph Nicolla | RESTRICTED INFORMATION |
| 371 | 5/25/2017 | | | | SPORTIME: Anastasia Putilina | RESTRICTED INFORMATION |
| 372 | 5/25/2017 | | | | SPORTIME: Juliano Caprara | RESTRICTED INFORMATION |
| 373 | 5/25/2017 | | | | Tri-City Fitness | RESTRICTED INFORMATION |
| 374 | 5/25/2017 | | | | Charles Schwab: Alain/Paula Kaloyeros | RESTRICTED INFORMATION |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 19** | | |
| 375 | 5/31/2017 | | | | Photos of SUNY Poly | RESTRICTED INFORMATION |
| 376 | 5/31/2017 | | | | Emails released following privilege review: Joseph Nicolla | RESTRICTED INFORMATION |
| 377 | 5/31/2017 | | | | Emails released following privilege review: Tod Howe | RESTRICTED INFORMATION |