

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States* v. *Joseph Percoco, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

  In response to the Court's request made at the pre-trial conference held on December 13, 2017, please find attached the Trial Indictment.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

By: _____
        Janis Echenberg/Robert Boone/
        David Zhou/Matthew Podolsky
        Assistant United States Attorneys
        (212) 637-2597/2208/2438/1947

cc: Counsel for all defendants (via ECF)