**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

December 19, 2017

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Percoco, et al., 16 Cr. 776 (VEC)**

Dear Judge Caproni:

      We represent Defendant Joseph Percoco in the above-referenced matter. We respectfully submit this letter on behalf of Mr. Percoco and defendants Peter Galbraith Kelly, Jr., Steven Aiello and Joseph Gerardi regarding the Court's December 15, 2017 Order (Dkt. 396) (the "Order").

      The Order requires the January Defendants to produce to the government and the Court on Friday, December 22, 2017, a list of exhibits the January Defendants intend to use in their cases-in-chief. The Court further ordered the January Defendants to produce those exhibits both electronically and in tabbed, hard-copy binders containing indices. We have been working diligently to comply with the Court's Order. In that regard, we are prepared to submit on Friday an exhibit list containing the exhibits we currently intend to use in our case-in-chief. However, we respectfully request one additional week to compile electronic and hard copy binders of those exhibits.

      The requested extension is necessary to allow us time to prepare copies of the exhibits in the format requested by the Court. Prior to the Court's Order, we had agreed with the government to provide our materials on December 22nd in the same form the government has provided its exhibit list to us—by providing a list of exhibit numbers and bate-stamps. As a result, while we had begun identifying the materials, we had not yet begun the task of compiling electronic and hard copy binders of the exhibits we intend to use in our case-in-chief; rather, our primary focus had been the enormous volume of §3500 material and the government's case-in-chief. We have since refocused our efforts to produce the exhibit list in the format ordered, but producing those exhibits in that format is a significantly more burdensome task. We have added paralegals to the team for the express purpose of compiling binders, who are working around the

Honorable Valerie E. Caproni
December 19, 2017
Page 2

clock. The process also requires coordination among the January Defendants, who are collectively sharing the services of DOAR to stamp defense exhibits.

      DOAR has informed us that completing the stamping process in a time frame that allows the January Defendants the time we need to print, organize, and compile the hard copy binders before Friday is unlikely. We are also concerned that rushing the process will lead to mistakes. Accordingly, while we continue to work to comply with the Court's Order, we respectfully request the Court's permission to submit a copy of our exhibit list to the Court and the government on Friday—in a format consistent with what the Government has already produced to us—and to produce hard copies of those exhibits one week later, on December 29, 2017.

      Respectfully submitted,

      /s/ Barry A. Bohrer
      Barry A. Bohrer
      Michael L. Yaeger
      Andrew D. Gladstein
      Abigail F. Coster