

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 30, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse, Room 240
40 Foley Square
New York, New York 10007

>   Re:   *United States* v. *Joseph Percoco et al,*
>           **S2 16 Cr. 776 (VEC)**

Dear Judge Caproni:

   The Government respectfully requests that Your Honor allow the Government to arrange for the provision of secure high-speed wired Internet access in the courtroom during trial in the above-captioned matter. The secure Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during the proceedings. This will greatly facilitate the effective and efficient presentation of evidence. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

   Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service. Set up, installation and service fees will be paid for by the Government at no cost to the Court. Courtroom Connect also maintains a network in the courthouse that is 100% independent of the Court's internal network, as set forth in more detail in the letter filed by counsel for Peter Galbraith Kelly, Jr. seeking similar relief (Dkt. No. 377).

   Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel.

Honorable Valerie E. Caproni
United States District Judge
December 30, 2017
Page 2

      If Your Honor is agreeable to these arrangements, the Government respectfully requests that you sign the enclosed order permitting us to proceed. Thank you for your consideration.

                                        Respectfully submitted,

                                        JOON H. KIM
                                      Acting United States Attorney

                  By:    s/ Janis Echenberg
                           Robert L. Boone
                           Janis M. Echenberg
                           Matthew D. Podolsky
                           David Zhou
                           Assistant United States Attorneys
                           (212) 637-2208/2597/1947/2438

cc: (by ECF)
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v.- | :  S2 16 Cr. 776 (VSB) |
| JOSEPH PERCOCO,<br>  a/k/a "Herb,"<br>PETER GALBRAITH KELLY, JR.,<br>  a/k/a "Braith,"<br>STEVEN AIELLO, and<br>JOSEPH GERARDI, | :<br><br>:  **ORDER**<br><br>: |
| Defendants. | : |

---------------------------------------------------------------x

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in *United States* v. *Joseph Percoco et al.*, S2 16 Cr. 776 (VEC), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, January 22, 2018. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

SO ORDERED.

Dated: January ___, 2018
       New York, New York

   _____
   VALERIE E. CAPRONI
   UNITED STATES DISTRICT JUDGE