

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Joseph Percoco, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government writes to alert the Court to an error in the Government's letter dated January 5, 2018 (Dkt. No. 431) that was filed in response to the December 28, 2017 letter of defendant Peter Galbraith Kelly, Jr. (Dkt. No. 420).  On page 1 of the Government's letter, the Government stated the following: "Teacher-1 began working for the Education Program in the last few months of Percoco's wife's tenure, while Teacher-2 began working for the program approximately eight months after Percoco's wife's employment with the Energy Company ceased."  The Government intended to say, "*Teacher-2* began working for the Education Program in the last few months of Percoco's wife's tenure, while *Teacher-1* began working for the program approximately eight months after Percoco's wife's employment with the Energy Company ceased."  Accordingly, the Government respectfully submits a corrected version of its response as an attachment to this letter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: /s/
    Janis Echenberg/Robert Boone/
    David Zhou/Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2597/2208/2438/1947

cc:  Counsel for all defendants (via ECF)