UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

UNITED STATES OF AMERICA,       :

                                :

        -against-           :

                                :

JOSEPH PERCOCO,         :

      a/k/a "Herb,"         :

ALAIN KALOYEROS,       :

      a/k/a "Dr. K,"       :

PETER GALBRAITH KELLY, JR., :

      a/k/a "Braith,"      :

STEVEN AIELLO,          :

JOSEPH GERARDI,        :

LOUIS CIMINELLI,        :

MICHAEL LAIPPLE, and     :

KEVIN SCHULER,         :

                                :

                 Defendants.   :

----------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/26/2018__

16-CR-776 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 22, 2018, trial began for Defendants Percoco, Kelly, Aiello, and Gerardi (the "January Defendants");

      IT IS HEREBY ORDERED that no later than **January 29, 2018 at 12:00 p.m.**, the parties must produce to the Court, and to each other, any exhibits that they have so far offered at trial but that are not on their exhibit lists.  The parties must do so in hard copies (with numbered tabs for the Court) and electronically (by FTP or CD for the Court).

      IT IS FURTHER ORDERED that if any party wishes to offer an exhibit at trial that is **not** on its exhibit list, that party must:

          a.      Bring enough hard copies of the exhibit for the Court (which requires two copies), all other parties, and the witness; and

          b.      Produce an electronic version of the exhibit to the Court and to all other parties by **8:00 p.m.** on the same day that the document is identified during trial.  The

electronic version must include any redactions ordered by the Court at the time that the

exhibit was admitted.

This order shall apply to all exhibits that the parties identify during trial, even if the

exhibit is not admitted.

IT IS FURTHER ORDERED that nothing in this order shall modify or supersede the

parties' obligations under the Court's December 15, December 20, or December 29, 2017 orders

(Dkts. 396, 406, 425).

**SO ORDERED.**

**Dated: January 26, 2018**
       **New York, NY**                              ___
                                             **VALERIE CAPRONI**
                                             **United States District Judge**