Michael C. Miller
212 506 3955
mmiller@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

April 10, 2018

**Via ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *U.S. v. Percoco, et al.* **(Case No. 16-cr-000776-VEC)**

Dear Judge Caproni:

    We represent Defendant Alain Kaloyeros in the above-referenced proceedings. We write to advise the Court that a member of Dr. Kaloyeros' defense team, Jeffrey A. Novack, has recently left our firm, Steptoe & Johnson, LLP. We, accordingly, respectfully request that the Court: (1) withdraw Mr. Novack's appearance in these proceedings; (2) order that Mr. Novack be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list. All other previously appearing counsel from Steptoe & Johnson will continue to represent Dr. Kaloyeros.

    We thank the Court for its consideration in this matter and are pleased to provide any additional information the Court may need.

Respectfully submitted,

Michael C. Miller