**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

May 1, 2018

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Percoco, et al., 16 Cr. 776 (VEC)**

Dear Judge Caproni:

      We represent Joseph Percoco in the above-referenced matter. We write to respectfully request an adjournment of Mr. Percoco's sentencing, currently scheduled for June 6, 2018. After conferring with the government, the government informed us that it would not object to an adjournment and a new sentencing date between July 2 and July 6, or between July 16 and August 10. Because of our own scheduling conflicts in July and August, we respectfully request that the Court adjourn Mr. Percoco's sentencing date to the week of July 16, the week of July 30 (with the exception of August 3), or the week of August 6 (with the exception of August 6).

      We further request that the Court reset the applicable schedule for the Pre-Sentence Investigation Report, including initial disclosure, objections, and final disclosure, based on any new sentencing date chosen by the Court. We have contacted the U.S. Probation Department, which takes no position on the proposed adjournment.

Respectfully submitted,

/s/ Barry A. Bohrer
Barry A. Bohrer
Michael L. Yaeger
Andrew D. Gladstein