

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Kaloyeros, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government writes in response to the order issued by the Court on May 11, 2018 (Docket No. 647) regarding various deadlines for the June Trial. The Government writes on behalf of all parties. With respect to the use of a jury questionnaire at the June Trial, the Government does not request that such a questionnaire be used, while each defendant requests that a jury questionnaire be used. The Government will file a separate letter with the Court explaining its position in detail. With respect to the filing of motions to preclude expert witnesses, both the Government and defense counsel intend to file motions to preclude expert witnesses. The Government alone proposes the following briefing schedule:

    May 23, 2018 – Deadline to submit any motions to preclude expert witnesses

    May 30, 2018 – Deadline to file an opposition to any party's motion to preclude

    June 6, 2018 or June 7, 2018 – Reserved for oral argument or a *Daubert* hearing, if necessary

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By: /s/
    Robert Boone/ David Zhou/Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2208/2438/1947

cc:  All parties (via ECF)