

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T (212)335-4829

May 18, 2018
*VIA ECF*

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

We represent Louis Ciminelli in the above-referenced matter. We write on behalf of all defendants to request that the defendants be permitted to have four extra peremptory challenges during jury selection in this case. Thank you for your attention to this matter.

Respectfully submitted,

Jessica A. Masella

JAM:mas