

# O'CONNELL ARONOWITZ
### ATTORNEYS AT LAW

May 25, 2018

Judge Valerie Caproni
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    <u>U.S. v. Kaloyeros, et al.</u>
               <u>Case No. 1:16-cr-00776</u>

Dear Judge Caproni:

    We are writing in response to the Government's request for an adjournment of the trial of this matter. (ECF Doc. 675) The Government noted we object to this request but we wish to expand on our reasons.

    I am scheduled to begin a complicated medical malpractice trial this summer, which will require extensive preparation. A delay of this trial will impact this. Obviously, no one can predict the amount of time that this trial will take. For example, it was anticipated that our last trial would conclude in six weeks and, in fact, it lasted close to ten weeks. In the context of this case, we do not believe that reviewing 1,500 documents warrants a delay of this trial. We believe the Government should be able to accomplish its review of these documents in perhaps one day, given its vast resources.

    If the Court, however, is inclined to grant the Government's request, we would ask that the trial be adjourned for one week only.

                               Respectfully yours,

                               O'CONNELL AND ARONOWITZ

                               By: *[signature]*
                                  Stephen R. Coffey

SRC:dh

    cc:    all parties – via ECF

---

**Attorneys (side column):**

EDWARD J. O'CONNELL   1925-1939
SAMUEL E. ARONOWITZ   1925-1973
LEWIS A. ARONOWITZ   1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
KATHLEEN M. BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
{O0216798.1}
www.oalaw.com