

## O'CONNELL ARONOWITZ
### ATTORNEYS AT LAW

May 25, 2018

Judge Valerie Caproni
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

   **Re:**  **U.S. v. Kaloyeros, et al.**
      **Case No. 1:16-cr-00776**

Dear Judge Caproni:

  I am in receipt of the Court's notice of a court appearance scheduled for Tuesday, May 29, 2018 at 2:00 p.m.

  Given the short notice and the fact that a holiday weekend is coming up, I respectfully request that Mr. Aiello be excused from appearing for the conference on May 29, 2018. Requiring his appearance would create a real hardship for him.

  Thank you for your kind consideration of this request.

         Respectfully yours,

         O'CONNELL AND ARONOWITZ

         By: *Stephen R. Coffey*
           Stephen R. Coffey

SRC:dh

cc: all parties – via ECF

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
KATHLEEN M. BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
www.oalaw.com

{00216968.1}