**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/2/2018___

Writer's Direct Number
212.756.2449

Writer's E-mail Address
Andrew.Gladstein@srz.com

July 2, 2018

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
7/2/2018

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Percoco, et al., 16 Cr. 776 (VEC)**

Dear Judge Caproni:

We represent Joseph Percoco in the above-referenced matter. We write to respectfully request that Mr. Percoco's bail conditions be modified to permit him to travel by car to Washington, DC and Charlottesville, Virginia during the month of July 2018. Mr. Percoco is planning to take his daughter to visit several colleges between July 5 and July 9, 2018, and to pick up his daughter from Washington, DC on July 17, 2018. He will keep Pretrial Services fully apprised of his travel plans.

We have spoken with Pretrial Services Officer Assistant Francesca Tessier-Miller and AUSA Janis Echenberg. They have no objection to the requested relief.

Sincerely,

/s/ Andrew D. Gladstein

Andrew D. Gladstein

cc:   AUSAs Janis Echenberg, Matthew Podolsky, Robert Boone and David Zhou (*via* ECF)
      Pretrial Services Officer Assistant Francesca Tessier-Miller (*via* electronic mail)