UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

       -against-

JOSEPH PERCOCO,

                                    Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2018

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing for Defendant Joseph Percoco is currently scheduled for July 20, 2018, with submissions and the final Presentence Report ("PSR") due July 13, 2018 (*see* Dkt. 643);

IT IS HEREBY ORDERED THAT:

1. Sentencing for Mr. Percoco is adjourned to **August 10, 2018 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

2. The deadline for disclosure of the final PSR will remain July 13, 2018.

3. The deadline for the Government's and Mr. Percoco's sentencing submissions is adjourned to **July 18, 2018**.

**SO ORDERED.**

**Dated: July 11, 2018**
       **New York, NY**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**