**Schulte Roth & Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2449

Writer's E-mail Address
andrew.gladstein@srz.com

July 18, 2018

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Percoco, et al., 16 Cr. 776 (VEC)**

Dear Judge Caproni:

      We represent Joseph Percoco in the above-referenced matter. Pursuant to Your Honor's individual practices, we respectfully request permission to file certain of the letters in support of Mr. Percoco's sentencing submission with redactions, all of which have been filed as exhibits to our sentencing submission on ECF. We will email the Court separately with a complete set of the unredacted letters.

Respectfully submitted,

/s/ Andrew D. Gladstein
Barry A. Bohrer
Michael L. Yaeger
Andrew D. Gladstein
Nicole P. Geoglis