## LETTERS SUBMITTED ON BEHALF OF JOSEPH PERCOCO
### United States v. Joseph Percoco, No. S2 16 CR 776 (VEC)

| SENDER |
|---|
| Bellacosa, Joseph |
| Birrittieri, Daniella |
| Birrittieri, Maria |
| Bronkiewicz, Larry |
| Bryant, Christopher |
| Carnevale, Michael |
| Callas, Maria Rotondo |
| Campo, Frances |
| Campo, Jerome |
| Capobianco, Jerri-Lynn |
| Cohen, Steven |
| Cohn, Steven |
| Collins, Concetta |
| Coppola, Mary Ann |
| Cotton, Ashley |
| DeFilippo, Lauren |
| DePasquale, Jenna |
| DePasquale, Michele |
| Eisner, Abe |
| Engel, Robert |
| Errico, Frank |
| Errico, Giorgio |
| Errico, John |
| Errico, John & Jane |
| Errico, Vitino |
| Errico, Vitino J. (Vito) |
| Fiala, Barabara J. |
| Fryer, Joanne |
| Giannuzzi, Jon-Michael |
| Giannuzzi, Nicholas |
| Gold, Rachel Demarest |
| Goldenberg, Leon |

| SENDER |
| --- |
| Griffin, Mary |
| Grippen, Tim |
| Halpin, Patrick |
| Hirsch, Mordechai |
| Jackson, Gina |
| Krauss, Jeffrey |
| Lefkowitz, Shmuel |
| Linares, Mayra |
| Magro, Dominick |
| Magro, Grace Ann |
| Magro, Melissa |
| Marino, John & Donna |
| McKeon, Michael |
| Michaels, Jennifer Bayer |
| Mitchell, Ellen |
| Morgan-Baird, Joan |
| Muggeo, Joseph |
| Muggeo, Rose |
| O'Neill, June |
| O'Reilly, Kevin |
| O'Shaughnessy, William |
| Ostroff, Richard |
| Percoco, J. |
| Percoco, Lisa |
| Percoco, V. |
| Percoco, Vita |
| Rivera, Jennifer |
| Rossi, Joseph |
| Rotondo, Peter |
| Schaffer, Richard |
| Schwartz, Larry |
| Siegel, Bridget |
| Solicito, Joseph |
| Streb, Mark |

| SENDER |
|---|
| Teitelbaum, Jacob |
| Toscano, Sherry & Michael |
| Trunfio, Domenic (Rick) |
| Weinberger, George |
| Weinraub, David |
| Werdiger, Sol |
| Wieder, Abraham |
| Yacuzzo, Raymond |

1

**From: Joseph W. Bellacosa**



**To: Honorable Valerie E. Caproni**
**U. S. District Court Judge, S D N Y**
**Thurgood Marshall Courthouse**
**40 Foley Sq.**
**New York, New York10007**                                      **July 11, 2018**

Dear Judge Caproni:

                              Re: U. S. vs. Joseph Percoco (Sentencing)

I respectfully proffer this letter for your consideration in connection with the upcoming sentencing of Joseph Percoco. Neither he nor his lawyers asked me to supply a letter. I volunteered to my fellow parishioner to prepare it on my own initiative. My comments are based solely on that relationship, strengthened over the last few years through mutual church activities at St. Mary's Parish in Ridgefield, Connecticut, where I reside in my retirement.

Mr. Percoco and I met almost 30 years ago, when he worked for the late Governor Mario M. Cuomo. We had a passing acquaintanceship during my tenure on the New York State Court of Appeals from 1987 to 2000. A considerable gap of years intervened, after I retired from my judicial post in 2000, and returned to St John's University School of Law, and then retired again from all professional affiliations in 2005. After I moved to Ridgefield in 2009, I re-met Mr. Percoco at the time of the funeral of Mario Cuomo.

I regularly met the entire Percoco family who were members of my parish and I began seeing them from time to time at various church services. Up close, I saw Mr. Percoco at a special group activity in which I have been active for many years – The St. Mary Parish Men's Ministry. This assembly of 50-70 men meets year-round each Saturday at 6:30 a m until about 8:30 a. m. to discuss experiences and challenges that are intended to help with personal spiritual awareness and improvement in family and parental relationships. This dynamic of rotating table interactions brought his legal

troubles to my attention in a spiritual dimension. What has struck me poignantly is his basic decency, value system and family commitment.

My appreciation of this individual as a whole person has been formed by these direct and consistent observations - derived from the countless personal conversations and weekly engagements among candidly outspoken men from all walks of the community. In my opinion, these are truer measures of the individual than the media distortions caricatured out of the anomalous circumstances that have brought him to the bar of justice.

I should emphasize that I know little of the details of the case itself in any of its legal or evidentiary dimensions and ramifications. Frankly, I have avoided discussion with Joseph, or the gathering of any such information so I could keep my preparation and content of this letter focused on the good character of the friend I have come to know with soul-bearing intimacy. I have spoken, however, to about a half dozen of our fellow parishioners who also know Joseph from Men's Ministry about my idea to proffer this letter. These fellow parishioners urged me, out of concern for our mutual friend Joseph, and for his young family's well-being, to add that they concur in my strongly positive assessment of his good character.

I trust that this unsolicited letter and its content might be helpful to you concerning his sentencing cause for any human decency consideration that you may be able and persuaded to give it. I am hopeful that the letter might add a dimension in aid in your comprehensive and sensitive analysis of the humanized sentencing decision. My purpose in that regard is to provide you with a lens and an angle of appreciation of the person brought before you from my distinct perspective drawn from interaction within his faith community.

Please accept this letter in the constructive and helpful spirit with which I prepared it and intended it to have. Thank you for considering it, as you may deem fit and helpful.

Respectfully submitted,

Joseph W. Bellacosa

Daniella Birrittieri

█████████████████████████████

May 7, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

      I am sure you read many documents each day, with letters such as this, being one of those documents. I am also positive that you are well aware of the purpose of this letter and why I am writing to you. Therefore, I would like to thank you in advance for taking the time to read this letter with regards to the sentence for my cousin, Joseph Percoco. I would like to take this time to introduce myself. My name is Daniella Birrittieri. I am an elementary teacher who is 29 years old and resides in New City, New York. I am well aware that Joe has been convicted, and today I am writing on his behalf to provide some information that you will take into consideration when you decide the sentence that you will impose.

      As previously stated, I am Joe's younger cousin. Being one of the youngest of twenty-five cousins, I had a huge selection of older cousins to look up to. Joseph has always been one of those cousins. Joe is a wonderful asset to our family. He is knowledgeable, courageous, and helpful. I have always admired Joe's determination and strong work ethic which resulted in his many successes. In addition to his successes, Joe is an excellent husband and father to his two young girls. While I have mentioned his many successes, it should be noted that they did not come easy for Joseph. Even though I wasn't born yet, I often hear family stories of how Joe stepped up the ladder of his successes, beginning with his newspaper route and only moving up from there. Throughout his life, Joseph has also endured the loss of both of his parents. Joseph's father passed away at a young age and he had to take the responsibility of being the "man of the house" in taking care of his mother and two sisters. Many years later, my aunt (Joe's mom) passed away █████████████████
████████████████ While I wasn't born when Joe's father passed, I was around to

experience my aunt's death with Joseph and the rest of our family. During this heartbreaking time, I could still picture Joseph pacing in the hallways and consistently being there for his mom and for all of us.

My cousin has been the "glue" of our family for as long as I can remember. Joe has never been in any trouble with the law. As a matter of fact, he is a role model for our family. I cannot say enough great things about him. Sometimes life brings joy, sorrow, and obstacles. With those obstacles, sometimes we make choices in life that are out of our "norm". Regardless of Joseph's current status with this case, based on the person I know and love, I am proud to call him my cousin. Therefore, I am asking you to take this letter into consideration as you impose my cousin's sentence.

Sincerely,

Daniella Birrittieri

Maria Birrittieri

May 7, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Maria Birrittieri. I am Joseph Percoco's aunt. His deceased mom and I were sisters. I reside at ███████████████████████████. I am sixty-five years old and retired.

I have known my nephew since the day he was born. He is very loving and respectful. He is a great father, husband, cousin, and great brother to his two sisters. What touched me the most about him, was when Joe was 24 years old and his father passed away suddenly. In 1994, Joe stepped up like a man and took care of my sister and his sisters by getting a couple of jobs to help keep the family on the right track. He wanted to ensure that his mom never had the stress of falling behind with the bills during this trying time. Joe is an amazing person. He is always there to help at all kinds of hours and never gets mad. He has a great personality and a great sense of humor. Everybody loves him. He does not have a mean bone on him. Not to mention, when his mom was in Hospice, he was by her side day and night. We will never forget that.

I want to thank you for taking my letter into consideration when you impose my nephew's sentence. I am asking you to please have a heart. Joseph has endured many hardships in his life and is truly a wonderful person.

Sincerely,

Maria Birrittieri



# SAINT MARY PARISH

55 Catoonah Street • Ridgefield, CT 06877
(203) 438-6538 • Fax (203) 438-4406 • Website: smcr.org

July 11, 2018

The Honorable Valerie Caproni
United States District Judge
United Sates District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Dear Judge Caproni:

With this letter I write on behalf of Joseph Percoco. Aware that Joe has been convicted, I am hoping that this letter along with others from his friends, family or former colleagues will help you to better understand the Joe I know and decide on a fair and lenient sentence for him.

For the past fifteen years I have been the Pastor of Saint Mary Parish, Ridgefield, Connecticut, and Joe who lives in South Salem, New York, is a member of our Parish Family along with his wife, Lisa, and their two daughters, sixteen year old V███ and twelve year old J███. Because of the proximity of New York State we have a large number of New York parishioners. May I also add that I have been a Catholic priest for 45 years, having been ordained on July 2, 1973; I am 71 years of age. Along with our Parochial Vicar, I reside at ███████ in Ridgefield, and my cell phone number, in case the Court wishes to contact me, is ███████.

Joe and his family began their relationship with our Parish back in August of 2012. In the past, his wife, Lisa, has served as a Teacher in our Parish Religious Education Program. Along with his family, Joe has been a regular worshipper here in our Parish and active in our Saint Mary Parish Men's Ministry which meets weekly on Saturday mornings from 6:30 AM to 8 AM. It is through his regular participation at Mass and his commitment to our Men's Ministry that I have come to know and respect Joe whom I consider an honest and forthright gentleman.

When I learned of the charges brought against Joe, I was more than surprised because they do not represent the man I know. At the same time I believe that he sincerely regrets any and all conduct that has led to the jury's verdict and his conviction. I hope that you will take my letter into consideration when imposing sentence. To the best of my knowledge Joe has had a distinguished working career which I offer as a very positive factor for your discernment. Even more importantly he is a good husband and father of two teenage daughters who need his paternal love and guidance at a crucial stage of their lives.

Very sincerely,

Msgr. Laurence R. Bronkiewicz, S.T.D.
Pastor

**Christopher R. Bryant**



July 17, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

### Re: Joseph Percoco

Dear Judge Caproni:

I am writing to you on behalf of Joseph Percoco, who I know has been convicted of certain offenses, to hopefully provide additional information that may be useful during sentencing.

Joe and I have been friends since about 1992 and came to know each other working for former Governor Mario Cuomo. At the time, I was one of the Governor's regional representatives based on Long Island and Joe was on the Governor's advance and scheduling team. We worked together closely for the Governor, and on his unsuccessful 1994 re-election bid. We then attended St. John's Law School together, as night students, from 1996 through 2000. During those years we were inseparable and relied on each other to get through law school, the bar exam, and to plan our lives and careers. In the years that have followed, we have remained friends while I pursued a career in law and Joe pursued his in government and politics. I am 49 years old, counsel at a large, international law firm in New York City, and live in Sayville, New York.

For the approximately 26 years I have known Joe, I have known him to be a kind, generous, honest, hard-working, and caring person. He is a devoted husband and father and has committed his adult life to his family. Through the years Joe has always been there for me and countless others. His advice and friendship helped steer my law school and career paths, and I know he has done the same for many others both in and out of government. Based on my long relationship with Joe, I am certain he regrets what has happened and I do not believe it is representative of Joe or his character as person, husband, father, lawyer or professional.

I respectfully ask that you take my letter into consideration when sentencing Joe and that you show Joe leniency and mercy.

Respectfully submitted,

Christopher R. Bryant

Christopher R. Bryant

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007

Dear Judge Caproni,

I am Maria Rotondo Callas, My brother Frank Coppola was married to Joe's mother in law Mary Ann but I consider him my nephew. I am 64 years old and live at  . My home phone number is                    and my cell number is                    . For the last 25 years I have worked for EAC Network, Staten Island TASC (Treatment Alternatives for Safer Communities). I am a supervisor of Case Managers and our goal is to divert individuals who have substance abuse and/or mental health issues to court mandated treatment programs.

Judge Caproni, I am writing on behalf of Joe who has been convicted so you can better understand what type of individual he is. I hope you will consider my information about Joe when you decide on his sentencing.

I met Joe in 1991 when he began dating my niece Lisa who was Frank's step daughter. From the beginning I saw Joe as a compassionate, warm, kind person. He was a very family oriented young man who was always willing to assist in any way he could without hesitation. Joe developed an extremely deep special bond with my brother Frank from day one of meeting. They were much more than "in laws"; more like father and son. Joe's father had passed away and of course Frank was not a replacement for him but a special gift. Unfortunately Frank was diagnosed                                        in 2000. From the beginning of Frank's journey          Joe was extremely invested in his care. Joe conferred with Frank's                    , attending all appointments with him. Joe visited Frank at home and in the hospital countless countless times during his 3 year battle with this insidious disease. When Joe was unable to physically appear he checked in with Frank on a daily basis via telephone. My brother died on July 14, 2003 and Joe was at his bedside when he took his last breath. I watched as Joe mourned Frank so deeply and profoundly. I could never thank Joe enough for all he did those 3 years for my brother and the family. I felt that a son could not have been closer to my brother than Joe was. When Joe's mother fell ill he was there for her as he was for Frank, giving her daily devoted attention. Joe took a leadership role in the family, meeting with physicians, and handling all details of her care until her death.

As a husband, father and brother I have observed Joe to be so loving, extremely hardworking and family centered. Joe's wife Lisa and his daughters V███ and J███ are his heart and soul and he is devoted to them. Joe is one of the most dependable, reliable and strong individuals to family and friends then I have ever met. When anyone needs strength, guidance and wisdom they gravitate to Joe.

Judge Caproni, this crime does not represent who Joe is and certainly not the moral and ethical qualities I have observed since meeting him 27 years ago. Judge Caproni please show leniency to Joe and take my heartfelt words into consideration when you impose sentence.

Thank you,

*Maria Rotondo Callas*

Maria Rotondo Callas

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

July 9, 2018

Dear Judge Caproni,

My name is Frances Campo and I am Joseph Percoco's older sister. I recently turned 50 years old. I work for JP Morgan Chase Bank as a Vice President and Branch Manager in Consumer Banking. This marks my 31st year with the company. My home address is █████

I would like to first thank you for the opportunity to write on my brother's behalf. I must tell you, sharing my brother's life of forty-nine-years and so many of his accomplishments with you cannot be done in a short letter. I wish I could speak to you in person to truly express my feelings, but I thank you in advance for reading this lengthy letter as a substitute. I would do anything for my brother and I pray this will help.

Joe is hard-working, responsible and trustworthy. He is also fiercely loyal, generous, loving and kind. I love all of these things about my brother and value him for them, however, my favorite thing about my brother is his sense of humor. Joe has always had the uncanny ability to make anyone laugh, even in serious moments. At family gatherings we spend so much time laughing. I think this is one of his ways of bringing the family together.

Joe is an amazing man, but I won't ignore that he does have a flaw or two. He can sometimes become impatient which leads to frustration. In these situations, Joe can be harsh or insensitive. However he is reflective and can recognize when he has been too

harsh on account of his frustration. As soon as he realizes, Joe takes actions to correct it and apologize to the person he interacted with. He never intends to leave anyone feeling hurt and genuinely feels bad if he does.

Joe is blunt and direct. Sometimes this can be taken as rude, but really my brother is someone who makes no excuses and accepts none. His dry sense of humor adds to this, bringing the comic relief needed in serious situations.

Joe is also amazingly selfless. Time and again Joe sacrifices his own wants for others. The best story I have to illustrate this is when Joe was contemplating buying a boat. One of my brother's favorite things to do is to go fishing. He learned from my dad. He enjoys the quiet time and space alone. I'm pretty sure this is where he does all his planning and thinking. One year after winning a campaign for Governor Andrew Cuomo, Joe was awarded a bonus for his hard work and dedication. Joe shared with us that he would finally like to purchase a boat, something he always wanted. But, as usual, my brother's selflessness would kick in and he found reasons not to make the purchase. I remember all of us giving him a long list of reasons why he should, the main one being that he deserved to do something for himself; something he rarely does. We assured him that he deserved to reward himself for all his years of hard work and sacrifice. As he always did, Joe wanted to think it over and make sure the numbers fit in his budget. After all the convincing and supporting of this purchase, Joe finally gave in. He bought a boat, fulfilling a dream he had from a young age. We were all very happy for him. My mother especially was overjoyed to see that he was finally doing something for himself. Having the boat also allows him to spend quality time with his daughters, teach them how to fish, and create many memories with the family. Joe has not purchased anything for himself since this boat more than 10 years ago.

I want to point out that Joe was concerned about buying this boat for two reasons. One, because he puts others first and two, because he doesn't want to spend money frivolously. Joe fitting the boat into his budget is just one example of many that show one of Joe's best qualities - being financially responsible. For as long as I can remember, Joe was

always on a budget. From the time we were kids until this very day, Joe has a budget that he maintains meticulously and checks regularly. As I discuss later, Joe started "reviewing his finances" at 16-years old. I don't know about you, but I haven't met any other 16-year-olds who "review their finances" nevermind even having finances to review in the first place! Another example of this is when we were kids. It was Mother's Day, and I wanted my siblings and I to buy my mom a piece of jewelry. We would have to use the money we all saved from our allowances. When I told my siblings about this, young but frugal Joe asked me why I thought my mother needed more jewelry. When I explained it was a different piece of jewelry, Joe responded, "doesn't she need some socks or pantyhose?" I wasn't shocked by his response. I knew that I had to stick to Joe's budget, it was his rule. Eventually Joe did share in buying the jewelry for our Mother's Day gift. I can imagine that he was able to do so because he spent time mulling over the decision and carefully looking at his budget. My brother isn't cheap, in a negative sense of the word but he is careful with his money because he wants to make sure he will always have what he needs to support his family as he has worked hard to do.

Your Honor, I know that you will read this letter with the understanding that as a sister I have a clear bias. While that is true, we were raised to take responsibility for our actions and accept the consequences.

Before discussing Joe's accomplishments and his life, I feel it imperative to share with you some of our family history to illustrate the values and morals that we were raised with. In part, I feel the need to write on behalf of my late parents. After all, these are the building blocks of the man he is.

My mother always told us: *the adults we become are a reflection of our parents, and what they instill in us from a young age sets the foundation for the lives we lead as adults.*

Our parents took great pride in teaching us to be polite, respectful, caring and well behaved. They emphasized the importance of walking the "straight and narrow" and

always made sure we emulated the pride they had for the three of us in all of our actions. Of course, we all had a different learning curve and steered from the path as growing adolescents in terms of attitudes or school priorities, but our mother's words stayed in the back of our minds and truly shaped the adults we grew into. Their influence is so deeply ingrained in us, that although my brother was raised in a different generation than my parents and is raising his children in an even more complex generation, he holds true to the core values he was taught and ensures his two daughters learn the same in their upbringing.

Our parents were both born in Italy and came to this country at a young age to pursue the great opportunities America promises for a better life. They met and married here in 1966. My parents found those promises to be true as they were both successful in their own right and raised three children to not want, but work, for everything they desired. Both of my parents worked very hard. My father was a machinist for Con Edison for 25 years. My mother was a seamstress, working from home and taking care of us at the same time, then worked in the meat room at ShopRite for 10 years before opening her own bakery in Staten Island.

Your Honor, I would like to share that had my parents been alive for this anguish my brother is going through, this surely would have killed them both. I can tell you it is afflicting me, my sister, and our entire family deeply.

Our parents provided for us and we were raised in a strict home with an "old school" mentality and strong Italian roots. We were loved, protected, cared for, and motivated to be the best we could be. "I love you" was not said, but seen through actions. In our family, the adage is true: actions do speak louder than words. On the pages that follow, I hope to show you who my brother, Joseph Percoco, truly is and how the actions he has taken throughout his entire life speak louder than any of the other words said about him.

Joe and I were born in the Bronx. In 1975, my parents achieved a dream of theirs: to buy their first home in the suburb of Rockland County. They were extremely proud of this

and excited to have their children attend Clarkstown schools, whose reputation, at the time, was one of the best. Our younger sister was born two years later in 1977. Our parents wanted us raised with a big yard and not in the streets of the Bronx; they were less fearful of bumps and scratches from climbing trees than the situations we might find ourselves in on the streets. We went from a two bedroom apartment to a three bedroom house with space to run and play. When our parents explained they had saved enough for a down payment on this house, I think we learned something else. Their long hours of hard work was all to give us the best opportunity to be successful. To give us what they didn't have as kids, so maybe our lives would carry less struggle than theirs. We still own this house today; it is part of our inheritance and something we value as a family, because it shows the sacrifice and achievements our parents made as a way to give us a better life.

My parents taught us to believe in the American Dream -- if you work hard you can be successful and give your children a better life than you had. My brother has worked hard to do the same for his family. As a son, brother, husband and father, Joe has dedicated his life to ensure he is providing for the success of everyone he loves.

In raising his family Joe wants to offer his children the best. After marrying his wife, Lisa, they planned and saved to buy a home. After two years, they purchased a house in Staten Island, New York. It is in this house that they began to raise their two daughters, V███ and J████. However everyone knew that eventually Joe would want to move his family to the suburbs. His goal, like our parents before him, was to raise his children away from the influences of the city and in a place that would afford them as much opportunity as possible to fulfill their own dreams.

The decision to move out of the city and to the suburbs was a big one. First, it required Lisa to be willing to move away from her family and the place she was raised. While this was difficult for Lisa to do, she shares Joe's dream. Lisa trusted that even though the move would bring a period of transition, it would be the best for their family.

Joe, as always when making big decisions, wanted to get my mother's blessing. He sat down and told our mom their plans. They even took her house shopping with them some Sunday mornings. Buying their home in Westchester, was not a decision based in material-wealth or for superficial reasons; it wasn't about the grandeur. The home that Joe and Lisa purchased was a symbol of family.

Their first priority was to make sure they lived in a place that was safe and allowed them to provide for their children. A second priority was to own a home to welcome both of their large families. Family being around and having an influence in his children's lives is important to them. Having a good distance between their families, they wanted to have enough space for their mothers to stay over. They also considered the future. Joe and Lisa wanted to make sure that if either of their mothers needed more care as they aged, there would be a place for them.

Joe wanted to make sure that he would be able to host holidays and special occasions. This is something that my mother took pride in doing as the matriarch of her family. Joe wanted to be sure that even after my mother passed away the closeness of our family would not fade. He knew that carrying on our mother's ability to get the family together would keep all of us connected the way she wanted. The purchase of this home was not for show or status, it was for family. I know with absolute certainty that Joe would never purchase a home if he couldn't afford it.

Joe does his best to take the values we learned growing up and teach them to his own children. My mother was raised at a time when gender roles were not very fluid. Although she raised my sister and I with rules that were more protective, she always taught us to be independent. She did not want us to have to rely on a man for anything. My brother was listening and watching. He supported my sister and I in following our dreams and made sure we didn't feel inferior because of our gender. To this day, Joe makes us feel empowered. On occasion when I get frustrated with work, my brother

reminds me of the success story that I am having started from the bottom and working to the top. He always reminds me to take pride in what I have accomplished.

At the same time Joe is teaching his own daughters the importance of independence and believing they can do anything they dream. My brother is raising his daughters in the same way he was raised, including having education be priority number one. His eldest daughter, V████, was just inducted into the National Honors Society at her high school and she proudly plays on a lacrosse team that has made it to the State Championships. His younger daughter, J████, is just as successful and talented as her sister. J████ has excelled in the performing arts. Joe does his best, especially in recent years, to be behind his daughters cheering them on to success. He does not forget to have fun with them as well, though. Both V████ and J████ enjoy spending time with their father and absolutely adore him. Like Joe, both have a boisterous sense of humor; the three enjoy goofing around and making jokes together. They can laugh with each other for hours. Joe has taught them to laugh at themselves, to not take life too seriously.

Joe shows a kind of selfless leadership in our family, even though he is the middle child. He has stepped up to provide for and take care of everyone. The most memorable times Joe displayed this selfless love for his family were the most trying we experienced together.

After 25 years my parents decided to end their marriage, because it just didn't work anymore. It was a very sad time for all of us. However, Joe assured us that we would make it through together. Even though my brother was dealing with the same emotions as the rest of us, he made sure to take care of everyone else. Without asking or being told, my brother stepped right into the role of "man of the household." It was his instinct. He would help my mother with whatever my dad took care of around the house. As I look back, I am in awe of how seamlessly he took on that role and still lives in it to this day.

A few years later, my father passed away. Again, without asking or being told, Joe assumed the role of leader in our family. Because of the unexpected nature of our father's passing, he left no will. At the time, I was four months away from my wedding that I was paying for by myself with my now-husband, and our sister was only 13-years old. Joe did not want us to bear the burden of the cost for the funeral, so he took out a loan to cover the expenses. Without needing to say it, Joe proved that he was a man of his word -- when he said he would take care of his family, he meant it.

Although my brother was going through his own grieving process, he took on the task of making sure everyone was emotionally cared for. Our younger sister struggled most. Joe made sure to give her the attention and nurturing she was missing from her father. To this day, our sister still looks up to him as her father figure and relies on him for that type of moral support. Additionally, although it was very sad that my father passed right before I was to get married, my brother walking me down the aisle is an act of love that I cherish.

More recently, when my mother was diagnosed                Joe proved again how much he values family. Joe never missed work, another lesson our parents taught us. However when my mother was diagnosed and her condition worsened, without question Joe took time off. Each of us played a role in taking care of our mom. Joe jumped into action to find her the best care. He researched to find the best doctors and hospital for my mother. Joe found the head of the            Foundation to treat our mother; I believe his research and persistence are to credit for the additional time my mother was able to spend with us.

Toward the final stages of my mother's life, Joe asked the doctor what the options for her care were. The doctor explained each option and the probability of its success. Ultimately, Joe asked the doctor in a very straight-forward manner, "if this was your mother, what would you do?" Joe did not ask the doctor this because he was unsure or confused, he asked because he wanted to make the choice as selflessly as possible; he didn't want to let the fact that he wanted to keep his mother alive trump her quality of life

or comfort. The doctor said that the best option would be to make her comfortable. Not wanting to make the decision without my mother, Joe went with the doctor to explain. Without hesitation, my mother courageously told my brother that she wanted to be made comfortable. Joe clearly learned strength from my mother. She stayed strong for us our entire lives, including with this decision. Selfishly, I begged my mother to change her mind. Joe made me realize that she would only be suffering more, something none of us wanted.

All three of us took off work for the last two weeks of my mother's life to be by her side, together. Governor Andrew Cuomo came to visit my mother in Hospice. Though my mother was unable to talk, she was still able to hear. Governor Cuomo, sat next to her bed and held her hand. He told her how much Joe meant to the Cuomo family. The governor attributed the great man and successful person Joe is to the way my mother raised us. Governor Andrew Cuomo reiterated Joe's strengths and honored the values our mother instilled in us when he told her that he was in awe of the way we cared for her.

To say that my brother is a family-man is a vast understatement. Joe has proved time and again that he is willing to take responsibility, make sacrifices and hard decisions, and put in work so that the people he loves are protected and supported.

With my dad always working, my mom was the driving force behind our upbringing. She was also the disciplinarian and at times she ran the house like a drill sergeant. We secretly called her that between the three of us. When we were older, we finally revealed her nickname and she grinned, responding, "and look how wonderful you all are because of it."

My mother made it clear that every action had a consequence. We were rewarded for good behavior and disciplined for bad behavior. Now, by bad I mean, trivial missteps such as not completing chores, having a disrespectful tone, and not doing well in school. I remember mom almost didn't let Joe go to his baseball game until his room was

cleaned. He loved playing sports. And this particular season, my brother was the starting catcher and the team captain. How could he miss the game? After all the begging and promising not to do it again, my mom said "this is the one time I'm going to let you slide, you do this again, next time you're not going."

Responsibilities were important for my mom to instill in us. Not doing well in school was among her biggest irritant. "A"s and "B"s were expected; anything less than that and we were scared to go home. We had curfews. We did chores. And my mom meant business. We knew that if we didn't follow the rules, we'd face the consequences. And truthfully, we toed the line once or twice but her punishment scared us right back over to the other side.

My father, though less apparent, was strong willed in his parenting as well. When my father spoke, we listened due mostly to the conviction in his voice. His role was to instill a different type of responsibility and discipline in us - that of self-respect and pride. Because of our Italian roots and the time in which we grew up, my father made sure we knew that the Mafia was not a part of our "culture" to entertain.

We were supposed to maintain parts of our heritage that emanated pride. Joe, being the only son was responsible for carrying on our family name. Something my father took very seriously. Because of this, he ingrained this idea in Joe: don't ever disrespect or dishonor yourself and your family name - that would be the ultimate embarrassment. And Your Honor, my brother never did!

I find it necessary to reiterate the importance that both of my parents placed on not falling into the cultural stereotype placed on us as Italian-Americans. The reason my parents worked so hard to get out of the Bronx and teach us the values of honesty, hard work and pride was to make sure that we did not fall victim to the false promises offered by the streets. Because my parents were so grateful to this country for the opportunities it afforded them, and therefore us, we were raised to respect our country and honor and follow the law at all times.

They believed in making sure we knew the importance of being law-abiding citizens so much so, that my mother taught Joe and I a lesson in integrity that we would never forget. When we first moved to Rockland my mother, brother and I were shopping at the grocery store. When we left, Joe showed my mother a piece of candy he had taken from near the register while she was paying. She looked at him and asked him where he got the candy from. He said, "I took it before we left." My mother shot him a stern look — the one all kids fear from their mothers — and said "and how did you pay for it?" Joe looked up at her shocked and confused. "Both of you in the car," she turned, and without saying another word drove down the street to the police station. At the precinct, my mother opened the car door, took a crying Joe by the hand and marched up to the officer standing outside. My mother made Joe tell the officer what he had done. Understanding that six-year-olds aren't very aware of the law, they explained that stealing was illegal and never ever acceptable.

From that young age, we learned that breaking the law, no matter why or how menial, is never okay. I can attest that, from that day on, Joe obeyed the law. I like to think that this value of honoring the law is one of the main reasons Joe decided to go to law school. He knows that understanding and following laws is the foundation of being a good person and productive citizen, two things my brother has proven to be throughout his personal life and in his career.

Joe has always had a strong work ethic and drive for honest success; in large part he is motivated by his desire to make our parents proud. He wants to be the embodiment of the values we learned growing up, the ones Joe still holds true to today.

As a child, Joe had an incredible energy. He never sat still and would sometimes, as young boys do, get into mischief. My parents realized that they needed to keep him busy by giving him projects to do. As the only nephew at that time, my mother's two brothers, enjoyed spending days hanging out with Joe. When he was a young teenager, my uncles who were in their twenties, channeled Joe's energy into playing sports, learning about

cars and teaching him how to work hard to be successful. To this day, my uncles and brother have a very special bond. These are the men that Joe considers his *real* brothers. My uncles have shown my brother the true meaning of family through their actions.

Joe takes pride in everything that he does. He would never have his name on something that he did not think was its best. Growing up, that included school-work, chores, sports, and jobs, and as he aged it expanded to include being successful in his career and providing for his family.

As an athlete, Joe excelled at baseball and football. My parents, though they didn't know much about sports, knew that keeping my brother involved would teach him discipline, teamwork, leadership, loyalty and camaraderie. As his own biggest competitor, Joe pushes himself to be the best. He took pride in being a leader on his teams. To him, it meant that he could support and inspire the people around him. Not only does Joe want to do well, but he wants the people he cares for to do well also. Even as he left sports fields for offices, Joe always remembered how he was given opportunities to grow and develop. He passed this along in his career as he mentored interns and younger colleagues just entering the work world.

He has displayed this eagerness to mentor and support others in our family as well. As the fifth-oldest of 22 cousins, he played an important role in mentoring them as they grew up. Our cousins look up to him, the way he does my uncles. To this day, as adults, they still rely on Joe's advice and guidance. Our family, though large, is very close. The older family members look out for the younger ones, and everyone has grown up understanding the same values of hard work and honesty. Among us are lawyers, nurses and doctors, law enforcement, teachers, and military personnel. All of these are honest careers, which everyone has obtained by living the core values taught to us by the generation that raised us.

Joe is no less serious about his career and working than he was sports. At the age of 14, I decided I wanted a real paying job. I began delivering the PennySaver. I hated getting up

in the morning, but because I had committed to the job, I called on Joe to start helping me. We did deliveries together for a little while, but I soon gave up. However, my brother, dedicated and disciplined, continued this job as his source of income for two years, until he was old enough to work at the grocery store.

As we were growing up, my father used to say to us, *"In anything you do, make sure you keep your ears and eyes open and your mouth shut."* The lesson here was to make sure we learned everything we could. I will never stop hearing these phrases, incessantly rambled off in Italian: *You all have to be better than us. Don't work with your hands. Study hard and become those people that use their brains to make a living.* I remember us feeling bad for them when they said these things, we saw nothing wrong with what they did for work. But our parents didn't say it looking for pity. They just wanted us to have a better life. *Make us proud of what you can become. You're born Americans - there is no excuse for you to fail in this country. Work hard, and earn for what you want.*

These lessons, my father's words, came to life through my brother's actions when he was 16-years old. When he was 15, Joe started working at a grocery store and for a landscaping company. Joe liked the landscaping work and he was determined to be successful. By the time he turned 16, Joe had learned the entire business inside and out, and told my parents he wanted to start his own landscaping company. After discussing with my parents, reviewing his finances and receiving his driver's license, Joe purchased a used pick-up truck. Joe said he wanted to make sure he was prepared to pay for college and law school.

I remember my parents were amazed at Joe, this boy, who was starting his own business. Our parents gave us everything we needed, but because there were three of us, it didn't allow them to pay for everything we wanted. At 16, Joe had enough sense to start planning for his future. He built a business that would pay for his education so he could fulfill on the dream he had, from the time he was eight-years-old of attending law school. It gave him pride to be able to say he could support himself, as our parents had taught us.

Joe built his business and developed an impressive client base. Word spread about Joe's great work and eventually he was booking more and bigger jobs. This was a huge accomplishment for Joe. Like any good businessman, Joe realized that if his business was going to be lucrative enough to pay for his education, he would need to invest in its growth. He hired employees and purchased a bigger truck. Then he moved beyond offering only simple services like cutting grass, to designing yards with beautiful colored landscaping, rocks, and waterfalls. At 18 years old, Joe sat again with my parents and reviewed the finances of his business. This time he wanted to apply for a loan to purchase a dump truck, because it would benefit his company. It was a lot of money, but after reviewing the numbers many times with my parents he knew he would be able to afford it through the business income. This business ended up being very successful and Joe maintained it remotely while he was in college.

Our entire family took pride in Joe's success. But we weren't just proud because his business was making money. Joe's action meant so much more to my family and allowed us to see what Joe valued so authentically. He was starting to live the dream my parents had for us--to be successful in our own right--and he was doing so by acting out the values they taught us.

The start of my mother's own journey toward financial independence was in part inspired by Joe. And she in turn taught Joe how to invest wisely. My mother always believed in having an additional income -- whether it was by having two jobs or investing in property. My mother was able to purchase the home she did in Staten Island by using the income from an investment property in North Carolina. My mother never wanted to leave her property empty because it could make a profit that would allow her to provide more for her family. If she was not living in one of her homes, she always rented it out. She taught all of us to use every resource we had available to us wisely. When Joe and Lisa purchased their first home, in Staten Island, they automatically looked for a two-family home so they would have additional income. As I mentioned, we still own the home we grew up in. In an effort to carry on our mother's legacy we continue to rent the house. While it's not easy being landlords, Joe and I split the duties.

Years later, my brother showed my mother the power of his entrepreneurial spirit. After I married and moved, my brother feared leaving my mother with an empty nest since my sister was headed to Wagner College to study Education and my brother was always at work. My brother was very protective of my mother and he did not want her to experience that. After fully recovering from a back injury related to her previous job, my mother began working at a bakery as a manager. She loved the business and just as Joe did with landscaping, she learned the ins and outs of running a successful bakery. In order to solve the issue he saw with everyone out of my mother's house, Joe presented my mother with a plan to move to Staten Island and open a bakery. The plan would allow my brother to be closer to work at the Mayor's office, allow our younger sister to be close to my mother while at school, and give my mother the opportunity to work on her own terms. Opening a bakery gave our mother a purpose and allowed her to provide for her family in a new and exciting way. My mother was sold on his idea and in 1994 they moved and opened the bakery.

My brother, sister and mother worked together to make the bakery a success. Each of them had a different shift. Before going to work in the morning, Joe would go to the bakery and make the bagels for the day so my mother would not have to do the labor intensive part of the job. As Joe was finishing, my mother would come into the bakery and Joe would run out to his job in the mayor's office. My brother's work ethic is unmatched by anyone I have ever met. While most people were working 9-to-5 jobs, Joe had already put in five hours of work before heading to his "day job".

Sometimes I think that my mother's independent spirit and brother's entrepreneurial ventures combined made them a force to be reckoned with. The two learned a lot from each other and made a great team. My mother, after divorcing my father became immediately concerned with having a decent income to provide for herself and us. She was finally able to make her own choices about her income. My mother always pushed us to follow our dreams and I think Joe pushed her to follow hers as well.

In 1987, Joe graduated high school and received a football scholarship to Wagner College in Staten Island, New York. Joe played football while maintaining his landscaping business and making the Dean's List every year of his undergraduate career. As a political-science major, Joe was recommended to become an intern at the New York State Governor's office. It was during this time when Joe was introduced to the world of politics, where his career flourished.

Similarly to how he began at the landscaping company, Joe absorbed as much as he could about his new role and this new world. Joe quickly earned a reputation for being a fast learner and having strong work ethic; he was eager to learn, devoted, and a natural leader.

Joe graduated from Wagner College in 1991 and was hired by the governor's office. After Governor Mario Cuomo lost the election, Joe received offers to work with many other government officials because they had known about him due to his reputation and success. Joe went on to work for New York City Mayor Rudy Giuliani, Public Advocate Mark Green, and then the accounting firm KPMG until Andrew Cuomo offered him a position working on his team at the United States Department of Housing and Urban Development.

Governor Mario Cuomo entered my brother's life just at the same time my father had passed away. The two had an instant connection. As the governor learned about my brother, he was reminded of himself: raised by Italian immigrants who came to this country to provide the best opportunities for their children. Joe looked up to the Governor as a father figure and mentor.

At my mother's funeral, both Governors Mario and Andrew Cuomo attended. I went to thank Mario Cuomo on behalf of my parents for the opportunities he provided Joe to grow into one of the best managers in the political world. I wanted the governor to know that he allowed my brother to make my parents very proud. He responded, "I knew from the very beginning that there was something special about your brother, I knew he had what it took to do this job well." He then made sure to tell me that Joe created his

success on his own. The governor said he only provided guidance and tough love, just as my parents had.

Governor Andrew Cuomo came to know my brother as family. After having known Joe for years through his father, Andrew saw the same Joe all of us had: hard-working, fiercely loyal and honest. All attributes that allowed Joe to be successful in every endeavor. When Andrew Cuomo decided he was going to run for Attorney General, he would have no other person but the man he considered a brother to run his campaign. Joe ran Andrew Cuomo's campaigns for Attorney General and Governor, helping to successfully secure wins in three elections.

The Cuomo family supported Joe in learning and being successful in his career. In return, my brother gave himself fully in order to support them. Joe made sacrifices in his own career goals and family life while working for the Cuomo's. For example, my brother pushed back attending law school, a dream of his since he was 8-years-old, until nine years after finishing his undergraduate degree. The demanding role he had kept him away from his wife, children, mother and siblings on many occasions. However, because we were proud of his success and how far he had brought his career, our family continued to support him. In 2000, Joe proudly graduated from his mentor Governor Mario Cuomo's alma mater, St. John's University School of Law.

In the last days of my mother's life, she told Joe how proud she was of him for all the success he created. She made him promise her that he would do something less demanding for work in order to spend more time with his family and enjoy the success he had worked so hard for. Joe, showing dedication for his work and commitment to family values at the same time, agreed. He told her he would pursue the impressive offers he received from the private sector after completing one last campaign run with Governor Andrew Cuomo.

About a year later, Governor Mario Cuomo passed away. Joe suffered another loss that saddened him deeply. Mario Cuomo was a great influence in Joe's life. Joe told me that

he will forever treasure the mentor and father-figure that Mario was for my brother starting at a young age. This is why when Andrew Cuomo asked Joe to stay on for another year, he said yes. By saying yes, Joe broke the promise he made to his mom a year earlier and sacrificed his opportunity to move into the private sector. I know that this was Joe's way of honoring the relationship he had with the Cuomo family, but especially with Governor Mario Cuomo.

After the year that Joe gave to the governor's office, he was prepared to move on. He had several impressive offers in the private sector to choose from. He chose the one that would fit him best. His vast experience coupled with his passion and love for sports led him to take the offer to work for Madison Square Garden as a Senior Vice President. Finally, Joe had a job that, for the most part, would allow him to work normal hours. This let him to come home at a regular time and sit down at the table with his family for dinner, something they all longed for, for many years. Joe was purely excited. I could see the change in the family dynamic; everyone was happy to have dad home, being able to drive his girls to school, attend events, and be around more made them whole. Seeing my brother and his family filled with so much love brought me an incredible amount of joy, because this is really what he has worked for his entire life.

I could continue on writing about the great man that my brother is for many more pages. This lengthy letter is only a condensed version of the stories, history, and actions that show Joe's true character. I hope that I was able to give you a better sense of the upstanding man Joseph Percoco truly is.

Joe has built his whole life around making his parents proud and honoring their legacy. Not only does my brother honor his name, he treats the Cuomo name with the same respect. The last thing my brother would ever do is something that could hurt both names. I want to make sure it is clear that one of the greatest gifts my parents ever gave me is this man I call my brother. I have been proud of him since we were young and I could not be prouder today of the man he has become. I have always been his biggest fan, my

mother even called me his cheerleader. I adore my brother. Nothing will ever change the overwhelming amount of love I have for my brother.

Each day as I sat in the courtroom behind my brother along with my two uncles, his real brothers, I was in disbelief. If anyone ever told me years ago that we would be in this situation, there would have been an exchange of harsh words. In the courtroom, we had to see and hear my brother's character be distorted and watch his finances and personal life be put on display. Even as a government employee, my brother has always been a very private man. The display was damaging and I know it hurt my brother as well.

Since the verdict, my brother is not the same. Raised Catholic, we have a strong faith in God and have called upon our faith to guide us through this time. Joe is leaning on his faith and the words and lessons my parents instilled in us. While this has not been easy to bear, I have an incredible amount of respect for the way my brother has been handling it. Especially on the day the verdict was announced, my brother stood up and accepted the decision with the same strength I have seen him use throughout our lives. Since the verdict my brother has been overwhelmed with sadness and disappointment, but I have watched him use the strength, lessons and values given to us by our parents to help him get through this difficulty. While we worry about him, Joe in his usual selfless manner, is trying to make sure that we do not experience the same pain and suffering he is.

Your honor, I can guarantee that if you speak to Joe, you would see for yourself that these charges do not represent his character by any means.

In closing I respectfully ask that the court grant Joe substantial leniency when sentencing. I implore you to take this letter into consideration as a true testimony of the honest man my brother is, and on behalf of myself and my parents afford him mercy. Lisa, V, J and our entire family cannot imagine life without him. Joe is the heart and soul of our family, and we would be even more distraught than we already are.

I want to thank you for the time you took to read this letter. If you have any questions or feel the need to contact me for further information with regard to this, my phone number is        and my email address is        . Again, I thank you for your time and consideration.

With Respect,

Frances Campo

The Honorable Valerie Caproni

United States District Judge

United States District Court for the Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

July 9, 2018

Dear Judge Caproni,

My name is Jerome Campo, I am Joseph Percoco's brother-in-law. I am married to his older sister Frances Campo. I'm 58 years old and retired from Pepsi Cola Bottling Company of NY. My home address is

I thank you for allowing me to write on my brother's behalf. Along with the rest of our entire family, I am in total disbelief and completely distraught as to what my brother was charged with and convicted of. I hope that I can help him by telling you about his true character. I have a great amount of love and respect for this man and I want to do whatever possible to help him.

I first met Joe in 1990. I had been dating Fran for a short time and had heard a lot about Joe before I met him. I didn't know how old he was but because of all of the things I had heard about him, I assumed he was around my age, which at the time was 30. I was shocked to find out that he was ten-years my junior, yet so accomplished. He was in college, working in the Governor's office and running his own landscaping business. They say first impressions make or break you; I was certainly introduced to the humble, generous, funny and loving man that Joe is the first time I met him.

Joe and the Percoco family took me in as a brother and son, not just an in-law. Their mom took me in and treated me like her own. She didn't discriminate, child or in-law, she kept you in your place, but I knew everything she did was out of love and care. It was incredibly clear that her children were her whole world, and that she loved them and did everything she knew to raise them to be successful and good people. Looking at all of their success, I could see the values that were deeply seated in their family -- everyone was educated, working in careers, and was at Sunday dinner every week without fail! I was honored to be brought into their family. Although their father wasn't present--unfortunately I did not get to meet him before he passed away-- my

mother-in-law was tough. She had rules, and everyone followed them. Me too! She gave her children a curfew, and often Fran would get upset about it. I told her to not complain about that, because it showed how much her mother loved them. However, I did say that I was shocked that they all listened -- it was unbelievable. But it was clear that this family was close-knit and that they were loved and raised to respect their parents.

In the last days of my mother-in-law's life, I was astonished by how courageous this woman was. She comforted her children and grandchildren, and continuing to give us orders on how to continue on with our lives even though she was gone. I always knew it, but I point to this memory as the one that showed me the true strength of this family. My mother-in-law was strong, loving, and caring of her family until the very end. This is something she instilled in her children and it is clear in the way that Joe lives his life to this day.

Joe is truly devoted to his family. He has always been protective of his sisters and his mother. When I met them, Joe's little sister Tina was only 13-years-old and it was immediately after their parents had divorced. I saw the way Joe treated Tina with care and gave her extra attention, being sure to make her feel comfortable and happy at every chance he got. With my wife, Fran, I also saw Joe be protective. While Joe never gave me the typical brother-in-law "don't hurt my sister" speech, it was very apparent that treating her in any other way than with love would be unacceptable. Joe never had to give me that speech, he made it clear with his actions.

Joe's relationship with his mother was also very special. I'm honored that I got to experience it. When my mother-in-law became ill and went into the hospital, I watched as Joe took charge of researching how to get her the best care. While I could tell he was stressed, he did his absolute best to make sure it didn't show and that everyone else remained calm. I helped in taking my mother-in-law to doctors, but Joe made sure we were going to the best ones he could find. In her worst days we all got to hospice early and left very late. I watched as Joe cared for his mom and kept his family calm and laughing. He was able to selflessly put aside his own emotions about what was happening to comfort everyone else. This is only one example, but Joe has done this for as long as I know. Joe even eulogized both of his parents. He honored both of his parents in a way only he could, by including all the loving memories and the amazing people they were while also still being able to make jokes.

Two weeks before my wedding, I had a falling out with my best man. My best man was disinvited from the wedding. Without thinking twice, I asked my soon-to-be brother-in-law to be my best man. Even though Joe was already walking Fran down the aisle, he didn't even think twice and immediately said yes. The day of our wedding, Joe walked my wife down the aisle and then came and stood next to me as my best man. And he has been there ever since, right by my side--and our family's side--whenever we need him.

On many occasions, I and my mother-in-law would say to Joe - we saw you in the paper or on tv! I was so proud of him and everything he had accomplished that I wanted him to take credit for it. I always asked him why he never posed next to either of the governor's he worked with. He had such a profound relationship and established role in the governor's office, that we were confused about why he would not be standing in the pictures with the governors. I would ask him, " Joe, why don't you get in the pictures with the Governor? I see your arm or the back of your head. We want to see that smile!" Joe's response was always the same a quick "Why?" followed by "I am not the governor. I have a job to do and being in the media isn't part of it, there's no need for that." Joe's humble attitude has always been clear to me. While I joke that he should "smile for the camera," I know that he does not want to be given any kind of special attention because he doesn't believe that he deserves it. To Joe, he has always just been doing his job and helping people along the way.

I've had the pleasure and honor of watching my brother humbly make so many accomplishments. I don't know if I've ever really told him this, but I am incredibly proud of him, his success, and the man he is and always has been in his personal life and career. I got to watch Joe graduate from both Wagner College in Staten Island and John Jay School of Law. I was so proud of him, especially getting to watch him fulfill his dreams. Joe exceeded the expectations of both of his parents, and he did so in order to make them proud and along the way he made the rest of us proud too.

Although I knew that Joe cared deeply about his family, including me, I was given all the evidence I need that he would always be there to support the people he loves when I was seriously injured while working for Pepsi Co. After many years of working for Pepsi Co., I was seriously injured on the job. In order to deal with the whole situation, I had my own legal counsel. However, I trusted Joe and wanted to have him by my side to help me understand the legal jargon and to make sure I was doing what was in my best interest. Every time I had a question, Joe was always willing to take time out of his day, as busy as he was, to answer my questions, help me understand or get on conference calls with me and my attorney. Especially in a time of extreme stress for me, Joe made it easy and was willing to make time to ensure that I was doing everything necessary in order to make sure I was being treated properly.

Again, I got another lesson in the power of Joe's love for his family and his comedic relief during the same time after being injured at work.

▮▮▮▮▮▮▮▮▮▮ I never asked him to come, I knew that he lived in Staten Island and worked in Manhattan, and I did not want him to travel so much just to sit in the hospital. Yet that night, still in his suit, Joe came up after working all day to be by my side when at one of the most vulnerable points in my life. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ Joe has a way, especially with his humor, of being able to get us (our family) through even the most painful of situations.

Joe is a very comedic and witty guy. He uses his humor to make sure we all have a good time when we're together and makes lots of jokes. Usually I am the brunt of his jokes, but I am the first person to crack up laughing. I know the jokes are all in good fun, and he is very funny. He is my brother, and like I said I thought he was much older than he is, but he makes sure to let me know how I'm older than everyone. I also tend to make comments that will get a rise out of people about something minor and then walk away. Joe always catches me and points it out saying, "this guy is going to outlive us all because he's causing all the stress and then walks away and laughs at it!" My wife and mother in law would get sensitive at times and start to defend me. Joe would blurt out, "why are you sensitive, look at who's laughing the hardest" as he pointed at me. And it was true, me! His matter-of-fact, dry sense of humor is one of my favorite things about Joe; it's provided a lot of memories and closeness for our family.

Very rarely are there opportunities for us to make Joe the brunt of a joke, and I for one jump on every opportunity possible. The most common thing I could make fun of him for is his obsession with doing coupon clipping for his weekly grocery shopping trip on Sundays. For as long as I know Fran, my wife and Joe's sister, I have heard about his famous budget. Usually because Fran was joking about Joe being so meticulous with the way he managed his money. Every Sunday Fran and I would go to Staten Island to my mother-in-law's house for family dinner. When we arrived, my nieces told us about their father's "eventful" morning of clipping coupons and then grocery shopping. Joe would gloat about how proud he was of how much he saved because of the flyer that was sent to him in his email. Boy did I get to have fun with that! I made *a lot* of jokes for many Sundays about Joe's couponing and shopping trips. Even though we don't do family dinners weekly anymore, when we do, I still get to joke because to this day Joe still does the shopping because he doesn't think anyone can shop better than he can. I completely respect Joe's budgeting and think it's a great trait and wonderful that he teaches it to his daughters. However, because it's so rare that I get the opportunity to get a joke in on Joe that I fully take advantage of it every chance I get.

You Honor, for all intents and purposes, Joe is my brother. He is my only brother. The man that I know he is does not match the charges he was accused of. Through this letter, I hope that you are able to see the Joseph Percoco I know and love.

In your sentencing, I beg that you take into account the man that Joe is and offer him as much leniency as you can.

I thank you for taking the time to read my letter. If you should feel the need to contact me, my phone number is [redacted].

Sincerely,

Jerome Campo

Jerome Campo

July 2, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni-

I am writing as a friend and neighbor of Joseph Percoco. I have known Joe and Lisa Percoco for six years, since they moved to South Salem, New York, and I count them as two of my closest friends. I know that Joe has been convicted of several crimes and that his sentence will be decided later this month. I encourage the court to issue a fair and lenient sentence.

Joe Percoco is a family man. He is an active member of our small town community. As mentioned above, I met Joe's family in 2012, when they moved to South Salem. My daughter and Joe's youngest daughter became fast friends. Both Joe and Lisa have been active members of the Lewisboro community, and have made family and children their main priority. Joe has volunteered as an assistant coach for our daughters' lacrosse team on a moment's notice. Joe is the type of man who offers carpool rides for the children, even in snowstorms. He is a person who does a favor for you and then thanks you for letting him do it. We have spent holidays with the Percoco family, including ringing in several New Years. Joe is a caring and conscientious man who puts family and friends above himself. He has two daughters, who he cares deeply about and he plays an active role in their upbringing. Joe married his college sweetheart, Lisa, and demonstrates an obvious love and devotion to both her and their girls, V███ and J███████.

I encourage you to issue a lenient sentence because I believe that Joe should be with his family. I believe that his imprisonment would be a devastating blow, not only to the three members of his immediate family, but also to his extended family, his friends and the community at large. Through Joe's ordeal over the last few years (not only these criminal and court proceedings, but also the loss of his mother several years ago), Joe has maintained a positive attitude and stood as a role model to those facing adversity. He has

not demonstrated anger or resentment, but has instead exhibited a strength and poise to his family and friends. He has also remained a constant presence in his daughter's lives, appearing at their sports games, theater productions and school events. Despite his struggles with the press and fear of exposing his daughters to unwanted attention, he has found a way to put family first and stay involved in their lives. I believe that Joe should be given a lenient and just sentence because I believe that he makes positive contributions to the community from his home and I believe above all else, he should remain a part of his family's daily life.

Joe's daughter V█████ will be entering her senior year of high school and looks up to her father. She is a star student and plans to study government and politics at college. Joe has not discouraged her, despite his struggles, as he believes his daughter can make a positive difference in this world. Joe should be around to help V█████ choose a college and transition to this exciting time in her life. I believe it would be a massive punishment to her to have her father taken away at this vulnerable time. Joe's daughter J█████ (who is close friends with my own daughter), will be entering the eighth grade. As you probably know, the tween/ early teen years are very difficult for any child and I believe that having her father imprisoned will be devastating to her. As I've said, Joe is a constant presence in his daughter's lives and he positively impacts them.

My husband and I were shocked by the verdict against Joe this March. The crimes that Joe has been convicted of do not represent the man that we have come to know. Joe was always a devoted civil employee and took great pride in his work for the governor. I understand that the charges against Joe are serious, but I write to say that they are not representative of the type of man Joe is. I ask that you show mercy to Joe (and his family)

Thank you for your consideration and for all you do in the interest of justice.

Sincerely,

Jerri-Lynn Capobianco

(Attorney admitted in New York and Connecticut, Southern and Eastern Districts of New York and the Supreme Court of the United States)

The Honorable Valerie Caproni
United States District Judge
United States District Court of the
     South District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:
My name is Father Michael Carnevale, OFM; I am a Franciscan Friar ministering at St. Francis of Assisi Church, 135 West 31st St., NY, NY 10001.   I have been stationed there for the last 11 years, administering the Sacraments, doing spiritual direction with individuals, working on St. Francis Bread Line and also coordinating the scheduling of the masses and confessions for the friars who work in the church.

I am writing concerning the sentencing of Joseph Percoco.   Judge, I have known Joe for about 4 years as he comes to me for Spiritual Direction. Spiritual Direction explores a deeper relationship with the spiritual aspect of a human being. Describing spiritual direction requires putting words to a process of fostering a transcendent experience that lies beyond all names and yet the

experience longs to be articulated and made concrete in everyday living.   It is easier to describe what spiritual direction does than what spiritual direction is.  My role is not to define spiritual direction, but to describe the experience. It helps us learn how to live in peace, with compassion, promoting justice, as humble servants of that which lies beyond all names.

In the years that Joe has been coming to me, I have seen the growth in him of living a better Christian life, realizing the values and principles set down by Jesus Christ.   I have seen him struggling through obstacles that where keeping him away from having a better relationship with his God. That takes time and in rooting out of those obstacles, the real problems that externalize themselves in acts etc., that stand in the way of a better relationship with God.

I have found Joe to be very honest and forthright in wanting to living a better life, a life that has positive repercussions in his relations with those he comes in contact with on a daily bases.   This has helped him in his home life with his wife and children and has improved his communications and his sensitivity to their needs.

I can say this concerning Joe and being a decent, honest person, as I mentioned, with values and principles, certainly manifests itself with the in-depth sharing that we have done.   What Joe has shared with me is sacred but I can share this with you, he is a good man who would not go against his word and be a hypocrite to his faith.  Saying all this, I believe that the crime does not represent who Joe is or what I know of his character.

Therefore, Judge, I ask you to be lenient and show mercy to Joe when you impose sentence.

I thank your Honor, for considering my petition for Joe.

Sincerely yours,

Father Michael Carnevale, OFM
Pastoral Associate

STEVEN M. COHEN
35 EAST 62ND STREET
NEW YORK, NEW YORK 10065

July 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Joseph Percoco, 16 CR 776 (VEC)

Dear Judge Caproni:

I write in anticipation of the sentencing of Joseph Percoco.

I met Joe shortly after Andrew Cuomo was elected Attorney General in November 2006. At that time, I was in private practice and had previously served as an Assistant United States Attorney in the Southern District of New York. Years before, as was the case with Joe, I had worked for Governor Mario M. Cuomo. And, while Joe and I did not overlap in our tenure with Mario Cuomo (mine was during his first term and I believe Joe's during his third), I knew of Joe, and our common experience and overlapping set of colleagues and friends led to an almost immediate bond.

Joe and I worked closely during the Attorney General-elect's transition. We were part of a small group that was charged with assembling potential appointees to serve in the new Administration. At that point, I had been away from State politics and State government for almost 20 years. More than anyone, Joe helped me navigate the people and personalities critical to putting together a team that would best serve the Administration. In doing so, Joe

was remarkably selfless.  Despite his critical role in the election, he never complained that a number of high profile senior lawyers were being hired for positions that would be above him in the hierarchy, and he never questioned the role he was given.  Instead, Joe viewed any job in the AG's Office in which he might serve as an opportunity to support a top-notch team of lawyers and to lend his own understanding of politics to the operation.  At the time, my impression was that Joe was interested in the success of the enterprise and willing to put his own personal interests aside for the greater good.

During our time in the AG's Office, I served as Counselor and Chief of Staff.  Joe more or less served as director of operations as well as assisting on a variety of investigations.  I was Joe's supervisor, and I know first-hand that much of Joe's work was thankless.  He supervised event planning.  He was responsible for insuring the AG's public events were advanced properly.  He provided critical assistance in navigating the thicket of state and local politics during the course of investigations concerning the legislature's "Member Item" system, NYS Controller Alan Hevesi's Office and the State Board of Cooperative Educational Services.  He also helped set up and produced internal events, such as our annual award presentations and holiday parties.  Simply put, Joe embraced whatever role was required of him to make the Office function and to make our cases successful.  Throughout our four years together in the Attorney General's Office, Joe was a true colleague and friend, not just to me but to the entire staff. And there can be no doubt that Joe's efforts were critical to our success.

In 2010, after Andrew Cuomo was elected Governor, once again Joe and I worked on the transition.  Many members of the senior staff moved from the AG's Office to the Governor's Office.  The view at the time was to try to keep as much of the team as possible in tact; and Joe was a major part of the team.  I became Secretary to the Governor, and Joe became Executive Deputy Secretary.  Our roles more or less replicated the way we functioned in the AG's Office.

I can speak directly to the role Joe played in our first legislative session.  Joe was part of a small team that worked on the budget process and successfully achieved an on-time budget --something that had become almost impossible in New York State.  With respect to the passage of Marriage Equality (which I was tasked with managing) Joe was critical.  He showed himself to be deft in his dealing with an array of legislators and interest groups.  In one particular incident, Joe and I met personally with representatives of certain Orthodox Jewish groups who were opposed on religious grounds to the passage of same

2

sex marriage.   It was Joe who took the lead in explaining that he fully understood the group's objections and that he respected their right to have a view different from the Administration.   Joe pointed out, however, that passage of the legislation would have little, if any, effect on their Community. He went on to say that the legislation was about fairness and equality.   He pressed the notion that no one was seeking to impinge on their rights or their religious observances.  Moreover, he noted that we were not asking for their public support.  What we did want was for the group to stop pressuring critical Senators who had come to believe that they would be punished electorally for a "yes" vote.  When the meeting ended, the group's leader said he respected our viewpoint, appreciated our friendship and was going home.   In other words, the group would let the issue play out and would cease lobbying in opposition. This is one of numerous examples of Joe adding real value on critical issues.  Yet Joe as always was content to work without public praise or recognition.

I left the Governor's Administration in late 2011 and returned to private law practice.  At that point, Joe and my daily working relationship came to an end.

Joe has spent the better part of his adult life in public service. Having worked with Joe, I was profoundly disturbed by the facts alleged in the Indictment and proven at trial.  In all candor, as was the case with many of Joe's colleagues in the Executive Chamber, I was angry and felt personally aggrieved.  But I also believe that overwhelmingly in his public career, Joe behaved honorably, served the public good and acted with the best of intentions.  I say this not to excuse his conduct but to provide some context.

From a personal perspective, as should be obvious from my description of our relationship, Joe has always been a reliable and caring friend.  I have gotten to know Joe's wife Lisa and his two daughters.  I witnessed Joe's compassion and love for his mother who passed away a few years ago.  I know that there is nothing Joe cares more about than his family.  Consequently, the personal toll the Indictment and conviction have taken on Joe and his family have been extraordinary.  His world is forever changed, and there is no chance that what he lost – in friendships and trust and reputation -- will ever be recovered. While I will not be so presumptuous as to suggest that I have a meaningful understanding of the multitude of sentencing factors that are before the Court, I do know that the impact of a lengthy sentence on Joe's family will be severe.

In light of all of the following, I would ask that in determining his sentence that the Court take into consideration all the positive attributes and honorable service that I know make up a major portion of Joe's personal and professional life.

Respectfully submitted,

Steven M. Cohen

*Law Offices Of*
# Goldberg & Cohn, LLP

*Richard S. Goldberg*
*Steven D. Cohn*

*Walter J. Roesch* IV

*Howard Golden*
*Elliott S. Martin*
*Of Counsel*

*Suite 2304*
*16 Court Street*
*Brooklyn, NY 11241-1023*
*(718) 875-2400*
*Fax : (718) 858-2101*
*E-mail: office@goldbergandcohn.com*
*www.goldbergandcohn.com*

STEVEN D. COHN
s.cohn@goldbergandcohn.com
t:  718-875-2400/f:  718-858-2101

May 15, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Dear Judge Caproni:

I write to you on behalf of Joseph Percoco as a friend of many years and as an attorney who has served as a Counsel to members of the NYS Legislature in Albany.  When I was the President of the Brooklyn Bar Association, we hosted Continuing Legal Education seminars for the Office of the Attorney General and members of the Legislature who were attorneys.

I was also privileged to have served as a State Committeeman representing one of the most diverse districts in New York State for over twenty-seven (27) years.  I met Joe when he was working for the late Hon. Mario Cuomo.

I have known Joe Percoco for over twenty (20) years, and have always found him to be tough yet courteous, caring, concerned and willing to be in the background while always learning from and listening to others.

I have known him to be a dedicated and loving husband and father having spoken with him about his family members whenever we had the occasion to be together.  In fact, I had the distinction of serving as a Delegate to the Democratic National Convention held in Charlotte, North Carolina.  Joe was very busy with the New York State delegates, but I

on to page two

Letter
from
Steven D. Cohn, Esq.
to
Hon. Valerie Caproni (USDC/SDNY)
May 15, 2018
Page ((2)) of ((2))

remember he flew back to New York for one day to be with his children who were beginning school.

I always found Joe to be an honest person, and a man of his word.

I attended the Israel Day Parade with my wife and children, and Joe was always very, courteous and friendly, and made my son W█████ who attended the Yeshivah of Flatbush, feel special when Joe brought W█████ over to meet the Governor.

For all the above, and much more, I ask the Court to consider Joe Percoco's demeanor, amd the many good deeds he has done, while at the same time, taking into consideration his wife and two children, in imposing a sentence.

I beg Your Honor to show leniency and mercy to Joe Percoco and his family.

Respectfully and Sincerely,

STEVEN D. COHN

Law Offices of
Goldberg & Cohn, LLP, Suite 2304, 16 Court Street, Brooklyn, New York 11241-1023

April 30, 2018


The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing this letter in defense of Joseph Percoco. My name is Concetta Collins and I am his wife's Aunt Connie. Lisa is my sister's daughter. I am a senior and a retired Board of Ed School Secretary.

I have known Joe since the early 1990's when he and my niece were both students at Wagner College. He was a personable, responsible and respectful young man.

Through the years Joe has been a constant in our family. One incident imbedded in my mind - in 1999 my husband passed away suddenly. While my daughter and I were at the Emergency Room dealing with the shock, Joe walked in and we were not so alone. A member of the family had called him at work and he immediately came.

A few years after my husband passed away I put my house up for sale and it sold before I could find another house. As fate would have it, Joe and Lisa's tenant had just moved out. I took the apartment temporarily but remained there for 6 great years. Joe was a caring and considerate landlord.

In all the years that I have known him, Joe has always been a good son; brother; husband; father and a decent human being strong in his faith. That's why the family is so distraught by the outcome of this trial.

In making your decision, I pray God grants you the wisdom to see the difference between the man and the accusations.

Respectfully yours,

*Concetta Collins*

Concetta Collins

███████

██████████

The Honorable Valerie Caproni

United States District Judge

United States District Court for the Southern District of

New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007


Dear Judge Caproni;

I am writing you as the mother-in-law of Joseph Percoco. I have known Joe since he was in Wagner College on Staten Island, where he first met my daughter, Lisa. I have always known Joe to be a decent, honest, young man who was deeply devoted to his mother and father.

He quickly bonded with my husband, who, was also the product of Italian immigrants. They shared a similar background of hard work, love of family and decent moral integrity. Until my husband died in 2003, they spent many mornings having breakfast together before work. Even during my husband's illness, Joe came during the night and physically carried him into the car to take him to the hospital.

I've seen Joe grow into a bright, hardworking man who is deeply devoted to his wife and children. He was also a devoted assistant to the Governor and his family. There were many times during family functions, where he was not around or on the phone because of his loyalty to the Governor, the Governor's family and his job.

I have known him to do many good things for many good people. Yet, despite his success and position it was not beneath him to fix a pipe, put up shelves or change a doorknob for me. That is why these convictions are so hard to accept because of the person I know him to be. This case, has not only affected Joe, my daughter and grandchildren, but also the family and friends of those who love him. For this reason, I am writing to you with hopes that your sentencing will show leniency. Thank you.

Respectfully,

Mary Ann Coppola

Mary Ann Coppola



July 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing in reference to the sentencing of Joseph Percoco. I know that Joe has been convicted and I am writing to share my personal feelings about my longtime friend and colleague for your consideration as you decide his sentence.

I am currently 38 years old and reside at ███████████████████████████. I work as a Managing Director at the real estate development company L&L MAG and worked with Joe in my capacity on Governor Cuomo's campaign team and Office of Attorney General staff from 2003 through 2009. I first worked for Governor Cuomo after his 2002 campaign for Governor of New York as his only employee for many years. I then helped to run the team and campaign for Attorney General and finally worked in that government office as First Deputy Director of Intergovernmental affairs. After I left the official staff I stayed involved with the Cuomo team for many years, including returning for the successful Governor's campaign in 2010 as a volunteer for a few weeks.

I have known Joe professionally and personally for 15 years and know his wife Lisa and daughters V███████ and J██████.  I have met his sisters many times and attended the funeral for his mother a few years ago. I worked extremely closely with Joe in all my years working for Governor Cuomo. In this time, I knew Joe to be the hardest working, most loyal and dedicated colleague I have ever known. Remarkably, at this time he was also just as available and dedicated to his immediate and extended family and network for friends and associates.

Joe is the kind of person you call when you lost driving through New York State, even when on a personal trip that had nothing to do with our work together. He always picks up the phone and helps you find an answer, no matter the time or topic.  I have clear memories of Joe speaking to his sisters, mother and wife throughout all our work days, even under the most intense deadlines and pressure moments of a political campaign. He would be sorting out Easter plans, helping someone secure a lawyer, assisting in everyone's tax deadlines. Joe famously was given a t-shirt that said "How can I help you today?" from someone in his family. It said everything about the kind of pillar of support he provided to everyone around him – he always dropped everything to support the people around him.

In our professional life, I would go to Joe to support me in all sorts of professional issues. I was in my early 20s, just out of college and a novice in the political world. Given the profile and demands of my position, there is no question I could not have succeeded without his advice and counsel.  Joe helped me negotiate difficult personal dynamics with regular therapy-like sessions. And he was the architect of executing on our responsibilities, from securing logistics around the Democratic Convention to planning a rally or press conference to executing a successful fundraiser. No detail was too small or too large for Joe to jump in on and solve.

Joe's determination and ability to overcome the most difficult circumstances are what impress me the most about his character. Having lost his father early in life, Joe became the patriarch of his extended family. He also recreated a family bond with the Cuomo family, Governors Mario and Andrew, Matilda, Chris and the extended family. He was just as much a son/brother/friend to all of them as he is his own family.  I will never forget the phone call Joe placed to Governor and Mrs. Cuomo to share his bar exam results. Having failed the test more than once before, the entire Cuomo network was cheering for his success and encouraging him to once and for all, put himself first and really detach from his responsibilities to focus on the exam. Mrs. Cuomo yelped with excitement when she heard the good news and ran to hand Governor Cuomo Sr. the phone in the <u>shower</u> to hear the results himself!

For me this example says everything about Joe's character. He was willing to retry the bar exam despite his (and unfortunately well known) previous failures. Everyone knew that he could pass, if he would only prioritize his own success and wellbeing over everyone else's. He needed to stop answering phone calls from his extended network and solving everyone else's problems.

To sum up, it is hard to imagine the crime Joe has been convicted of being a reality.  Everything I know about Joe makes me think his conviction is just not possible. His number one priority has been protecting his family and the idea of him being away from home for any period of time is nothing short of devastating for Lisa and his daughters. In addition, he has done nothing in our entire professional life together to jeopardize or tarnish his personal integrity and reputation, or the reputation of the Cuomo family. Now that the headlines of his trial are public, I can't imagine any worse punishment for Joe than the hurt or shame the news has brought the people he loves and is dedicated to the most.

I appreciate you taking the time to read my letter and hope you will consider leniency in Joe's sentencing. If you have any further questions or there is anything I can do to support this letter please don't hesitate to reach me at █████████ .

Sincerely,

Ashley C. Cotton

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Lauren DeFilippo and I am a family friend of Joseph Percoco. I am 50 years old this year and am the owner of my own business that does software consulting for Human Resource Departments. I currently reside in Valley Cottage, NY with my 8 month old son. I have known Joe and his family since I was 10 years old as I went to school with his sister Fran. I spent a lot of time with the family and got to know them very well over the years.

I know that Joe has been convicted in your court and I am writing on his behalf to provide you with some information that may help you to understand the man that will stand before you for sentencing.

The Percoco family are good people. As I mentioned I grew up with Joe's sister Fran. We were very close friends as children and kept in touch over the years. She wound up living across the street from my Mom for the past 20 years. This has allowed me to see the family as adults. Joe was always such a welcoming person – always kind and friendly. He is a very devoted family man who takes his role as head of the family very seriously. He is always there to support his sisters and was very supportive and caring for his Mom as she went through a terminal illness. I always found Joe to be a very trustworthy and reliable friend and member of the community.

Based on what I know of Joe I am sure that he regrets his actions that caused him to be before you for sentencing. I truly believe that he had no intention of hurting anyone as this would be so far from the person that I know who is always concerned about the people surrounding him. The charges that he has been convicted of are very out of character for the man that I have known for most of my 50 years.

I am writing to you to ask you to show mercy towards Joe and his family when you impose your sentence. His family is so important to him and his role in the family equally important. Your show of leniency will allow for him to able to continue filling that role.

Thank you for allowing me to tell you about my friend Joe Percoco and I pray that you consider these points in your sentencing.

Best Regards,

Lauren DeFilippo

The Honorable Valerie Caproni

United States District Judge

United States District Court for the Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007


July 13, 2018


Dear Judge Caproni,

My name is Jenna DePasquale and I am a student at the Fashion Institute of Technology, residing in Staten Island, New York. I would first like to take the time to thank you for reading my letter and giving me a chance to explain the superior character of my uncle, Joseph Percoco. A lot of the time I have spent with my uncle has been around his dining room table. I have always admired how great of a speaker he is. He captivates everyone in the room with his presence. I will tell you some of the stories that my uncle has told me. I am confident that they speak for themselves in conveying the great man that Joseph Percoco is.

First off, my Uncle Joe has always been a second father to me. Although he is not my god father, I regard him as such, he has guided me throughout my life the way a god father would. Often my uncle will tell me stories from when I was young. As a child I loved the show, Barney. My cousin had a mechanical Barney toy that would talk, sing and clap its hands. At this age, sharing wasn't a skill that my cousin had mastered. She would not let me play with Barney. This made me very upset. This made my Uncle Joe very upset as well. The next day he went to the toy store and bought me a Barney of my own. I was thrilled. Until this day, I still remember that being one of my favorite toys. I played with it until Barney's voice box became warped. There is also the story of when he took me to see ducks at the park. On the way home as I sat in my car seat in the backseat of the car we spoke about the ducks and our surroundings as they passed. In a brief moment of silence I thought that something had happened to my uncle, I called out, "JoJo?" to make sure he was still there. A harsh sentencing for my uncle will leave me with no choice but to feel like that concerned child who thought her uncle had vanished from the car because he stopped talking.

Uncle Joe also tells a lot of stories about when he was a kid. Although they are now both deceased he often talks about growing up with tough Italian parents. He adored both of his parents and at times I can tell that he is still broken from the passing of his mother. Although she passed 4 years ago, the way he talks about her, I know it is still fresh to him and that he wishes she was here with us every day.

Most of the stories he tells about his teenage years revolve around working for a landscaping company. At 16 my uncle cut grass every weekend and managed clients. I think this job has always been his foundation for working hard and making a respectable living. The work ethic he established during his teen years followed him into his adult life. My uncle sacrificed a lot during his years working for both governors Mario and Andrew Cuomo. It was always apparent to me that he was passionate about his work, but he had a very demanding job. I can remember lots of family functions where my uncle would need to step out to take a conference call or not be there at all because of travel.

Now I will tell you my own stories about my uncle. No matter what our family goes through, my uncle is always the voice of reason. Like any family, ours has been through its fair share of ups and downs throughout the years. In moments of frustration and annoyance, my uncle makes me look at the other side of things. He makes me really step back and look at the root of the issue. What he has taught me is that sometimes it is better to view things with reason than to view them with emotion. He has taught me that no matter what, at the end of the day we are family and family is something that cannot be broken. Family can withstand all and he values it above all things.

My uncle is an incredibly funny man. He can make me laugh over the same joke like it is the first time I've heard it, months and even years later. Recently when I say something funny, Uncle Joe has taken to saying, "Jenna has become very funny in her old age." Yes, my old age of 21. I like to think that I have always been funny but the fact that my uncle thinks that I am funny and lets me know it is such a great satisfaction because of the way I admire him. He even has a running list in his mind of the funniest jokes I've ever made and will list them out from time to time. I think everyone can relate to how great it feels to know that someone really values and listens to the things you say. My uncle makes everyone feel heard. He makes everyone feel like they are important.

My Uncle Joe brings joy to everything he does. Recently he, myself, my brother, and his two daughters went out on a boating trip. I love any day that the five of us get to spend together. There is never a bad day when we are with him. He always has a new adventure for our family. Over the years my uncle has played camp counselor for the 4 of us many a time. On this trip on his boat we were going to do some fishing. My uncle got everything set up and we casted our lines. While he was setting up my brother's fishing line with bait it flew back towards him and the hook became lodged in his finger, bait pinned to his skin and all. At first he was determined he could remove it himself but eventually decided he needed to go to the hospital to have the hook removed. At this point I was worried. However, my uncle simply wrapped up his injured hand with a cloth and proceeded to drive the boat across the ocean back to the dock, with one hand. I volunteered to drive to the emergency room, but he assured me he was fine. As we drove he repeatedly told us that the hook didn't hurt, he just wanted it out. We sat in the emergency room for 45 minutes and sure enough my uncle emerged, hook out of hand and in a plastic container, all smiles. We went back out on the boat and continued with our day like nothing

happened. Anyone else would have called it a day after something like that. He is the only person I know that could make a trip to the ER an overall pleasant experience. My uncle brings joy to everything life throws at him, even a fishing hook to the finger. The hook now proudly sits in its container on his desk in his home office like a trophy.

Judge Caproni, I urge you to remember the words I have written in this letter during the upcoming sentencing of my uncle, Joseph Percoco and show leniency in your decision. Please remember the stories. Please remember his daughters, who I regard as my sisters, two young women who need their father present in their lives. Joseph Percoco is one of the most kind-hearted, respectable and admirable men I have ever known, and it is truly a privilege and honor to be able to call myself his niece. I simply cannot imagine our family with him absent.

Sincerely,

Jenna DePasquale

The Honorable Valerie Caproni

United States District Judge

United States District Court for the

Southern District of New York

Thurgood Marshall Unites States Courthouse

40 Foley Square

New York, NY 10007

Dear Judge Caproni;

I am Joseph Percoco's sister in law. Joe married my sister, Lisa, 21 years ago. I have known Joe for almost 30 years. I am a special education teacher and reside at

.

I am writing to you because I know that Joe has been convicted on several counts. I hope that I can show you the real Joe. Joe Percoco is the most honorable, respectful, smart man I know. When Joe's mother was on her death bed, Joe was there by her side every day, until her death. She taught him how to respect others, but most importantly how to be a loyal, respectful man. She taught him that if you want something in life, you have to work hard for it. In years past, we took family vacations to Florida. One of our relatives, invited us all and paid for all of us to go. Joe accepted the invitation, but, did not allow the relative to pay for him or his family. He paid his own way. His children, as well as mine, look up to him and adore him. My son, in particular, looks up to Joe as a strong role model. They have many jokes between the two of them and can laugh for hours together. He has been a role model by the way he lives his life. He is a dedicated, hard worker and has devoted many years to his job with the governor. There were many times, that Joe was not with us during a family function, because he needed to work and was always there at his job. Most recently, he took his children and mine on a fishing trip, he had promised he would take them on. While fishing, Joe was settling the kids in and making sure everyone had everything they needed. As he hooked the first bait, and threw it in for my son, the hook snapped back and caught Joe in his hand. He tried to pry the hook out of his hand, but he was not successful. He proceeded to take himself and the kids to the ER for stitches. He did not want to disappoint them, so when he was done, he took them, as promised, back to fish.

Joe has been a source of comfort and support for our family. When my step dad was ailing, it was Joe who was always there at the doctor's appointments and was able to explain everything to all of us. When my sister needed                    , it was Joe that quieted all our fears and kept us in the loop as to what was going on every step of the way. He goes out of his way

for his family and for others. He often puts the needs of others before his own. If he knows that someone is upset or worried about something he will make them feel better and go out of his way to do it. I remember, when my son was experiencing ███████████████████, Joe knew I was upset. He drove an hour and a half to surprise us and said that he wanted to cheer me up.

Judge Caproni I am pleading with you to see that Joe is a wonderful, respectful man who is an integral part of his family and community. Please show leniency with your sentencing because we just can't imagine our family without Joe. It would be such a huge void and one that will not only scar his children and wife, but his extended family as well. Thank you.

Respectfully,

Michele DePasquale

Michele DePasquale

May 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10017

Dear Judge Caproni:

My name is Abraham Eisner and I live in the Boro Park section of Brooklyn, New York. I've worked for many years as a respected leader in the mortgage banking and real estate industry in my community and beyond. I am currently retired.

These days I stay active by being involved in community affairs. I am a staunch supporter of several organizations that assist the less fortunate. As a member of the Board of Directors of these organizations, I work tirelessly to help the special needs population, autistic children, and couples dealing with infertility. I feel privileged to be able to utilize my time and talents to help those in need.

As a longtime friend of Joseph Percoco, I am hoping to shed some light on his fine character. I met Joe about twenty five years ago, when he was working for Governor Mario Cuomo. Being in the mortgage business, I became the broker for his mother and other family members when purchasing their homes. What strikes me most about Joe is his deep respect for the Jewish community and his constant desire to understand the needs of our community. I see him as a man of integrity who has a high regard for people of other faiths and recognizes and celebrates the diversity of the people of New York.

Joe once told me that it was his father who taught him to respect the Jewish religion. When he was a young boy, he was once playing handball with his friends on a Friday afternoon. It happened that they had chosen to bounce the ball off the wall of the local synagogue that day. Joe's father, an admirable man, saw this happening when he came home from work that day. "Don't ever play in that yard," he told the boys. "That's a synagogue, where Jews come to pray. It's disrespectful to interrupt their prayers."

Ever since then, Joe shows a tremendous appreciation for the Jewish faith. While working for HUD under Governor Andrew Cuomo he reached out to me numerous times on issues pertaining to my community. He was determined to acquire a full understanding of the facts and would go above and beyond the call of duty to ensure that each situation was properly addressed.

I once got a call from Joe on a Friday afternoon in the summer. At the time the Attorney General's office received a referral from the Health Department to close down a summer camp due to certain serious issues. Joe asked me to drive over to the camp and check out the issue. I was reluctant to go because I was looking forward to a relaxing weekend, but he persisted. He understood even better than I did that if this Jewish camp were to close down on a Friday afternoon, right before the Sabbath, it would create tremendous hardship for everyone involved. And he was sensitive enough to the community's needs to see if that could be avoided.

I was so impressed by Joe's sensitivity that I did indeed drive half an hour to the camp that Friday, despite the inconvenience. I did my own research and reported back to Joe that the issues affected a part of the camp that was unoccupied. I gave him my opinion that a resolution could certainly wait until Monday morning. And thus were several hundred campers and staff members spared a difficult and stressful Shabbos experience.

That's Joe. Committed to getting the facts but also compassionate and caring. In his role as the Governor's aide, he was able to accomplish tremendous benefits for all New Yorkers. He has a knack for getting things done, even when the situation may seem hopeless. We continue to enjoy a cherished friendship and have developed a mutual respect that has grown over the years.

Joe is a tremendous asset to the state of New York. It would be a shame to let his talents and experience go to waste. I understand that Joe was found guilty by a jury, but he is remorseful of his actions. And I also wonder whether it wouldn't be beneficial to all New Yorkers if Joe were sentenced to community service, so he could use his skills and experience for the greater good. I respectfully request that you consider my suggestion.

Thanking you for your consideration,

Abe Fisher

May 3, 2018


Dear Judge Caproni,

My name is Robert Engel, and I am writing this letter on behalf of my nephew Joseph Percoco. I have known my nephew since he was a young boy and he has always been good scholastically in school and very responsible at home. Joseph has always had a great work ethic. He started his own business as a young teenager.

At an early age, Joseph had to take on the role as a father figure because he lost his dad and took care of his mom and sisters. Joseph also took care of his mother for many years who suffered from a rare fatal disease, he continued to take responsibility and did whatever he needed to do to take care of his mother till the very end.

My nephew Joseph is a very good person with a big heart. He's loving, caring, and respectful. Joseph a great father to his two beautiful daughters.

Judge Caproni, I am providing this information with the hope that you will take this letter into consideration and show some leniency when you oppose sentencing for Joseph.


Sincerely,
Robert Engel

Mr. Frank Errico



May 4, 2018

The Honorable Judge Valerie Caproni

United States    District Judge

United States District Court for the Southern District of

New York

Thurgood Marshall United States Courthouse

40    Foley Square

New York, NY 10007

Re:    Joseph Percoco character reference

Dear Judge Caproni,

I am writing this letter to share with you my stories of Joe that help describe his character. I am Joe Percoco's uncle, brother of his late mother, Angela Percoco.    I am the youngest of my siblings and Joe felt more like a younger brother rather than a nephew.    I worked for many years in the Food    Service Industry and am now retired.

Joe learned to respect the law at a very early age.    When he was about 7 years old, he put a candy bar in his pocket while grocery shopping with his mother.    When    his mother    found out what he had done, she drove him to the police station where he promised that he would never do it again.    That was the one and only time that Joe stepped into a police station.

At around age 14, Joe started working. He showed tremendous work    at a young age, delivering

newspapers and working in the landscaping business after school. He learned how the landscaping business was run and by the age of 17, he had his own landscaping company. Joe managed to go to school, participate in after school activities such as sports, and a run a very successful company before leaving to attend Wagner College, where he began working on his law degree.

When his younger sister decided to also attend Wagner College, Joe's mother moved from New City, NY to Staten Island to be near her children.     Joe helped his mother open a bakery and would start every morning at 4 am to get the bakery running before going to class.     At this time, Joe was pursuing his law degree at St. John's University, a dream that he had since he was a young boy. Despite his busy schedule, he   ensured that he was there to help provide for his family. Joe learned the importance of education, responsibility, and family at an early age, and never forgot these values as he grew older.

Joe's pursuit of education and hard work resulted in a long career in politics working in New York State. While in law school at St. John's University, he interned with former New York State governor Mario Cuomo. During his time there, Mario Cuomo took a liking to Joe, respecting his work ethic and relating to their similar Italian family values. Joe developed a close relationship with Mario's son, Andrew Cuomo, and began working for him. Joe dedicated his life to serving the people of New York as he worked for Andrew Cuomo throughout his political ascent. Joe took tremendous pride in his role as a public servant, asserting to always do what he thought was right.

The values that were enstilled in Joe as a young man were essential in his development into the extraordinary family man that he is today. This trait started when Joe was a child, as he had an extremely loving and caring relationship with his maternal grandmother. When she became ill, he was always around to help care for her. Years later, when Joe's own mother became ill ████████████, he and his siblings were her primary caregivers. Joe did everything that he could to get the best care possible for his mother, taking her to doctors and hospitals all over the states of New York and New Jersey. When she passed away at a Hospice facility, Joe was right by her side.

Joe's family values carried on to his roles as a loving brother, husband, and father. In my many years of knowing him, he has always been a reliable brother to his two sisters, and has been there for them whenever they have needed him. Joe welcomed his wonderful wife Lisa into our family, and always understood the importance of providing for his family. While his profressional responsbilities were important to him, Joe has also been extremely active in his two daughters' lives, making sure to attend school functions, sporting events, birthdays, and many other milestones in their lives. Joe's presence in the home has been essential and his wife and children would be devestated without him.

Having known Joe for his entire life, I can say with great certainty that Joe's recent convicted actions are not representative of his work ethic, his morals, or his character. Over Joe's 49 years, he has never been in trouble with the law and has always shown remorse for his mistakes. I greatly appreciate you reading my letter and would lastly ask for you to find it in your heart to show mercy on Joe during his upcoming sentencing. If you have any further questions, you can contact me on my cell phone at ████████ .

Sincerely,


Frank Errico

To The Honorable Judge Caproni,

My name is Giorgio Errico, and I am a math teacher and resident in Clarkstown, New York.  I am writing this letter as a plea for leniency in the sentencing of my cousin, and friend, Joseph Percoco.

Joe is one of the eldest cousins in my large Italian family.  Joe has always served as a role model and exemplar for the rest of us.  He was a great son to his mother, a high-achieving student, and the single hardest-working person that I have ever personally met.  Joe ran a landscaping business when he was just 16 years old, earned a college scholarship, and forged successful career based solely on his own merit and strong work ethic.

What I love most about Joe is that he immediately makes any room brighter with his sense of humor.  While perhaps viewed as serious by those who do not know him well, Joe is extremely funny and playful.  He is the kind of person you gravitate towards.  I looked forward to every holiday growing up because I knew I'd get to hang out and play video games or touch-football with Joe.  I could count on him to always make me laugh, to always offer personal advice, and to always "let" me win.  I am now 31 years old, but I still look forward to holidays with Joe.

I ask and hope that you may offer leniency to Joe in your sentencing.  I know him to be a caring person of integrity whose presence and advice are invaluable to his entire family.

Respectfully,

Giorgio Errico

July 12, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Joseph Percoco Sentencing

Dear Judge Caproni:

Please permit me to introduce myself. I am Joe's aunt Jane and write to you on behalf of myself as well as my husband, his uncle John who was present at court almost every day. We write to you with heavy heart as it appears our most beloved nephew may be in for some tough times ahead. We're very close with Joe and he deserves our support. He's been so good, kind and loving to us and our children. We will do all that we can to help him by trying to convince you to see him in a completely different light, beyond what you would see in the courtroom or press. You see, we are family and we know him. He's kind, loving and also "honorable."

It's odd how one watches the news on TV about corrupt politicians and you think, "they are bad people and they deserve what they get." Then you see your own nephew being portrayed the same way on the news. The nephew who wouldn't even allow me to treat his wife to a spa day via the job I worked at as it might give an illusion of impropriety. I tried to coax him, "C'mon Joe, if anyone deserves it she does. She's always home with the two babes while you're off doing the bidding of the Governor." Joe adores his wife and thank God they have each other through this but he wouldn't let her accept the gift or let anyone buy him dinner or a ticket to a sporting event. You see, Joe is a good boy, an old-fashioned Italian boy, raised strict catholic and loyal, nothing you would ever see on TV news. That's why he was so close to Mario Cuomo, they were of the same bolt of cloth and it was as old school honest and loyal as it gets.

The backstory: The loves of his life, his girls V███ and J█████, were growing up and he was missing out on their most important years. He wanted to have a normal job spending more time with his family. You should know, above all things, Joe is a family man with Italian family dinners on Sundays. I know, sounds cliché but its' true. He didn't want to work in government prior to the last election and had told the Governor he was sorry but he was leaving government life. He had sold his house in Staten Island knowing he could support the mortgage of his well deserving wife's dream home via a job in private industry. But this was not to be. The Governor asked him for help on one more run, and using his Dad's name, sprung the trap. Joe's loyalty to Mario Cuomo was legendary and Andrew knew it and so, out of duty, he stayed on for one last election to help Mario's son. Joe had a distinguished reputation for being a no-

nonsense get the job done kind of guy. He's hard-working and his ability to read people is what helped get the Governor get re-elected. Why did this happen to our nephew who's only been loving and kind to all of his family in any way he could? Don't believe the media's presentation, Joe will give you the shirt off his back if you are in need. After his mother contracted ████, a rare and horribly debilitating terminal disease that tormented her for five long years, Joe searched until he found a beautiful hospice house where she passed away in painless peace surrounded by her family.

And, so I ask myself the obvious, did Joe make mistakes? I say yes but mostly he was trusting and naïve. It's hard to believe from a political operative like him but we know it's true. He trusted the wrong people. We who know him and love him, are begging you for leniency, not just for him but for his wife and children as they will surely lose their home. As much as we want to help, there is only so much we can afford. Although we will help him as much as we can, the way he always helped everybody else while asking nothing in return.

Judge Caproni, I have been brutally honest in my writing to you. The embarrassment of the accusation, the trial, the conviction, has put Joe in a very dark place. It's almost as if he's been sentenced already because even after he's sentenced by you, a man like Joe will never recover from the pain of humiliation he has suffered in front of his family but especially his children. Never...

Respectfully,

John and Jane Errico

May 4, 2018

John Errico


The Honorable Valerie Caproni
United States District Judge
United States Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing to urge leniency in the sentencing of my cousin, Joseph Percoco, whom I have known for all thirty years of my life. I am currently a teacher at Clarkstown High School North in New City, New York, from which Joe and I both graduated.

Like Joe, I consider family to be at the top of my priority list. I consider myself extremely lucky to have been born in a large family. On my father's side alone, I have twelve aunts and uncles, and 18 first cousins. As I grew up, attending family parties was always a highpoint for me. My cousin, Joe, deserves a lot of credit for that. Along with my brothers, I always looked up to Joe. We were always enamored with Joe's demonstrative personality and his incredible work ethic. Joe started his own landscaping business when he was 18 years old and worked his way through law school. His assiduous nature and likeable personality led Joe to make lifelong connections and relationships. Anyone who knows or works with Joe can attest for his character. All of these qualities has always inspired me to do the same. I proudly worked my way through college and graduate school to be a teacher. I treat every student, parent, teacher, and administrator with the utmost respect because that is what I know, from firsthand experience from Joe, is the right thing to do.

Joe has always tried to help anyone who needed it, by doing everything he could to do just that. He has helped both of my brothers and I get interviews as we were all working in high school and college. Joe has always preached the importance of experience and professionalism. Joe's uncles helped him as he was just starting out, and now he has done the same for his younger cousins like me. We will always be grateful for his help and continue to find any and every opportunity to repay him and his family. Joe values family and on many occasions been the facilitator behind activities that we can all do together. From barbeques to sporting events, Joe continues to find ways to create time in his busy schedule to spend time with his large extended family.

I understand the charges and the conviction may give an impression about Joe, but to the people who truly know him, the current situation does not represent who my cousin really is. I've always known Joe to be a remorseful person. I am sure that he regrets any wrongdoings he may have committed.

Please take the above information into consideration when determining the sentencing.  Joseph Percoco is much more than the defendant in the trial.  He is a loyal, generous, and family oriented person.  Please keep that and his family in mind when making you decision.  Thank you very much for taking to the time to read this letter.  Should you have any further questions or concerns, please don't hesitate to reach out to me at ███████████ .

Respectfully,

John Errico

Vitino Errico



May 1, 2018

The Honorable Judge Valerie Caproni

United States District Judge

United States District Court for the Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

RE: Joseph Percoco character reference

Dear Judge Caproni,

The purpose of this letter is to discuss the character of Joseph Percoco. Joseph is my older first cousin whom I have been around my entire life. I am 30 years old and currently employed as a Police Officer for the Clarkstown Police Department in Rockland County, NY. At the present time I have over 6 years of service with the Clarkstown Police Department, but began my law enforcement career with the NYC Police Department in 2011.

Joseph Percoco is the person in our family who everyone goes to for advice, whether it be personal or professional. Joseph has worked a lifetime of public service and was a major influence on my being in law enforcement today. He is someone who is not only well respected and admired by all, but anyone who has been around him long enough envies him to some

1

degree. I personally believe that I have a strong work ethic and have achieved a lot compared to people my age, however I look at Joseph and realize that I haven't even begun to scratch the surface. He is someone that sets his goals and no matter the amount of adversity, puts his head down and grinds through until he succeeds. Joseph never takes a day off and runs on a Ferrari motor compared to the rest of us. He is someone that when he enters a room, commands your undivided attention, because regardless of the situation you know that he is about to deliver some very pertinent information or tell one of the funniest stories that you have ever heard.

As a police officer, a major part of the job is to be able to judge someone's character in the matter of a split second. I feel that this is something that I have become skilled at and can typically separate the good and bad eggs rather quickly. I am aware that Joseph Percoco is awaiting your sentencing with the possibilty of a prison term and can assure you that he is one of the good guys. Over the past year or so, Joseph's behavior has drastically changed and you can tell by speaking with him that is he remorseful for the entire situation. I would greatly appreciate that you keep Joseph's character in mind when sentencing day arrives, as his family, friends and collegues stand to be at a great loss every day that Joseph is not around.

Thank you for taking the time to read my letter. If you have any further questions please feel free to contact me at                    .

Sincerely,

Vitino Errico



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY STUDENT DETACHMENT
5450 STROM THURMOND BOULEVARD, ROOM 244
FORT JACKSON, SOUTH CAROLINA 29207

REPLY TO
ATTENTION OF

ATMT-LTB-SD                                                      3 MAY 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

      My name is Major Vito Errico of ████████████████████████████ and I write
to you today in solemn support of my cousin and lifelong friend, Joseph Percoco.  Over the
course of your career, I am sure you have received hundreds of letters like this for people in
difficult, life-altering situations.  My hope is that this letter will provide you with a deeper insight
of Joe's core values so that you might show him the leniency that he so very deserves.

      Before discussing Joe, I wanted to tell you that I am no stranger to public service and I
understand the need for discipline and justice in society.  As a graduate of West Point and armed
with master's degrees in both political science and business from Georgetown and Yale
Universities respectively, I fully understand the need to demonstrate the power and efficiency of
the criminal justice system to the public.  However, having led American soldiers on the front
lines of fierce fighting in Iraq and Afghanistan, I also know that choices are never as clear or
easy in the present as they seem in hindsight.  If you take the time to get to know Joe better, I am
confident that you will see Joe as an honorable, trustworthy, and loyal family man who deserves
leniency from the court.

      As a testament to the type of man Joe is, I can tell you that he has been the role model of
my life and whatever accomplishments I've achieved are largely due to the example Joe set for
me throughout my life.  Every single one of my memories and interactions with my cousin Joe
revolve around lessons of hard work, integrity, and loyalty.  For example, some of my earliest
memories bring me back to the age of 5 when (as a 20-year-old man), Joe routinely took me with
him on landscaping jobs because he enjoyed the big-brother role he could play for me.  I watched
as he labored to balance school with providing for his mother and two sisters after his parents
divorced.  I was completely ignorant to the first-rate education he was giving me.

      From the age of 12, I worked as Joe's little assistant in selling Christmas trees outside our
neighborhood Costco.  I still marvel at how hard he worked to lease the lot, rent a truck, drive
down to North Carolina to buy the trees, and then ultimately run the lot while simultaneously
working his day job.  I would spend those weekends watching my loving cousin take care of
families at Christmas time, sell at a loss to families in need, and spread Christmas cheer to
anyone who stepped on the lot.  It's fair to say I learned both the value of manual labor and how
to treat people well from this time with Joe.

      After joining West Point in 2002, I was only able to see Joe on major holidays.  Every
time I came home---whether it be from school, training, or war---Joe wanted every detail.  He

understood the problems I faced better than anyone in my family and he was adamant about making me a better, more ethical leader.  He always emphasized the importance of obeying rules and ethical leadership to me.  However, equally important at these events was the impression I was left with Joe's family dynamic and parenting style.  Quite simply, Joe is the infectiously warm figure at the heart of every major holiday.  He is the loyal husband and loving father that I strive to be with my own wife and young child.  He works hard to teach his daughters about the tough road that women face in achieving professional parity within male-dominated professions. He openly teaches them about fairness, the importance of persistence, and loyalty.  In short, he is the type of mentor everyone should have during their formative years.

Every successful person can remember the one role-model that most influenced them, and Joe Percoco continues to be that person for me.  Whatever success I've reached as a highly-decorated combat leader, a multiple college scholarship recipient, and as a new father, I attribute to the example that Joe set for me throughout my life.   I am certain that I would not have achieved these accolades without his presence and his genuine emphasis of loyalty, integrity, and trustworthiness in every interaction I've ever had with him.  He is absolutely not the type of man who would have knowingly and deliberately committed serious crimes.  Therefore, I respectfully request that the court grant Joe substantial leniency when adjudicating his sentencing.

Please do not hesitate to contact me with any questions or concerns at ███████████ or at ███████████████ .

Sincerely,

Major Vito J Errico
US Army

2

**The Honorable Barbara J. Fiala**

████████████

████████████

**May 6, 2018**

The Honorable Valerie Caproni

United States District Judge

United States District Court for the Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

 My name is Barbara J. Fiala and I am writing today on behalf of my friend and former colleague Joe Percoco.  I am a lifelong resident of Broome County, New York and have worked in government for over 37 years both as a civil servant and as an elected official.  In 1997, I was elected as Broome County Clerk and then in 2004, I had the honor of being elected as the first woman to the office of Broome County Executive. A position I served in until I was asked to join the Cuomo Administration as New York State Commissioner of the Department of Motor Vehicles.  I served in that capacity from 2011 until my retirement in December 2014.

I have known Joe for over two decades.  We come from similar backgrounds with respecting our strong family values, hard work and the dedication to public service. He would often tell me I reminded him of his mother, I always considered that a great honor and compliment.

When I began working for the DMV, Joe and I got to work together and know each other professionally. Joe set the bar for a high standard for us to follow and no one worked harder than him.  Customer service was a priority and we made many positive changes in my division and how we worked for the people of New York State.

Joe always paid attention to detail, efficiency and keeping an eye on the check and balances for the fiscal integrity of one of the larges departments in the New York State budget.  He was always accessible and fair in his treatment of me and the thousands of workers who worked for the DMV.

This is only a snap shot of the man I have had the opportunity to know and value over the last 20 years. He has been a leader, a colleague and a true champion for New York State.  I ask that these qualities Joe has and the fairness he treats others both personally and professionally be looked at and given the highest consideration.


Sincerely,

Barbara J. Fiala

Joanne Fryer

June 25, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Joanne Fryer and I am a friend and former colleague of Joe Percoco. Joe and I worked together in Governor Andrew Cuomo's office from November 2013 to October 2015, but I originally met him in 1990 when we both worked for Governor Mario Cuomo. Also, as you may recall, I testified for the prosecution this past January. That was a very difficult day for me since Joe has always been a good friend to me and my family. He is truly a loyal, devoted and compassionate friend and family-man. I'm writing you today in the hopes that you will consider a lenient sentence for him next month.

When Joe and I began working together again in November 2013 we spent a lot of time talking about our love of family and its importance in our lives. Joe's family is everything to him and listening to him talk of his young daughters and their accomplishments always made him beam with pride. We also talked about the difficulty and sadness in losing people we love. Joe's mother had recently died, and it was a painful loss for him, but he persevered and was a source of strength for his kids and his sisters.

Joe is a good man who is fair, kind and sincere. He is also one of the most loyal friends and generous people I know. If possible, please be lenient with him not just for his sake but for the sake of his young daughters who need their father.

Thank you for taking the time to read my letter and if you have any questions for me I am reachable on email or phone.

Sincerely,

Joanne Fryer

June 6, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Jon-Michael Giannuzzi, and I am twenty-six years old. I graduated Fordham Law
School in 2017, and I am a newly admitted attorney to the New York State Bar this past January.
I am also currently employed as a first year corporate associate. I also recently purchased a home
on Long Island with my fiancé. To that end, this year has been very exciting for me and my
fiancé, to say the least. My family and I more affectively consider Joe our cousin, since my
grandmother and his mother grew up in the same town in Italy. I have known Joe my entire life,
and I consider him family.

I know that Joe has been convicted, and I am writing to you on his behalf to provide you with
some personal information that I hope you will consider in Joe's favor. I would like to help you
better understand Joe for the kind, loving, and hard-working role model that he is for me.

During my undergraduate and law school education, I looked up to Joe as a role model as I
continue to do today. I knew Joe was the attorney in the family, and I continuously reached out
to him for help and guidance. I knew I was probably bugging him and taking him away from his
busy schedule, but he never failed to take the time and effort to fully answer all of my questions
and concerns. Joe guided me through the law school application process and even choosing the
right internships where I could learn as much as possible. Joe's care and dedication he exhibited
to me is only a small anecdote of his reputation as a hardworking and devoted father, husband
and friend. If I could become half the attorney Joe is, I would be lucky.

I have not spoken directly to Joe since his conviction, but from my relationship with Joe, I can
say with absolute certainty that he regrets his actions. I believe the crime does not represent who
Joe is as a person. I ask you, Judge, to take this letter into deep consideration when imposing
your sentence on Joe. If you have any questions or would like to discuss over the phone, please
do not hesitate to contact me at ▮▮▮▮▮▮▮▮ I truly appreciate you taking the time to read my
letter.

Sincerely,

Jon-Michael Giannuzzi

June 12, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Nicholas Giannuzzi. I am writing this letter on behalf of Joseph Percoco with respect to his recent conviction. I have known Joe for as long as I can remember as our families have always been close. Joe has not only been a family friend, but he has also served as my first and most influential mentor.

I am a husband, a new father to a baby girl, an attorney and I am approaching the age of 30. I graduated from Fordham Law School in 2013, worked as a "biglaw" corporate attorney in New York for several years and I am now in-house counsel at a public company. I take great pride in the profession I have chosen and I am sure you feel the same way. Becoming a lawyer and choosing the right type of law was daunting, especially when you do not come from a family of lawyers or have any close contact with the legal profession before entering the legal world. Without Joe's constant guidance, support and encouragement, I honestly do not believe I would have the career that I do today (although still in its infancy of course!). Joe was always willing and able to take a step back from his busy days and discuss everything and anything I wanted. Whether it be relating to my career, family or just life in general, I always knew I could reach out to Joe and that I had a true mentor in my corner. Joe has the biggest heart and was always happy to help in any way he could, never asking for anything in return.

Based on my relationship with Joe and the time I have spent with him over the years, I do believe that Joe deeply regrets his actions and is in no way a criminal at heart. He is and always will be a good man, who made a mistake. Judge Caproni, I respectfully request that you take this letter and all the other letters you receive on Joe's behalf into consideration when you impose a sentence.

Please feel free to reach out to me if you have any further questions about Joe.

Sincerely,

Nicholas Giannuzzi

*Rachel Demarest Gold, Esq.*

June 27, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Rachel Demarest Gold. I am now an attorney in private practice, but met Joseph Percoco in 2007 when I applied for a job with the New York Attorney General's office.  I was hired and served, in fact, as Joe's deputy until I moved on to prosecute cases in that Office's Labor Bureau.

I am writing because having worked closely with Joe I know his character, priorities, and loyalty well; and because as a friend, I have watched what this case has done to Joe and his family since his arrest.  I am hoping what I am sharing with you about the man I know and care so much about will persuade you to evaluate Joe's sentence with a merciful eye.

Joe was always in the office before anyone else.  He held 8:30 am meetings every day and Sunday evening conference calls every week.  Nonetheless, when I would get in in the morning, Joe would be talking about having done the laundry or made dinner the night before after he got home. No matter what the demands of the job — and they were persistent and high — Joe always made sure he shared the workload at home.  That instinctual sense of priorities — of right and wrong — informed everything Joe decided or worked on.

No matter how frequently we asked him, nor how many parties he missed, Joe didn't spend his time out socializing with colleagues. He just did his job tirelessly and then went home to his family.  It wasn't because he is an anti social person.  Joe's door was always open if I needed to vent about anything – from difficult colleagues to my husband (then my boyfriend). Joe didn't go out with the team after work because he went right home to Lisa and his girls.

Joe's father died when Joe was a young man.  Joe was responsible for his mother and sisters.  When Joe's mother died a couple of years ago he became the family elder responsible for his sisters in addition to his own wife and daughters.  Family is the most important thing in Joe's life. This deep loyalty and sensitivity is not limited to his family. No matter how brutal his day, Joe always made sure to prioritize the things that really matter and to take care of people.