When I got pregnant with my first child ███████████████████████. I was having a hard time getting around and mentioned it to Joe.  With his endless list of things to do, the phone's incessant ringing, and an indefatiguable principal down the hall, Joe sent someone to me before the end of the day with a parking permit so I could drive to work.

I hope this letter helps paint the picture of the Joseph Percoco I know.  A man who worked tirelessly day and night to juggle his family with endless hours serving the state.  A man who worked to teach a generation of public servants that they should cross their 't's and dot their 'i's. A man who took pride in his job and work ethic at the expense of everything personal to him. A man who deserves to be with his family, working to rebuild his life and contribute to his community and society.

Thank you for your consideration of these stories about the Joe I know    who I am still struggling to believe did the things for which he is before you. I of course would make myself available to answer any questions you may have or provide any additional information you may want.

Sincerely,

Rachel Demarest Gold, Esq.

Leon Goldenberg



May 14, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Your Honor:

Joe Percoco is someone whom I have known for some 8-10 years. He was the Governor's secretary and was in that position when we had issues that the community faced.

He always had an open door with us. We could call him and, if he was not available, he would always return the call. He was very upfront with us. Not everything our community considered important could be accomplished and he did let us know. But one thing stood out - he never asked for anything in return. He even said to me don't give me any thank yous because you will be back again next time you need something.

His character was always sterling. He was easy to talk to, a man of his word, and would always get back to us even if he didn't give us good news.

Respectfully submitted,

Leon Goldenberg

May 15, 2018

The Honorable Valerie Caproni
United States District Judge
US District Court for the Southern District of New York
Thurgood Marshall United State Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Caproni:

I write in support of Mr. Joseph Percoco who will be appearing before you for sentencing. My name is Mary A. Griffin, I live at

I am compelled to write because the picture painted at the trial was such a far cry from the Joe I know.

I have known Joe since he was a young staffer in Governor Mario Cuomo's office in 1992 and I worked at one of the executive agencies in Albany as a Cuomo appointee. I had significant contact with staff in the Governor's office and knew Joe as one of the young, hardworking staffers on the Governor's advance team. Joe was energetic, hardworking, dedicated to his boss, Governor Mario Cuomo, and always did a difficult job with a great sense of humor. Those of us who worked for Mario Cuomo felt that our role in government was to help people, to accomplish things that were going to improve lives and we were dedicated, working 15 hours a day for very little money. Joe epitomized this ethic.

I left the administration soon after and lost touch with Joe while he worked in DC but then was delighted to become reacquainted with him (given our previous work together) when he came back to Albany to work for Andrew Cuomo when he was elected Attorney General in 2007. By now of course Joe was married and had two beautiful little girls.

Over the last 12 years, I have been lucky enough to spend time with Joe, his wife Lisa and the girls. Joe is a wonderful father to his girls; Joe's father died at a relatively young age and I think that made him all the more conscious about being a hands-on father, fun, loving but also knowing when to discipline. The girls are such a wonderful reflection of Joe and Lisa, smart, polite, considerate and concerned about others. After a few days in Albany, Joe was always anxious to rush home to see Lisa and the girls. In addition to taking care of his immediate family, Joe was also a surrogate father to his two sisters and an attentive son to his mother for all those years after their father passed away and especially during her illness before she passed away. I simply cannot reconcile the Joe I know with the picture painted at the trial. Joe was firm in getting the job done as is everyone who works in ANY gubernatorial or other high-level government office, but he was also generous, warm, concerned when people had something going on in their family and wanting to make a difference in his work with government.

Now Joe has lost much of what he holds dear, his job, some of his friends and his reputation. I would ask you to think about that when considering his sentence and the impact it will have on his family who depend upon him. Thank you.

Sincerely,

Mary A. Griffin

# FROM THE DESK OF THE
# HONORABLE TIMOTHY M. GRIPPEN

██████████████████████████████████████████

███████████████████████

**The Honorable Valerie Caproni**

**United States District Judge**

**United States District Court for the Southern District of New York**

**Thurgood Marshall United States Courthouse**

**40 Foley Square**

**New York, New York 10007**


**Dear Judge Caproni:**

**I am writing this letter to you on behalf of my good friend and former colleague Joseph Percoco.**

**After graduating from The Maxwell School of Citizenship and Public Affairs with a Masters Degree in Public Administration at Syracuse University I spent the next 35 years working in City, Town, State and Federal positions, both elected and appointed.**

**I started my service in the United States Army where I served in Viet Nam as a Team Leader of an infantry squad in the First Infantry Division in 1967-1968. I was wounded during the Tet Offensive in February 1968. I received the Combat Infantry Badge, Purple Heart and Bronze Star for Valor in Combat. When I returned home I completed my education and started my career in public service.**

In 1988, I was elected to the Office of Broome County Executive and served in that capacity for 8 years. The County Executive is the Chief Executive Officer of the County government. It was during that time in office that I met and worked with the Honorable Mario Cuomo, Governor of the State of New York and his young assistant Joseph Percoco. Joe was doing advance work for the Governor and he would come to Binghamton whenever the Governor was going to be traveling there for business. Joe was very detail oriented and professional as well as easy to work with.

After I left office in 1996, I was doing private consulting when I received a call from Joe telling me there was an exciting position open at HUD and he encouraged me to apply. I did and was interviewed and appointed to the position of Community Builder Fellow at the US Department of Housing and Urban Development by then HUD Secretary Andrew M. Cuomo. Joe worked out of the HUD NYC Office and I worked out of the Albany Office. We worked closely together on one of the Secretary's programs called the Erie Canal Corridor Initiative in Upstate New York. This assignment was a comprehensive, coordinated economic development effort designed to create new jobs and opportunities for the people living in upstate New York.

After leaving HUD I took an executive position with a non-profit Agency in Binghamton New York. In 2008 I was appointed to the position of Regional Director of the NYS Department of Labor's Southern Tier Region by Governor David Patterson. I was still in that position when Andrew Cuomo was elected Governor of New York. Again, Joe was working for the Governor and I stayed on in my position at the Department of Labor. I was also appointed to the position of Deputy Director of the new Southern Tier Economic Development Council. These councils were being created across the state to implement the Governor's new State Economic Development strategy.  So Joe and I were working together once again.

In all the time Joe and I worked together I can honestly say that I never saw Joe do anything that I considered unprofessional or untoward. In fact, he was just the opposite. He was very loyal to first Mario and then Andrew Cuomo. I always thought Joe had the Governor's reputation uppermost in his mind. Occasionally after working on a project we would have a drink together but he wasn't a big drinker or a womanizer. In fact he idolized his wife and loved his family. Joe was always honest with me.

It is my sincere hope that you will take the other Joe Percoco into consideration, the one I'm trying to describe in this letter when considering your sentencing options and be as lenient as the law allows.

Thank you in advance for your consideration of this request. If I can be of any further help to you in regard to this letter you can reach me directly on my cell phone ▮▮▮▮▮▮▮.

Sincerely yours,

Timothy M. Grippen

April 30, 2018

Patrick Halpin

███████████████

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: Joseph Percoco**

Dear Judge Caproni,

My name is Patrick Halpin, former County Executive for Suffolk County. I am currently employed as Managing Director at Mercury LLC. I reside in Oak Beach with my wife Ana. I have known Joseph Percoco, both personally and professionally for close to 30 years, starting when I was in office and he was an aide for then Governor Mario Cuomo.

Throughout the years I have known Joseph to be an honorable and incredibly hardworking public servant as well as a dedicated family man. After the loss of both his parents Joe became the glue that held the Percoco family together. He's a wonderful father to his two daughters, and a great brother to his two sisters. I have always found him to be direct, honest, caring and a terrific sense of humor.

I believe that Joseph understands that he has to face the consequences of his actions. He knows that he was tried by a Jury of his peers and found guilty and also knows that the foundation of our great country is the rule of law. He will serve his sentence and atone, which is that reason I write to ask that you express leniency. As a father of two daughters myself, knowing that Joseph will miss out on some of the most formative years of his young daughters lives is the cruelest imaginable punishment. In his absence I believe the family will endure hardship and trauma. It's important that they be able to reunite to begin the process of healing to repair their relationship as quickly as the law will allow. I believe that life has many chapters and while this is a dark period for Joseph and his family, I am hopeful that this too shall pass and he will have the opportunity to begin anew.

Please feel free to call or email if you have any further questions.

Sincerely,

Patrick G. Halpin

**Mordechai Hirsch**



May 1, 2018

Honorable Valerie Caproni
US District Judge
US District Court for the Southern District of NY
Thurgood Marshall United States Court House
40 Foley Square, NY   10007

Dear Judge Caproni,

My name is Mordechai Hirsch, I live in the Williamsburg section of Brooklyn and I've been involved in voluntary community work for the past twenty years. Doing communal work is never easy, but is particularly difficult when you need the listening ear of a government official, and the reason is mostly because in order to be able to help, one must have a willingness to understand the unique needs of our community and must have a respect for another religion and culture which I must admit is a difficult thing for an outsider and especially for a busy person.

Joe Percoco was a person with a heart, who was willing to give of his busy time to really listen and really understand where we come from, what our request was, and how he can help us. I'm not a politician or a rich man, and I felt humbled by the way Joe treated me with such respect and understanding that very few people show to others.

Joe Percoco was always honest to me, and told me right away what he could and could not do for us. And even when there was an argument between two fractions in our community on something we both asked him for, and he chose the other side, he did it with respect to us and gracefully explained why he had to do what he did, so that he made sure we understood and stayed friends. And having mentioned the two fractions in our community, I must say that when Joe Percoco learned of this disagreement, he took it to heart and actually tried to be a peace maker, and gave a lot of his personal time to sit with the heads of both parties and tried with all his heart to make peace.

I feel terrible for Joe. He's a good man as I've seen personally. I'm a nobody in accordance with the people he had contact with on a daily basis, and when my mom passed away ███████, he came personally to pay his condolences which was exceptional and touched my heart.

But even the best people have their weaknesses and make mistakes. I met Joe once after he was indicted, and I couldn't bear to look at his face. He was a broken man, I saw in his downcast eyes that he deeply regrets the mistakes he made.

Honorable Judge Caproni, please take all the good he did into consideration when you sentence him, and I beg you to show mercy to a Joe who is really a good person. I really believe that if he is given the opportunity to start a new page, he will have learned from his mistakes and be even a better and stronger person than before.

Respectfully,

Mordechai Hirsch

Gina Jackson


The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

May 4, 2018

Dear Judge Caproni,

My name is Gina Jackson and I am writing this letter to express my personal knowledge of Joseph Percocco's exemplary character. I met Joseph five years ago and we quickly became friends.

Joseph is a man of great integrity and during our friendship has become a mentor to myself and many others. I understand that like all human beings Joseph has made mistakes but none of them could negate the positive impact that he has had on the lives that he has touched. Joseph has always been supportive of my goals and has always gone above and beyond to lend a helping hand or a listing ear. Joseph's contributions to his family and friends are unmatched. He is an encouraging force that assists in preparing those around him to be valuable, engaged members of society.

I ask you today to consider the man that Joseph is as you consider his fate. I implore you to evaluate the value of his positive impact on society and be lenient as you impose your sentence. Joseph is an incredible man that made a bad choice and many stand to suffer from the loss of his presence.

Sincerely,

Gina Jackson



June 19, 2018

The Honorable Valerie Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing in reference to Joseph Percoco. I have known Mr. Percoco for more than 30 years. I am a Professor of Government and Politics and an administrator at Wagner College, which is where I first me Joe Percoco.

I first encountered Mr. Percoco when he was a student at Wagner College. I was his instructor in a number of political science courses at the College. I found him to be a hard working student who had a real interest in helping others. He wanted to be in the public service and I encouraged him in this endeavor. I even helped him get involved in local political campaigns and introduced him to political operatives who brought him into major campaigns they were working on. I was also impressed that, while an undergraduate, he contributed to the cost of his education by running a snow removal and landscaping business in his hometown of New City, New York. There were winter days when, after classes were over, he would go back to New City to oversee his snow removal business, and be in class the next morning. Joe Percoco was one of the hardest working students I have had in nearly four decades in higher education.

After his graduation, I stayed in touch with Mr. Percoco. I followed his career and I was impressed by his dedication to public service. He also remained involved as an alumnus in the College, making contributions and supporting the College in other ways. Many of us who knew him here at the College regard him as one of our more distinguished alumni.

Notwithstanding recent events, I hope you will consider the totality of his work in rendering your sentence. Good people, as I am sure you know, sometimes make mistakes. I believe that, given his background, mercy is in order here.

Thanking you for your consideration, I remain,

Sincerely Yours,

*Jeffrey Kraus*

Jeffrey Kraus, Ph.D.

RABBI SHMUEL LEFKOWITZ

April 30, 2018

Honorable Valerie Caproni
US District Judge
US District Court for the Southern District of NY
Thurgood Marshall United States Court House
40 Foley Square, NY 10007

Dear Judge Caproni,

My name is Rabbi Shmuel Lefkowitz and I work on behalf of our community for the past forty plus years. During these years I was involved with many issues that our community interfaces with government. Many of them were difficult and complicated issues and required an understanding of the issues and also respect for the religion and culture that I represent. I am proud to say that during my long career I have thank G-d been very successful in dealing with these issues and a good part of that success is that on the government side there are respectful and understanding individuals like Joe Percoco.

Joe Percoco took the time to understand our community because of his respect for what we stand for. He then was a very effective messenger to deliver the concerns and the requests to the government officials. He is not a person who says one thing and does something else. He tells it to you the way it is.

And therefore, this attribute enabled him to go to government and explain our needs and to successfully figure out how to resolve very complicated issues. He was also very enjoyable to work with; even when we disagreed, it was never personal. For example, he was extremely adamant that we support gay marriage although he knew that our religion forbids it. Nevertheless, because he believed in it, he wanted our support. Although we disagreed, we continued to work together.

We miss Joe. He got things done.

I know that Joe regrets his conduct and feels remorse for what he did. People have their weaknesses and in our tradition, G-d accepts a person's repentance. I really believe that he has repented and if given the opportunity, he will be a great leader in serving the community with integrity.

Judge Caproni, please take all this into account and into consideration when you sentence him. Please show mercy to a person who really accomplished a lot and helped a lot of people.

Thank you for listening.

Respectfully,

June 28, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

To whom it may concern,

There are people in your life that make a long lasting impact and for me Joe Percoco is one of those people.

I met Joe early in my career doing political and community work as a District Leader and community consultant in Washington Heights. Early in the Governor's term an opportunity arose to work for Gov. Cuomo and to work on Joe's team. I immediately jumped at the chance. Although Joe was a tough manager, he never gave our team assignments he wasn't willing to do himself. He pushed for excellence and taught me that even the smallest details were important. There was no big or small job, just the job itself, which needed to get done. Whether you had to set up chairs or staff at an important meeting, you were never bigger then the job itself.

Another important side of Joe for me was his family side. Family was always a priority and when I had to give extra attention to my daughter ▮▮▮▮▮▮▮, I always had his support. In my line of work you have to go above and beyond but as a mother of three and knowing you have someone who cares about your most important priorities was a blessing.

I ask you to consider these attributes of someone that I consider a friend and I hope some leniency can be afforded to him.

Sincerely,

Mayra Linares-Garcia

Dominick Magro

████████████

May 1, 2018


The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Caproni,

My name is Dominick Magro, of ████████████████████████ and am a
retired Investigator from The Division of The New York State Police (retired in 2000). I am
writing this letter on behalf of Mr. Joseph Percoco whom I had personally worked closely with
from 1990 to 1995 when I was assigned to the Governor's Executive Protection Detail. I also
worked with Joe from 1999 to 2001 at the United States Department of Housing and Urban
Development when I was assigned to the HUD Secretary's security staff. During those years, I
had the opportunity to work with Joe and establish a very professional, confidential and trusting
working relationship with him. While working together I found Joe to be honest, helpful,
dependable, and a person of high moral integrity. In all my years working alongside Joe I
constantly observed him treating others with the utmost trust, respect and dignity and in return I
was rewarded with the same amount of trust, respect and dignity by others.

During our time of working together, and because of our mutual respect and trust for one
another, we have established a close and long-lasting friendship that remains strong today. I do
consider Joe a very honest and dependable friend as well as a loving husband to his wife Lisa
and a loving father to his two daughters.

Until today I have been in contact with my good friend, Joe, to offer and lend him and his
family whatever support I can and to listen to his regret and sorrow for what has happened and
for the hardships and pain that he, his family and friends must endure.

Therefore, Judge Caproni, I am hoping that you consider this letter, expressing Joe's
qualities which describe him as a person of good character, honesty and integrity and as a good
friend, husband and father and to be as lenient and show mercy when you impose Joe's sentence.

I would be willing to answer any questions you may have about Joe and can be contacted at
████████████.

Sincerely,

*Dominick Magro*

Dominick Magro

Grace Ann Magro

███████████

May 2, 2018

The Honorable Judge Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

    My name is Grace Ann Magro, and I reside at ████████████████████. I am a 63-year-old female, married and the mother of two children. I worked in the financial markets for over 20 years, but due to circumstances resulting from 9/11, I chose to leave finance to pursue a career as a Registered Nurse.

    Aware of his conviction, I am writing this letter on behalf of Mr. Joseph Percoco, in the hope of providing a better perspective of the person he really is.

    I had the pleasure of meeting Joe through my husband who was assigned to the Governor's Executive Protection Detail in 1990. Joe was a young work associate who quickly became a close family friend. His sense of responsibility to family and friends, combined with his respect, thoughtfulness and kindness to others made such an impression on me that I was more than grateful when he and his family became a part of our lives.

    When I decided to open a new chapter in my life post 9/11, and was so apprehensive of going back to school as an adult to pursue a second career, it was Joe with his gift of caring and understanding who spoke words of encouragement. When I struggled through the many prerequisite courses required, Joe followed my progress and always provided motivational messages. When I was accepted into a Nursing Program, it was Joe who was one of the first to congratulate me. When I graduated, he was one of my biggest cheerleaders. Despite Joe's commitment to his wife Lisa, his two children, and an extremely hectic work schedule, he was always gracious enough to think of me. In the wake of losing many friends, associates, and a career I worked long and hard to achieve, his sensitivity and continuing support was consoling and heartwarming. His thoughtfulness and encouragement during that time will forever be appreciated, will always be remembered and is a true testament to the person he really is.

    Joe was also kind enough to mentor my daughter while she worked in the Executive Chamber. There he treated her with the utmost professionalism, and provided her with a set of tools that enabled her to become a positive influence in the workforce.

I know Joe well enough to know he is a good soul.  Although I have not spoken to him directly, my husband has been in contact with him during this most difficult time. I am very aware of the remorse he feels, not because of the consequences, but because his actions were truly not indicative of the man he is.

I hope you will consider this letter as an indication of Joe's true character, and as such show mercy when imposing his sentence.

Thank you for your attention to the above, and should you have any questions regarding the above, please feel free to contact me anytime at ███████████.

Sincerely,

Grace Ann Magro

Melissa Magro

███████████████

May 1, 2018


The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Melissa Magro and I am a 26-year old female currently residing at ████
███████████████. I am a Legal and Compliance Project Manager
for WeWork in New York City and I was a Deputy Press Secretary at the New York State
Executive Chamber from 2014 to 2017.

I am aware that Mr. Joseph Percoco was convicted of three felonies in March. I am
writing this letter on his behalf to urge leniency in his sentencing as I hope it will help you
better understand Joe's true nature as a moral and ethical person who cares deeply for his
colleagues, his friends and his family.

I have the privilege of knowing Joe for almost 20 years. We were first introduced
through my father, a retired Investigator with the New York State Police who served on
Governor Mario Cuomo's Protective Services Unit.

In the summer of 2013 I interned in the Executive Chamber Press Office where I later
became a full-time employee after graduating from Penn State University the following year.
It was during my experience as an intern and a newly-hired employee in the Executive
Chamber that I truly got to know Joe – as a colleague, a mentor and a friend.

While serving alongside Joe, I witnessed first-hand his dedication to public service.
His priority was not only getting the job done, but doing it correctly. He took every step he
could to ensure that our entire team gave our very best performance at every parade,
gubernatorial announcement or bill signing event. His encouragement helped me realize that
my work – no matter how small a contribution it seemed at the time – was an integral part of
the administration, which fueled my passion for public service and working for the people of
New York. Above all, he made sure that I represented the Executive Chamber as an
institution that famously prides itself on upholding the principals of performance and
integrity.

Joe cared for the well-being of every one of his colleagues as he would his own wife and two daughters. He treated entry-level employees with the same respect and loyalty as he did senior staff members. After working late night shifts at gubernatorial events, he always made sure that we all made it back to the train safely, that we made it home in time to see our families, or even that we ate. I strongly believe that his caring, family-oriented nature is what made him successful in his role as Executive Deputy Secretary to the Governor.

Given Joe's altruism and morality and the impact he made on my personal life as a leader and a mentor, I ask that you please take this letter into consideration when imposing his sentence. While I have not spoken with Joe in depth about the conviction, I am confident that he regrets his actions. Having known Joe as both a colleague and a friend, I also believe that the crime he was accused of does not represent the man he truly is.

Joe's leadership and guidance are two tenets of his character that I proudly used to build the foundation of both my professional and personal life. I would welcome the opportunity to answer any questions you may have about Joe or further discuss his ethical and moral character. Please contact me any time at ███████████.

Sincerely,

Melissa Magro

# JOHN AND DONNA MARINO

████████████████████████

May 1, 2018

The Honorable Valerie Caproni
United States District Judge
United State District Court for the
Southern District
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY. 10007

Dear Judge Caproni,

We are writing to you on behalf of our dear friend, Joseph Percoco, who has recently been convicted after a long legal proceeding under your jurisdiction.  As Joe's long-time friends we are writing to share why you should consider Joe's dedication to family and friends as you make decisions regarding his sentence.

John has known Joe for over 30 years, starting when Joe was a young man and looking for advice and counsel as he built his career in serving the people of the State of New York.  John came to know Joe when he came aboard Governor Mario M. Cuomo's team.  John continued as one of Joe's mentors when he went into the private sector.  The respect and relationship they have established is warm, supportive and encouraging. As Joe grew as a professional, he strived to serve others and live up to the trust Governor Mario M. Cuomo placed in him.

Donna came to know Joe a few years after John.  They did work together, when Donna was the Staten Island Regional Representative to Governor Mario M. Cuomo. Joe and Donna worked cooperatively on several key events on Staten Island.  Their friendship was then and is now, based on a deep respect and dedication to hard work and serving others.

As a married couple, we have witnessed Joe grow as a spouse, father and family man. His love for his wife, Lisa and his daughters, V█████ and J█████ are the driving force behind his every effort to provide them with a home where they can thrive and grow. And his children have truly thrived as a result of his parenting and support.

There are many memories we can share, yet there are two that stand out, the first was on 9/11 and the second was when our eldest daughter went through █████████████ ███████serious medical issues.

During those first chaotic moments after the towers were hit, among Joe's very first calls was to see if John was safe. As a public relations executive at DKC, John travels throughout the city, and other locations to visit with clients. In fact, during the early 2000s, John did have several clients in the World Trade Center and the World Financial Center. Just weeks before, John had been in the Trade Center meeting with a client. On that historic day, John was in his office, yet like many others he was in Manhattan and unable to travel north to Westchester County. After making sure those in their respective offices were safe and cared for, Joe and John traveled north to Westchester. Knowing they were together was a comfort to Donna.

For us, Joe has been there during the very challenging and difficult times. When our eldest daughter was suddenly very ill and in need of emergency care, Joe was by our side. She needed to be transported from one hospital in Greenwich to another in Manhattan. Joe not only was there to listen to our concerns, he was prepared to take time off to drive us down to Manhattan and help in numerous ways. There was a very short window for the transfer to take place to insure our daughter would be safe during transport and that the surgery could take place. Joe called us every hour as we navigated the challenges of the transfer and to check in with John every step of the way. We are happy to report that today our daughter is a healthy, young women working and living in Washington DC. Joe's unwavering friendship provided invaluable support at the moment we needed it most.

Over the past several years, John and Joe have often had breakfast together. The conversations have been thoughtful, deep and very reflective of the seriousness of the situation. Joe's ability to take this process as a moment to reflect on his actions has been yet another example of Joe's ability to learn. His faith has been a source of comfort and of self-examination. In the last several years he has connected very strongly to his faith and when he was convicted it was Joe who reminded his wife to stay with God and her faith. Since John works close to St. Francis of Assisi Church

near Madison Square Garden he often goes to weekday Mass. Several times prior to the trial, John saw Joe at weekday Mass. Together, they took the unplanned meeting as a moment to pray together in mutual spiritual support.

We firmly believe that Joe's long history of helping others both in his professional capacity as state and federal employee and in his personal life should be weighed against his recent serious conduct. Joe's dedicated service to individuals, the State, his family and friends truly show the measure of the man he is. We urge you to weigh Joe's endless positive deeds against his recent actions and show leniency as you consider his sentence. We greatly worry about the impact a prison sentence will have on his two girls who are both at vulnerable ages.

We thank you for your dedicated service to our judicial system and for your kind consideration in reading our letter. Please feel free to reach out to either or both of us if you would like to talk in more detail.

With appreciation,

John A. Marino

Donna Ann Marino



**Michael McKeon**

The Honorable Valerie Caproni                                    July 13, 2018
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am a partner at Mercury, a national public affairs firm based in New York City. I previously served as Communications Director for Governor George Pataki, and also worked on Governor Pataki's two re-election campaigns in 1998 and 2002. I know you are considering the sentence you will impose on Joe Percoco and I wanted to share my experiences with Joe.

I have known Joe Percoco for well over a decade. In 2002, we were opponents as he worked for Andrew Cuomo in his first run for Governor and again in 2006 during the Attorney General's race when I worked for Jeannie Pirro. Later, in 2010, Joe recruited me to serve as Executive Director of "Republicans for Cuomo" during that gubernatorial election year.

Whether competing or working together, I have always found Joe to be a consummate professional, deeply knowledgeable and informed about the work he was doing and skilled at developing and executing the strategies needed to complete his work successfully. I found him to be straightforward, direct, honest and passionate about the work. There was never much mystery about what he thought about whatever topic we discussed.

I consider Joe to be more than a colleague, but a friend. We have shared some personal time together over the years, including when he took the time while working in the Governor's office to attend my father's wake, and he was always a person I could count on if needed.

While I was deeply disappointed by the verdict against him, I believe Joe is a good person who regrets the mistakes he made. His dedication to his family, the loyalty he inspires among friends and his many accomplishments during his long service in the Attorney General's Office and in the Governor's Office speak to a good man who deserves your leniency.

Thank you for your consideration.

Sincerely,

Michael McKeon

## Jennifer Bayer Michaels

June 30, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York

Dear Judge Caproni,

I am writing this letter on behalf of my mentor and friend, Joe Percoco to ask for leniency for his upcoming sentencing.

I first got to know Joe ten years ago when he hired me to work on the Cuomo campaign to run then Attorney General Cuomo's finance operation. I have managed fundraising for Senator Chuck Schumer and Rep Joe Kennedy prior to serving as Andrew Cuomo's Finance Director.

I've grown to know him and see him as a manager for whom I worked, as well as an incredibly devoted father and husband.

Joe's work ethic was second to none. He was always the first to arrive at the office so he could get there before the work day started and he would stay late into the night and show up at every event to make sure it ran properly. No one would ever have to ask him to stay late or arrive early. He did it because he felt compelled to make sure everything ran smoothly and efficiently. He was a permanent fixture wherever the Governor was to ensure absolute perfection at every level. The buck stopped with him.

There was no one more committed to the governor than Joe. I've never quite seen anything like it.

And, most importantly, there is no one more committed to his family than Joe. Not only is he a deeply committed father and husband, but his family is completely reliant upon him as a decision maker, advisor, provider and source of strength.

I have personally seen joe's compassion during a difficult time for my family ▮▮▮▮▮▮▮▮▮▮▮. He was there for me on a daily basis and one of a handful of people I told ▮▮▮▮▮▮▮▮. Joe was someone I trusted and confided in and who was there for me during a terribly trying period.

Another person who Joe was there for was ▮▮▮▮▮▮ who was a co-worker of ours. She died after a long battle ▮▮▮▮ while serving in the Executive Chamber. He was the one who she confided in as well. He helped her family with personal matters and they relied on him to see them through a terrible

ordeal. It was the last thing he had time for but he made sure that he was there for her family during a very trying time.

Joe's daughters have in him a father who would finish work late into the evening and then run V███ around to lacrosse and J███ to all of her activities and then do the family grocery shopping every weekend like clockwork. He had no care to be social when he wasn't working, only to be with his family. I've tried to lure him away on a Saturday evening to relax with adults but he wouldn't have it. Weekends were soley for his family I learned after many failed attempts at persuading him. His daughters and Lisa couldn't wait for the day when he left government so he could spend more unencumbered time with them.

Joe's girls have in him a father who is so committed to them and at these vulnerable ages of 13 and 16 they depend and need their father. They know nothing other than this way of life and my concern is it would be destructive to them to know a life without him as a strong and present figure. I respectfully request that you take the above into consideration.

Sincerely,

Jennifer Bayer Michaels

July 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Ellen Mitchell. I am the "still proud" younger cousin of Joseph Percoco. Please allow me to tell you a little bit about myself. I am 32, a Mammography Technologist at a medical center in Rockland County, NY. I am married and currently working part-time. My 9 month old has recently started crawling so I have my hands full. It was difficult to find the time to write to you but I know that this may be the most important letter I will ever write.

As our entire family awaits his sentencing, I am writing to you to inform you of the wonderful man that our Joe is. I remember as a little girl, Joe would babysit my three brothers and I very often. He was our playful, fun and loveable older cousin whom we adored. At the time, he was in school and working two jobs, yet still helped out my parents by watching us whenever they were in need of a sitter who could handle us four kids. Through my eyes, as I got older, Joe also grew to become the well-educated, practical and honorable man that I still see him as today. I have gone to Joe for personal advice several times and he was always honest and fair trying to guide me in the right direction. He is a loving husband to his wife, Lisa and a wonderful hands-on father to his two daughters, V███ and J███ Growing up, I would watch him interact with his young family and think to myself that he is the type of man I would like to end up with one day. Joe has always been a hardworking, family man with a tender heart despite what the press always seems to want to convey. Even after having such a powerful job, Joe was always humble and down to earth. He was raised that way by his mother, my aunt who he dotingly cared for until her passing in 2013.

When Joe was brought up on charges our entire family was shocked! How could this no-nonsense, hard-working, loving man who did not live an extravagant life be facing corruption charges? Then, when he was convicted, it devastated us all.

Of course you don't know him like we do, you don't even know me and you have no reason to trust me, but he really is "still" a good and decent man Judge and even good and decent men make mistakes.

Finally, on behalf of my entire family, I'm begging you to show my cousin mercy when you sentence him.

Thank you for your time in reading this letter.

Sincere regards,

Ellen Mitchell

Ellen Mitchell

**JOAN MORGAN-BAIRD**



The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I have known Joseph Percoco for about fifteen years. We met when he accompanied Governor Andrew Cuomo (then Secretary of HUD) to a meeting at DKC. Our friendship developed when His Honor, the Governor of New York, first ran for the gubernatorial nomination.

Throughout the years we have known each other, he has been very helpful and supportive to me: encouraging words, offers to assist in whatever capacity occasioned, especially through the period of ▬▬▬▬▬▬▬. From the mundane making of calls on my behalf, to letting me know his prayers were with my son, J▬▬, and myself, and for us to keep the faith. Amid my anxiety, he wasn't averse to injecting a little humor to lighten the mood of the moment.

About two years ago I was diagnosed with ▬▬▬▬▬. I did not want him apprised because I knew his plate was full. The attempt at secrecy failed, as he became aware of it through a mutual friend – who is also a co-worker of mine. He called with prayers, words of comfort, offered and did make calls regarding my hospitalization. He frequently kept in touch with me, and as a result, I can attribute part of my recovery to the love and support I received from family and friends, and I cherish his friendship.

Joe is very hard-working and is always, always working to provide the best for his immediate family.

He's a wonderful dad; one of the reasons for our special bond. We often trade stories about our respective children, and it's within those conversations I discovered he considered himself a disciplinarian, but the truth be told – and I would often joke with him about it, is how his daughters had him wrapped around their fingers. At this time it is very difficult to contend with the thought of his daughters' vulnerability: they need their dad at home, with them.

My husband died of a heart attack when my twin boys were fifteen years old.  Losing him remains immeasurable.  For his children, his family, I ask for your mercy, compassion, your charity!

Respectfully,

Joan Morgan-Baird

Joseph F. Muggeo

May 3, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

First, I would like to thank you for taking the time to read my letter.

I am a disabled veteran and I am Joe's uncle by marriage and chosen Godfather. I have known Joe since 1981. I watched Joe grow from a boy to a young man to a mature and honest gentleman. I live with my wife at                                        . And we raised five children of our own.

I am writing this letter to you because I know Joe has been convicted and I would like to provide you, Judge Caproni, with some background of the person that Joe really is before you impose sentence on him. I hope you will take his true person into account at the time of sentencing.

Just a little background on Joe, he actually selected me as his Godfather which I was honored by. As I have said, I watched Joe grow up from a boy to a man and I have always been proud to call him my nephew and to this day I still am proud to call him my family. Joe started his own landscaping business to help put himself through school. He played school sports (football), he was dedicated to his family. Joe was raised by his parents who were Italian immigrant's that came to this country with their parents. His parents, especially his mother, did an excellent job with all her children raising them and teaching them morals, honesty and responsibilities.

Joe was so dedicated to his mother and family that when she hurt her back and could no longer work, Joe helped her. They moved to Staten Island because Joe went to Wagner College there. Joe helped his mother buy a home there for his younger sister and his mother so they would be close to him during that time. His mother bought and opened a bagel shop so they could pay their bills instead of asking for handouts. Joe would get up early in the morning to get all the equipment started and began making the dough so everything would be ready to open in time for the morning. He would then go to College at Wagner. Once he was done for the day with school he would help close the shop and then go home and study. There was nothing Joe

would have refused his mother. Joe was, and still is a hard worker who cares about what he does and cares about people. Sometimes Joe can seem hard but inside he is really a soft and caring person that would give the shirt off his back to help someone. The one thing I do know is that Joe would never do anything that his mother would disapprove of and she was a very proud and honest person right up to her passing.

I remember one day Joe was telling about a person he had some business with and the person did woodworking as a hobby. This gentleman made a cutting board for Joe and Joe said he had to go to another person within the government to see if it was alright for him to accept the cutting board. He was told that being it was made from a scrape piece of wood and it had no real value he could accept it.

When Joes father passed away he took the lead as the man of the home as much as his mother allowed him.

When My wife and I were having issues with our son at the age of 15 ▮▮▮▮▮▮▮ Joe would sit with him and try to get him to understand ▮▮▮▮▮▮▮ and could affect his future. Joe spent a lot of time trying to get our son to change his ways. This is the type of caring person Joe is. He would put himself out to help others in need. He did everything he could to put our son of the right path to being an honest and trust worthy person, because he was trying to get him to see the type of person he is.

These and other item I have seen through the years of watching Joe grow up is why I believe he is an honest person, a good person, a caring family member, and a reliable friend, nephew and member of the community. Joe cares about his family, friends and associates.

I Believe in my heart that the things he has been found guilty of do not represent the person Joe is or his character that I know and that his mother was proud to raise. I am positive that Joe regrets the things he has done and that the worst feeling he has is the fact that he let his family, friends and most of all, I know Joe is very upset that his mother is looking down on him and shaking her head in disappointment.

Judge Caproni, I ask you to take this letter into consideration when you impose sentence. I ask you to be lenient or show mercy as the man you see before you the day you impose sentence, is not the person I know.

Sincerely,

Joseph F. Muggeo

Rose Muggeo

████████████████

May 3, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

Thank you for reading my letter.

I am Joes aunt. His Mother was my sister. I live with my husband of 36 years at ████████
███████████████. I have five children.

I am writing you this letter because I hope I can shed some light as to the real person Joe
is before you impose sentence on him.

I have known Joe since he was born. I have seen him grow up to be an honorable and
well-respected young man. When Joe was growing up he was a leader not a follower. When most
kids were hanging out smoking cigarettes, drinking alcohol or doing drugs, Joe would avoid
these things by keeping himself busy at home, or with sports or doing things with family.

Joe played football in High school and earned himself a scholarship to college. Joe was
raised by my sister Lina who was a tough but loving person and this is one of the traits I know
she installed in her children. I know this because as her sister, we were all raised the same way
by our parents. We were Italian immigrants and were raised to work hard and be honest and
upstanding citizens and I know this is what my sister instilled into her children.

I remember one time when we all went to Atlantic City as a family for an occasion and
we went to the Borgata to eat at the buffet, there were so many of us that the hostess miscounted
the number of people. When Joe realized that we were undercharged by on person he took it
upon himself to go to the hostess and give her the money for the one missing person on the bill.
This is the type of person he is as he would not deliberately take from someone anything that was
not his.

I have seen Joe work very hard in High School to build a landscaping business so he
would be able to help his parents pay for College. Joe was so responsible with his business that

even when he was not able to get to his accounts himself he would ask his uncles to help him so
his customers were completed on time as promised.

Jos is such a good person and his heart is sometimes too big and people take advantage of
this. People think that because he is vocal that he is hard but he really is a good, caring and
loving person.

I would to this day trust Joe with anything in my life and with my life. I know he would always make the right decision that is good for others over himself.

Joe has had very hard life. He lost his father when he was in college and lost his mother just a few years ago at a young age of 64. Joe has had to be a man from the time he lost his father and was forced to give up a lot of his early 20's to help take care of his family. Joe was never one to look to hang out, party or get into trouble. This is why I believe Joe regrets what he has been convicted of.

These are a few of the things I have seen through the years of watching Joe grow up.

Judge Caproni, I ask you to take this letter into consideration when you impose sentence. I ask you to be lenient or show mercy on Joe as he is really a good and caring person.


Sincerely,

Rose Muggeo

June F. O'Neill

July 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100007

Dear Judge Caproni:

I write to you today with the hope of allowing you to learn more about Joe Percoco, the man, whom I have known for over twenty-five years on both a personal and professional level.

Currently I am a member of the New York State Unemployment Insurance Appeal Board with no current connection to Joe other than our friendship. At 71 years of age, I live in the North Country of NYS – the real Upstate! In fact, here in St. Lawrence County, I am closer by car to Ottawa, Canada than I am to Syracuse, NY.

Our paths first crossed when we overlapped during the Mario Cuomo (MMC) administration. Joe was hired as a young man in the Governor's office while I served first as the Governor's North Country Regional Representative and then as a member of MMC's cabinet as Director of the Office of Rural Affairs. Despite coming from the City, (I also spent some formative years in NYC going to PS 84 and JH 141 in Astoria), Joe always displayed genuine concern for the people, and understanding of the issues facing rural New York. I remember one instance in particular when MMC was scheduled to visit Malone NY (in nearby Franklin County) for a town hall style meeting. Prior to the forum, at the local elementary school, MMC was also scheduled to make a stop at a local dairy farm – the Bean farm. The Bean family was ecstatic about having a sitting Governor of the State visit them. They went all out making sure everything was clean, tip top shape and Mrs. Bean even baked some homemade treats for the Governor to enjoy at their kitchen table after his tour of the barns.

As fate would have it, MMC was delayed leaving Albany. I think it had something to do with budget negotiations. He was able to arrive in Malone in time for the forum, but would not have time to visit the Bean family farm. Of course, the Beans were disappointed, to say the least. So, in a display of his care and concern for people, Joe made arrangements for us to have the Bean family meet and greet the Governor before he went out to start the forum. They were able to give MMC the homemade goodies and pose for pictures "back stage". It was a real highlight for the whole family. I believe this is one example of the true nature of the Joe Percoco I have come to know. Malcolm

[Recipient Name]
July 9, 2018
Page 2

Forbes once said: "*You can easily judge the character of a man by how he treats those who can do nothing for him.*"

After Mario lost his re-election bid, our career paths took different directions. I went to work for H. Carl McCall, then the newly elected State Comptroller, but Joe and I kept in touch, unofficially of course, through things like attending the annual Democratic Rural Conference and North Country politics and then when he went to work for Attorney General, Andrew Cuomo (AMC.)

Family plays a key role in Joe's life. He loves his family and family always comes first. In spite of the fact that Joe has held some of the most difficult, all-consuming positions of great pressure and responsibility, he has always made time for family. In addition, he has always respected the family demands that others have placed on them and found ways to accommodate family time and responsibilities of others. Not many people have seen this side of Joe having only been exposed to his unrelenting work ethic and tireless devotion to duty.

They have not experienced they joy and pride Joe has in his family, and the depth of sorrow he has dealt with in the loss of loved ones. The effects that his conviction has had on his family have been particularly difficult for Joe to handle. I know that he continues to be very concerned about his daughters and wife as sentencing approaches. Of all the problems I have seen Joe overcome, this is clearly one of the biggest struggles.

On many occasions, Joe has included his daughters at events, like the AMC's Governors Winter and Summer Challenges to name a few. He has always gone out of his way to make them comfortable, able to have fun and introduce them proudly to anyone and everyone. He speaks of them, and his wife, with love and pride and frequently shares their latest accomplishments. It was highly unusual that Joe actually took time away from work for any reason. However, during his mother's illness and death, it clearly took a toll on Joe. He took rare time off to deal with this devastating event and to console his family as well.

When MMC died, Joe was there for the Cuomo family --all of them. He attended to even the smallest details. No task was ever too big or too small for Joe to make sure it was done. This sympathy and empathy extended to colleagues, friends and staff alike. When I had a ███████ several years ago, Joe couldn't have been kinder or expressed more concern. I have seen him make schedule accommodations for others due to illness, death in the family, and active military deployment. Joe is also one of the first to pitch in with contributions for life events, both good and bad.

Another thing many people don't realize about Joe is that he has a wonderful sense of humor. In his demanding world humor is a gift and also a coping mechanism. He enjoys making people smile and laugh. I remember at one point when AMC was attempting to make a primary run for Governor (after H. Carl McCall had already announced his candidacy), Joe called me to chat. Since he knew I was a McCall supporter, Joe told me

[Recipient Name]
July 9, 2018
Page 3

we were still friends "even though I was damaged goods." Over the years we have disagreed on many issues on many occasions, but I always felt I could be brutally honest with Joe. He would listen and sometimes we would agree to disagree. I have found Joe to be a good sounding board, running ideas back and forth before making proposals. Joe can also be brutally honest. He does not "suffer fools gladly", and is a man who wants to get things done. Joe has an uncanny ability to keep many balls in the air. He is intelligent, quick, and can switch gears on the spot to handle many different topics, events and the like.

Joe is also one of the hardest working people I have ever known. He is a tough task master and demands that people do their best. This doesn't always make everyone his friend. But beyond that rough and tough exterior, there is a loyal friend, kind heart, proud family man and someone who truly believes.

I appreciate you taking the time to read this letter. This is the Joe I have come to know over the years. This is why I sincerely hope you will take my thoughts into consideration when you impose Joe's sentence.

If there is any further information I can provide or questions that I may answer, please feel free to contact me at your convenience. My email is:                      and my personal cell is:                  . Again, thank you for your time.

Sincerely,

June F. O'Neill
Joe's Friend

July 9, 2018


The Honorable Valeri Caproni
United States District Judge
United States Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni

My wife Nancy and I have known Joe Percoco and his family since they became our next door neighbors six years ago. You can't choose who moves in next to you. That being the case, we were lucky. I am a 37 year IBMer and my wife has a similar tenure at the media company, InfoGroup. We have five children and the last two are of the same ages as the Percoco children. We have been in this town for 23 years and we have a good sense of how people interact, or don't.

Joe is an outgoing and helpful man. From car pools to cold bus stops, he always has the O'Reilly's back. He just has an old-school sense of what a neighbor should be, no questions asked, nothing in return, how can I help. As I watched his challenge unfold, and the profound impact on him and his family, I was thankful that I didn't have a profession that needed me to swim in the kind of waters he is forced to work in, and yet try to make a difference. Sometimes, due to his position, I would poke at some political topics in our conversations just so I could get a point across. I was always rewarded with thoughtful answers that also seem to be delivered with an element of pride and honor in what he was doing. Although Joe and I have different political affiliations, I was hopeful there were more like him in Albany.

I am most worried of the affect any absence would have on his daughters who I have watched become independent, strong and disciplined young women. V█████ was just awarded our High School's most prestigious honor, The Sportsmanship Award, for Lacrosse. When I would whisk her and her sister past the News 12 cameras to school in my car those few difficult mornings, I could see their fear. All they know, and I agree with, is that their father has been a strong and committed civil servant for New York for many years, and one that I am proud to have as my neighbor.

Sincerely,

Kevin G O'Reilly



# WHITNEY GLOBAL MEDIA

WILLIAM O'SHAUGHNESSY
PRESIDENT & EDITORIAL DIRECTOR

Honorable Valerie Caproni                    **May 10, 2018**
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I've been a broadcaster in the New York area since 1964 as the permittee of community radio stations WVOX and WVIP in Westchester.

I also presently serve as a director and member of the Executive Committee and chairman of the Guardian Fund of the Broadcasters Foundation of America, our profession's national charity. And for many years, I was chairman of Public Affairs for the National Association of Broadcasters in Washington with responsibility for First Amendment and Free Speech issues.

I now reside in Litchfield, CT.

I've also just turned 80 and during my already long life I've been privileged to observe, as a broadcaster in New York State, all the doings, deliberations (and occasionally, the machinations) of those involved in public service and the political life of our State.

I go all the way back to Nelson Rockefeller, Pat Moynihan and Jack Javits, all of sainted memory.  And as the editorial director of our stations, I've been privileged to enjoy a close-up view, a front row seat really, of the many disparate types engaged in public life.

I've also written six books, anthologies, which often concentrated on matters political. My latest book, published in 2017, is a memoir of my 38-year friendship with Governor Mario M. Cuomo. It is in that context that I know Joe Percoco who served Mario and the Cuomo Family with considerable devotion and loyalty.




As my colleagues in the public press have reported – and I can confirm – Mario treated Joe like a son … and Joe treated him like a father. It would, I'm sure, break Mario's heart to observe the predicament Joe now finds himself in as a result of the mistakes he's made.

I'm not at all going to presume to speak for Mario … but after many hundreds of late night and early morning phone calls with this great man … I have no doubt he would also now beg Your Honor for leniency, forbearance and understanding for Mr. Percoco.

I get flashes of déjà vu, Judge, and I can tell you of many instances wherein Governor Cuomo encouraged and persuaded young women and men to submit to the rigors of public service. And I can also confirm that Joe Percoco was very special to Mario who saw not only loyalty and devotion, but great potential and many other good qualities.

I would also like Your Honor to know of the reports I get from my granddaughters L██, age 12, and I████, 14, via my son David O'Shaughnessy. They've told me, on many occasions, that Joe's wife Lisa, who taught them Spanish at ████████████ in Katonah and is now at Croton-Harmon School, is a "wonderful" teacher.

But even more to the point, my son tells me that the Percocos – Joe and Lisa – are everywhere apparent in his Katonah neighborhood at school functions, recitals and sporting events for their own daughters J██████, age 12 and V██████, 16. David assures me the Percoco family is well thought of in their home heath and great parents.

I occasionally worked with Joe to help recruit stellar candidates for demanding positions in the administrations of both Mario and Andrew. And in this endeavor, I found that Joe was interested only in very able, intelligent and capable candidates. He was absolutely a "good government" guy who worked long and hard and with great dedication and passion during his service to the Cuomo family and our State.

To be sure, Joe is a little "dynamic" and maybe something of a "rough penny" at times as you undoubtedly observed at the long Trial over which you presided.  But, if I may, despite the "colorful language" which was attributed to him in your courtroom … I don't at all think he's a bad guy.  And I really believe he has many good



personal qualities which I hope will commend him to your favorable judgment.

I've run on too long, Judge. But, finally, as you consider my comments and reflections among all the others, I just wanted to also mention my great admiration for one of your former colleagues on the Federal Bench, the late Judge Richard Daronco (after whom our Westchester Courthouse is named).

I *loved* Dick Daronco, Judge Caproni.   And I was privileged to advocate for his elevation to your high Court.   I mention this only by way of assuring you that I would have written this same letter to my friend Dick Daronco.

I truly believe Percoco, despite perhaps some "rough" edges, is not at all a bad guy. Despite being possessed of not a little bit of "swagger" and the occasional abruptness which sometimes accompanies Mr. Percoco ... I firmly believe that, at his core, and in his heart of hearts, Joe is actually a very decent human being.

So I hope Your Honor will forgive me for merely trying so inartfully, awkwardly and imprecisely to persuade the Court and Your Honor to my view.

I pray for leniency for him ... and I only hope that some glimpses of his innate decency and goodness which recommended him to Mario Cuomo (and Andrew) shone through midst all the charges made against him at the Trial over which you presided so fairly and ably.

Yours,



**William O'Shaughnessy**
**President & Editorial Director**

▮▮▮▮▮▮▮▮▮

  Broadcasting   ·   First Amendment Advocacy   ·   Publishing   
Communication Strategies   ·   Government Relations

One Broadcast Forum ◆ New Rochelle ◆ New York 10801 ◆ Phone: 914-636-1460 ◆ Fax: 914-636-2900 ◆ Web: wvox.com

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Richard Ostroff and I am writing to you today on behalf of Joseph Percoco. I have known Joe for over 25 years. I was hoping that I could provide you with my perspective as to what kind of person Joe is and that you might take this into consideration when sentencing.

I first met Joe in the early nineties when he first went to work for Governor Mario Cuomo. We had worked together for a number of years and in that time I had found him to always be honest, professional and hard working. Since leaving the Governor's office, I have maintained a close working and personal relationship with Joe. On a professional level, I always enjoyed working with Joe. He was always straight forward and kept his word. He worked more hours than any human I know and no task was too big or too small for him. I have and always will hold him in high regard.

Another huge part of Joe's life is his family. He was very close with his Mother, who passed away a few years ago. He would also talk about his wife Lisa and his two daughters regularly. He was involved in all of his daughter's activities and would always talk of them proudly.

Joe is someone I can share the weight of the world with. He always took the time to ask about my family and discuss life in general.

In summary, Joe is a good person. His family means the world to him and his girls need their father in their lives. So I please ask for your leniency when sentencing.

Thank you for your consideration. Please feel free to contact me if you have any questions. I can be reached at                or by email at                                .

Sincerely,

Richard Ostroff

Dear Judge Caproni,

My name is J███ Percoco. I am 12 years old and in September I will be entering the eighth grade at ███ ██ Middle School. I am writing to you so that you can have a better idea of who my father is, and the wonderful person everyone knows him to be. My dad is a very strong man who is very devoted to our family. He always sacrifices whatever he can for us, every day. Like getting me expensive organic ice cream at the grocery store even though there's another one cheaper that is just as good! My dad is still happy to buy it for me. He also always comes to all of my dance recitals and shows in theatre. Even when he has seen the same show of mine for the fourth time in a row in the past 24 hours. My dad comes to all of my orchestra concerts at school, too. Even though our 7th grade orchestra sounds very..... interesting. (And by interesting, I mean bad.) Even when he was healing from hip surgery a few years ago, he still came to support me at all my shows. My dad truly is an amazing, supportive dad. He would never dream of putting himself before anyone else. He always has been that way, and always will be that way.

My dad always tells me and my older sister V███ to face our fears and push through our adversities. I remember when I was in second grade, I had a teacher named Mr. B███. It was my first year in a new school when we moved here. Thankfully, I made friends pretty quickly, but I was super shy around Mr. B███. I wouldn't rarely say good morning when I walked in the classroom. I liked him, and he was really funny, but I was afraid of being sociable with him. My dad told me that I had to look him in the eye every morning and give him a proper greeting. If I did that each day, Mr. B███ would give me a smiley face on a progress sheet. That year, my friend was having a sleepover for her birthday, and I got invited. My dad told me that if I got a certain number of smiley faces in a row on my sheet each week, I could go to the sleepover. Needless to say, I went to that sleepover because my dad told me that I had EARNED it and how proud he was of me. When the end of the school year rolled around, my dad said that on the last day of school, I should tell Mr. B███ what a great teacher he was, how funny he was, and how much I enjoyed having him as a teacher. I was like," Yeah, right." But he told me it would make Mr. B███ really happy to hear, and I really did enjoy having him that year; so, I agreed to it. On the last day of school, there was so much going on- an end of the year assembly, a party in each of the classes, and then they were shipping us off to go on summer break! It was all fun and games, they had bubbles and music, and everyone was having fun. Even the bus drivers took us around and around the school in the buses as everyone waved bandanas out the window. When I turned around to talk to Mr. B███, I noticed that he was nowhere to be found and later on that he was dressed up as ███ ██ ████, our school mascot. There I was feeling guilty that I hadn't told Mr. B███ what I had planned. I got home and, being a little second grader, started crying as I told my mom I hadn't talked to him. There simply wasn't enough time with all of the festivities going on. So, my mom called my dad and said she didn't know what to do. I was so upset and thought there was no way I could let Mr. B███ know about everything I wanted to say! And my dad simply said to my mom, "Take her back to the school." And that was it. As we drove back, we hoped to find him sitting in the classroom, packing up things from the year. I crossed my fingers, hoping he hadn't left yet.

Sure enough, Mr. B███ was there. My mom told him that I just had to come back and tell him what a great teacher he was. I thanked him for being so funny, kind, and for making my first year in a new

school so great. As I saw the look on his face, with tears welling in his eyes, I knew it was the best idea to come back to school that day. I'll never forget it and will always have my dad to thank for pushing me to come out of my shell. Knowing myself, if I hadn't gone back to school to tell him that I would have really regretted it. That was one of the most remarkable lessons my dad has ever taught me about facing my fears, and how important it is to let the people in your life know how much you appreciate them both with your words and your actions.

Another example of what a great man my dad is, is how adoring he is. Every day, at least twice, he tells me how beautiful I am. Even if I've just woken up or I have no makeup on. My dad looks past all of that, and he truly is one of the sweetest people you could find. HE also is very candid. No matter what, he always admits to his shortcomings and tries his best to work on them. He is a hard-worker, not only in his job and life outside of our family, but within our family as well. My dad never fails to astonish me with everything he does.

In conclusion, I urge you to please consider all of the above information. Please take into account the protective, high-achieving, hard-working, strong, and kind man my dad is. He starts and ends every day telling me he loves me and says it a multitude of times in between. He is faithful to his family and God and really deserves something terrific to come his way. Him and I both believe as Catholics that everything happens for a reason and that through the suffering our family has endured, especially my dad, that there is a reason for it all. This nightmare we have been living has allowed my dad to be home more, to be there for all of us (My mom, sister, and I). It has allowed us to develop stronger relationships with each other as a family and made me realize just how important family is. With all of that said, I believe my dad has never really caught a break for anything in life. He has been working hard since he was a kid, then worked for the Governor for many years, where he endured an immense amount of stress, and has already experienced excruciating and extreme suffering for the past 2 years. My dad really needs a break. He has learned many things from this experience and the importance of who to trust with your friendship and loyalty. He deserves some light in his life and a new wave of joy to come his way. Thank you for taking the time to read this letter, and I ask that you please ponder it carefully before handing over your sentence.

Sincerely,

*Percoco*

J▮▮▮▮ Percoco

Dear Judge Caproni,

My name is Lisa Percoco. I am Joe Percoco's wife of almost twenty-one years this July. Despite these past two stressful years, I still think we consider ourselves happily married. I am forty-six years old and have known my husband since December of 1991. We met in college when I was a sophomore and he was a senior. The purpose of my letter is to tell you about the real Joe Percoco. The man that sat in your courtroom all those weeks and the man that the public knows very little of, despite the recent articles about him.

When I first started dating Joe, I knew right from the start that he was a family-oriented man who was a hard worker and took care of his mother and two sisters. His parents were divorced at the time and Joe was forced to take on the role as the man around the house despite the fact that he lived away at college. Both his mom and dad came here from Italy for a better life and once having children moved from the Bronx to Rockland County to provide a better life for their children. It was his mom and dad who instilled such a strong work ethic as they led by example. Joe's father worked nights for Con Edison, and his mom was a seamstress who later took a job working in the butcher department at the ShopRite, because working in the meat room meant she would make more money. Nobody wanted to work in the cold butcher department because of the harsh conditions year-round. It was his parents who taught all three of their children that if you want something you need to go out and earn it.

Joe had many different jobs growing up as many teenagers do. Stocking the shelves in the local supermarket to delivering the daily newspaper. I was most impressed to find out that Joe had his own landscaping business at age sixteen and managed to keep it while still attending college. He would go home on the weekends to manage his business and to spend time with his family who especially enjoyed sharing Sunday dinners together before he went back to school for the week.

Joe was a go getter who hustled to get things done and his dad was shocked to find out how much he grossed in just one year of business. At age eighteen Joe had over 100 customers that he serviced weekly. He learned how to operate a backhoe and large trucks which enabled him to make more money and pay for his college education. Joe was awarded a partial scholarship for football at Wagner College and the remaining costs of room and board was paid by Joe through his earnings from his business. He started his landscaping business at age sixteen with a pickup truck and a lawnmower. By the time he sold it at the end of his sophomore year in college he had created a business servicing over 100 residential and commercial customers. Joe's small company had several trucks and several employees, and he managed it all himself even from his dorm room all while attending college full-time and playing football for Wagner College for two seasons before a back injury ended his football career.

Shortly after Joe's parents divorced his father died suddenly at the age of 58. Joe was 24 years old and he quickly stepped up and helped his mother and little sister who at

the time was 16 with the monthly expenses of the house.  Just before his father died his mother became partially disabled due to an on the job back injury which  rendered her unable to work at the age of forty-seven. .

Before graduating college Joe took on an internship working for the then Governor, Mario Cuomo.  He did whatever was asked of him.  No job was too menial for him. Soon the Governor and Joe developed a relationship.  Joe was trusted with more responsibilities and the Governor took him under his wing even giving him advice as to what shirt NOT to wear. As first generation Italians they seemed to have shared a bond.

When Joe graduated college he began working for the state at the Power Authority, which then parlayed into a job working for the Job Development Authority.  Due to severe budget cuts at the State in December of 1991 Joe no longer had a position in State government.  Instead of collecting unemployment he returned to his roots and went to work in Landscaping again for his good friend.  Joe was able to increase business and landed jobs for the company expanding its portfolio and geographic reach.  His friend hated to see him go when an opportunity arose for Joe to work for the then Governor, Mario Cuomo.  He begged Joe to stay offering him more money.  Despite the tremendous financial opportunity Joe returned to state service where he wanted to start a career in public service.  Joe felt he could start a career in order to make a difference.  He became a trusted person in this administration and proved to be a **loyal** hard worker doing what others older than him and with more experience could never achieve. He learned how to network and made relationships with people that have lasted for years, because despite what has been portrayed, Joe is well liked.

 In that same year Joe suffered another loss when the Governor lost the election in November of 1994.  Joe was crushed because he took such pride in the work the Governor had done for the State of New York and for the things he stood for.

It was after this loss that Joe began working for Mayor Rudolph Giuliani as Deputy Director of Public Events where he proved himself there as well once again.  When Joe announced his departure from the Giuliani administration, the Mayor's chief of Staff called him to City Hall where again Joe was asked to stay and offered a new position.  He was always a valuable asset and each employer was always sad to see him go.  Joe left to work for Public Advocate Mark Green as the Director of Scheduling.  Joe was beginning law school at St. John's University and he did so in the evenings.  Working for Mark Green allowed him a more flexible schedule and most weekends free to study.

Joe had started his second year of law school when we got married in 1997 and was now working for the Department of Housing and Urban Development (HUD) for Secretary Andrew Cuomo.  For the first year of our marriage I spent many nights alone in the apartment we rented as Joe attended law school four nights a week. Joe would go to work and then leave to attend evening classes at St. John's Law School in Queens.  I would make him lunch and dinner so that he could eat in the car while on the way.  At the time we were saving to buy our first home, so every bit counted.  "Eating lunches and dinners out could

be quite costly." Joe would remind me of this often. Even as recently when he was working at MSG he still insisted that I make him lunch. Here was a man, who for years, had slowly climbed the ladder in his career and proved himself over and over again as the guy who got the job done, now working for a big company like MSG as Senior Vice President of External and Governmental Affairs and still brown bagging it. Not an excessive person. A humble man who always remembered where he came from; a two-bedroom apartment on Leeland Avenue in the Bronx. Little things make Joe happy, like going food shopping and using coupons when he pays and yes just a plain old turkey sandwich for lunch and leftovers for dinner.

We were both working hard, and I taught Summer school as well to save for our first home we purchased in 2000. We bought a two-family home and rented the apartment to help with the mortgage payments. When Joe graduated law school in 2000 he was working at HUD. Upon graduation he was offered a position at HUD in Washington, D.C. Joe travelled and stayed in Washington four days a week and made his way home on Friday for the weekend. We had just bought our first home and Joe wasn't even around to enjoy it. Yet again, I was alone. In January of 2001, Joe began working on the first campaign for Governor for Andrew Cuomo. Our first daughter V███ was born that same year in October of 2001. Joe was travelling and working so hard on the campaign that V███ often cried when he held her because she didn't know who he was. Andrew did not win the election and Joe took some time off for the holidays before taking the Bar exam and then going to work for KPMG in the Forensic and Litigation Department.

In 2005 Andrew Cuomo began exploring the possibility of running for NYS Attorney General and he asked Joe to help him. Although Joe was making a good living at KPMG and he was home more, he said yes to a friend and mentor. Several of the partners at KPMG were splitting off from the firm and creating their own firm and they asked Joe to join them in this new venture. Due to the financial arrangements with KPMG, those partners and staffers who left to form the new firm were going to receive substantial signing bonuses as part of the separation agreement. However, Joe would be required to work for at least two years in order to keep the signing bonus. Instead Joe decided to go back into public service and join the campaign in January 2006. Again, his selflessness and **loyalty** drove his decision.

Our second daughter J███ was born in August of 2005. When J███ was almost one, I was told I needed ███ ███ surgery ███ ██ ███████████. Joe was there for every doctors visit despite his horrible schedule. Joe would go into work on the days of my doctor visits so that he could get a half days work done. He would then drive back from Manhattan to Staten Island to pick me up and then drive back to Washington Heights, where my doctors were located at ███████ ██████████ ████████.

When I had my surgery in July of 2006 prior to J███'s first Birthday, Joe took time off from work that week in the midst of a statewide campaign and spent his days in the hospital and then went home to take care of the girls. We had family in our home

around the clock and Joe would be home to put the girls to bed, only to get up and return to the hospital the next morning.

He was always aware that his family came first and of his responsibilities to us. But, he also knew the responsibilities he had to his job. He was relied upon a lot by both his family and the people he worked with. Joe was constantly on the phone taking care of work stuff even when he was with his family. When I came home a week later from the hospital Joe was there to help me but returned to work the very next day. I was thankful for my family who continued to help me with the girls until I was able to do it on my own.

Joe has always been a wonderful provider for our family and I was able to stay home with our girls for eight years until they both had reached school age. We didn't live extravagantly but we had everything we needed. We had a broadside high ranch with enough of a backyard for our kids to play in. We had our family nearby and it was really all we needed. The only thing we didn't have around was Joe. Joe's job, dedication and **loyalty** to the Governor, often kept him away from home and family events. This created some stress in our marriage, but I knew from day one that he was a hard worker and never a nine to fiver. I was busy with the girls and basically a single parent. Our girls had soccer, dance and karate but we did live on a budget still only having one income.

I went back to work teaching in September of 2010 when ▇▇▇▇▇ started Kindergarten. We began talking about moving from Staten Island to New Jersey as the Island was changing and we, like all parents, wanted better for our children. Out trips to New Jersey became more frequent and we began looking at houses. Unfortunately, our plans changed, as Elliot Spitzer resigned as Governor and the rumors began to swirl about Andrew Cuomo running for Governor. However, we came up with a new plan. Joe would run the Governor's campaign in 2010 and he would serve in the new administration for two years at which time our oldest daughter would be ready to begin middle school. We would then move to New Jersey for the 2012 school year, as starting a new school as a sixth grader was ideal because everyone was new to the middle school.

Once Joe announced his plan to the Governor it did not go over well, and the governor and Joe discussed it for weeks. The Governor begged Joe not to move to New Jersey and look for someplace in New York to move instead. Joe was always seen as the glue of the Governor's team. Losing Joe was not a real option according to the many conversations I had with both the Governor and Joe's colleagues. Joe did not want to let his close friend and mentor down. Again, Joe being selfless and **loyal** we changed course.

Joe asked me to look at homes in Westchester and Rockland where Joe grew up. I did not like Rockland and the school districts in Northern Westchester were some of the best in the state. The whole point for our move was to have our children attend good public schools. As a public school teacher, I did not want my children in private school nor could we afford it.

We finally found an area we both loved, and the schools were excellent; South Salem, NY. Although we were further from our families, it was one of the best things we

did for our family, especially our girls. Our daughters attend great public schools and they are both thriving both academically and socially. There is a sense of community and we have made friends who have been extremely supportive through this most difficult time. Joe would travel two hours to Albany and stay over when he had to be there early the next morning. When the girls had a school function or concert, Joe would leave Albany late at night to drive home and work out of the Manhattan office the next day, so he could be there for his daughters.

When Joe finally left government and started working for MSG, we felt that we finally got him back! Joe was around at night and after many years we were able to have family dinners together. My daughter ▇▇▇▇ even set the table one night with three place settings, and when I asked her where daddy's dish was she said, "I totally forgot because dad is never home to eat with us." From birth J▇▇▇ has only known her father in this high paced long hours work environment. His biggest motivation for leaving state government was to spend more time with ▇▇▇▇. He even volunteered to coach her lacrosse team in the spring of 2016, his first spring home in ten years.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Joe would go into work earlier, so he could leave to be there for her.

Our oldest is a Varsity Lacrosse player and Joe makes sure he gets to as many home games as he can. He is a devoted father who loves spending time with his girls whatever way he can, whether it is watching a movie cuddling on the couch, taking V▇▇▇ out driving to practice for her road test and doing college tours as this is such a crucial time in V▇▇▇'s life. He sits through three-hour dance recitals, attends J▇▇▇'s orchestra concerts and even manages to sit through fashion shows every time my youngest comes back from a shopping trip.

My husband helps me by doing the food shopping on Sunday mornings, washing laundry and is always at the sink when it comes to washing the pots after dinner. He even helps out by cooking once or twice a week on days I am working late. My husband is a family man and enjoys when family comes and spends the weekend with us. We even bought our house with a guest room because Joe felt that it was important that our moms, both widows, had a place to stay when they came to visit. His mom only got to stay with us a handful of times before she died in 2013 ▇▇▇▇▇▇▇▇▇▇. Again, Joe was there for his sisters to make all the decisions about his mom's care prior to her passing and took time from work to be with her at hospice. Joe is always thinking of others and often sacrifices to make sure others are happy. Joe continues to do this today despite the difficult time he has been going through.

My concern amongst many things right now is Joe's health. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇ hasn't really taken care of himself as the stress is taking its toll on his mind and body. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇. In the past Joe has gone to the gym to reduce stress and improve mental stability,

as well as to help maintain his weight.

So, your Honor I ask that you please show leniency when making your ruling. He has a family who really needs him. I need him but more importantly his young daughters need him. He is such a positive role model in their lives. They admire his strength and perseverance through hard times. Not having their father in their lives and in their home would crush them.    Together Joe and I are shaping our girls to be strong women. Girls who stand up for themselves and a cause. Girls who are sympathetic and empathetic toward others. They have learned through this whole experience that family is the most important thing. They have learned that despite what others choose to do, honesty is still the best policy and that there are still good people in this world. But we are not done and together have so much more to teach them. This is such a crucial time in their lives. They enjoy joking and laughing with their father and have been a source of strength for him over the past two years. He is the pillar of strength his whole family relies on. The fact that I am writing this letter is just so surreal because Joe is so not the person he has been portrayed to be in the press. His parents took such pride in their son's accomplishments. This man is a good man. A hard-working man who never took anything from someone unless he earned it. He was raised to be respectful but still stand up for himself. That confrontation is not always a bad thing because it eventually leads to resolution. He was taught that sacrifice is a part of life and if you want something bad enough you will work hard to earn it, whether it be a degree, a job, a house, or a car. He even learned that you have to earn people's respect as well as return it. That being fair is more important than being right. He is man who takes his family to church every Sunday and instills in them the value of doing the "right thing" in life. He is not a criminal your Honor. He is our world!

Sincerely,

Lisa Percoco

Lisa Percoco

Dear Judge Caproni,

My name is V     Percoco, and I am Joseph Percoco's sixteen-year-old daughter. Currently, I have just finished my junior year at              in Cross River, New York. I'm writing to tell you about a man you don't get to know all too much about in a courtroom. I'm writing to you to tell you about the man that has shaped me into the person I am today and the person I will be tomorrow. I am writing to you to tell you about my father.

Technically his story starts in The Bronx, New York, in 1969, but honestly, I think his story-our family's story- starts much earlier. It started when my grandmother arrived in this country at just fifteen-years-old, speaking little English and working to support her six siblings in a seamstress factory in The Bronx. Her early life here in the U.S. was one of painstaking work all as part of a larger effort to give her family new opportunities in this new land that promised to care for the "tired, the poor, the huddled masses." I say that my father's story started here, before he was even born, because I believe there is much truth to the nurture rather than nature argument we often hear debated. Are humans naturally born a certain way or do their surroundings shape them? My father demonstrates the latter. It was his parents' condition, their zeal for a better future and the work ethic they both exhibited to achieve their idea of "better," that shaped my father and thus shaped my sister and I. And I have no doubt will shape my children one day. It is my father that I think of whenever I face a challenge that gives me pause. I hear his words that he encouraged me with all throughout my childhood: "conquer your fear. You want something? You work hard to go earn it." These words ring in my ears regardless of the magnitude of the situation I may face. When lacrosse tryouts roll around each spring, first day jitters are met with "conquer your fear. You want a spot on that team? Work hard to go earn it." When standardized testing appears on the calendar and brings with it a wave of stress and anxiety, I hear "conquer your fear. You want a good grade? Work hard to go earn it." And when the reality of the situation my family finds itself in today sets in, when at just fourteen-years-old FBI agents knocked on my door, when I saw my father's face plastered

on newspapers throughout January, not only do I hear my father's words, "conquer your fear," but I find myself repeating the phrase to others.

I know you will be receiving a rather extensive collection of letters on behalf of my father, so I know when I say my father is a man of unparalleled character, I will not be the first to convey that sentiment. My father is a man of strength, faith, and resilience. Throughout our family's recent hardship, his strength and resilience has been inspiring to me on many levels. His own crisis has never taken precedence over his devotion to our family. At every lacrosse game, I could always count on seeing my father's face in the stands, regardless of whether I played that day. He even followed our team all the way up to Cortland when we were fortunate enough to make it to the state championship semi-final game. It was my father who gave me a shoulder to cry on when we lost that day. It's my father who has been the calm, patient voice in the passenger seat as I've learned to drive-which I'll admit, is not an easy task!  It's my father who, when I discuss my hopes and dreams for my future, encourages me to strive fearlessly in pursuit of the goals I wish to accomplish, although he himself might wish for a different path. My father has taught me not to fear that space outside of my comfort zone and has been my source of confidence when I venture into unknown territory. He's also been the person who has taught me that failure means nothing when you learn from your mistakes and when people meet my ambitions and goals with warnings of "don't bite off more than you can chew," it's my father who reminds me it is better to choke on greatness than nibble on mediocrity. Throughout my life, he's been so much more than a parent- he's been a cheerleader, a coach, a mentor, and a friend, roles you can't come to appreciate in a courtroom or through news media.

Former Governor Mario Cuomo once held my hand on the steps of New York's Executive Mansion and looked me in the eye to tell my thirteen-year old self a characterization of my father I'll never forget. He said to me "your father is a sweet strong. He's strong, but he's got that different side too." At thirteen, I met the Governor's words with a shy giggle and a nod, not grasping what he was really saying about my father. With the gift of hindsight, I've been able to reflect on the Governor's words and extract my own

meaning and what those words say about my father. As I've expressed, my father is strong. And by strong I mean in many ways resilient; a person whose determination and loyalty never wavers, but in that sense he is also what the Governor called "sweet," because that determination and loyalty is always reserved for those people and causes he loves. I also believe the Governor was referring to my father's sound moral principles when speaking to me that day. He is staunch in his positions on issues of morality yet always on the right side. My father is always honest in his words and in his actions, something he prides himself on and I admire him for. He'd rather be disliked for his honesty than deviate from his principles for expediency. In a lot of ways, that's how our legal system was intended to function; based on principles of justice rather than expediency in other arenas. And this brings me to the last conclusion I draw from Mario Cuomo's words. My father very much embodies that idea of justice. He's "strong" in assuring fairness, especially in his own personal judgements and he's careful to instill the same in my sister and I. He is "strong" in standing by his own principles while also ensuring-using his "sweet"- everyone sees the other side of an argument. My father is the one who always reminds me to empathize with my opposition in a debate while also teaching me how to hold fast to my own judgements. In ideological debates of our own, my father is the person who plays devil's advocate across the dinner table making sure I can appreciate another side of an argument, while also learning how to best defend my own. In an increasingly polarized world, this advice and practice has proven invaluable in numerous situations.

When tasked to write this character letter, I was eager to be of help to my father in every way possible, yet I couldn't help but stare at a blank document for weeks on end. How do you condense sixteen years of unrelenting love, support, and guidance into a letter that won't span enough pages to be considered an essay? How do you convey a person's entire character on a few pages of paper? How do I express the urgency of the situation at hand and of the leniency I'm asking you for? I hope the following comes to answer these questions if the previous parts of my letter haven't. How do you condense sixteen years of unrelenting love, support, and guidance into a letter of reasonable length? The answer is, you don't. My letter, no matter how complete counsel might see it, will never be enough to

articulate what my father means to me. Anything less than an epic wouldn't suffice. The same goes for the question about summarizing my father's character. How do I express the urgency of the situation my family finds itself in and express my desire for leniency for my father? All I can say is my father, Joseph Percoco, is more than a defendant. He's more than a  former governor's aide. He's more than the face plastered across the front page of the Daily News. He's a human being and as such he is flawed. He loses his temper in certain scenarios and is inherently impatient. Yet I think my father's greatest flaw, if you'd call it that, is his devout loyalty to others, in some cases when these people don't deserve loyalty or do not repay it. Joseph Percoco is a husband, a brother, an uncle, a nephew, a friend, and most importantly, he's a father with two daughters who need him in their life. They need him for everything from the small stuff (lacrosse games, parent teacher conferences…) to life's big milestones (prom, high school graduation, college move-in day…). We need his sense of resilience and strength to inspire our own. We need his sense of humor and love of road trips to help us continue to make our own memories. We need his kisses goodnight and cries of "have a good day" as we walk out the door for school. We need his "sweet strong" personality to toughen us up yet remind us of our own morality and obligations. We need our father, and that is in your hands. With that in mind, I ask you for leniency in sentencing my father. I ask that the punishment fit the truth of my father's case and that you keep the testimonies of these character letters in mind when making your decisions.

Thank you for your time,

Percoco

V█████ Percoco

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Honorable Judge Caproni,

My name is Vita Percoco. I am writing you this letter on behalf of my older brother,
Joseph Percoco. In a few short weeks, I understand that my brother will be sentenced based on
his recent conviction on March 13, 2018, and that Your Honor will be making the final decision
on his sentence. It is that decision, that will have a great impact not only on my brother but also
on his wife, two young daughters, and his family and friends who love him dearly. Out of respect
for my brother, I have remained silent since this nightmare all began a little over two years ago. I
was unable to attend the trial in support of my brother because, I am a New York City Public
School Teacher and could not take time off from work.

It's for this reason, that I would like to share with you my relationship with my brother
and express some of my concerns with respect to my brother's case. I want to apologize in
advance for my mixed emotions. It isn't directed toward you, but I'm having a difficult time
accepting what has happened and coping with it too. It has been extremely painful to hear the
accusations made against my brother whom I have idolized since I was a little girl. To see my
brother and his family going through this ordeal and not being able to do anything to help or fix
this makes it even more frustrating. Since this started, I have had to cut some ties with friends
and even some colleagues because of the hurtful comments they have made about my brother to
my face. It's difficult to keep quiet or ignore comments. I haven't shared these concerns or issues
with my brother completely because he is already under enough stress. He often apologizes to
me and other family members for how this is affecting us.

Not having my parents here has also been a tremendous strain on my brother and our
family too. We just lost our mother, almost five years ago, on September 5, 2013, to ███████
████████████████████████. She was only sixty-six years old. My brother was
very close to my mother like we all were but in a situation like this he could have used her
support more than anyone else. I wish I could have brought my mother back just to help him
through this. I am afraid that something is going to happen to my brother because he has always
been so strong for everyone over the years. I don't want my nieces to go through what I did when
I lost my father as a young teenager. They need to have both parents in their life especially

during the crucial adolescent and teenage years. That's why I am so upset and devastated by this whole situation. It has brought back some very painful memories for me and I adore my nieces like I would my own children. I don't have children, but my nieces are like my children and after the way my brother has always looked out for me it's my priority to do the same for his children.

My brother has never been convicted of any crimes before and he continues to set a good example for his two young daughters despite everything he is going through. My brother goes to church every day and often volunteers at both his daughters school and church events. He also volunteered to be the assistant coach to his daughter J████'s lacrosse team and acted as a parent chaperone for his oldest daughter V████'s lacrosse team.

Both my parents worked so hard and made so many sacrifices to give us a better life and education than they had back in Italy. They moved us out of the Bronx in 1975, to send us to better schools and gave us a beautiful home. They did without, so we could have better and that's what my brother worked so hard to do for his wife and children. My brother moved out of Staten Island to Westchester because he wanted his daughters to go to good schools and have the same opportunities if not better than he did. My parents were both so proud of my brother's accomplishments. He was their pride and joy and their only son. It was as if they lived their American dream through Joseph's eyes. My parents are both turning in their graves and not resting in peace because of this ordeal. Joseph has always been a wonderful son to both my parents from when he was a little boy. He would often help them around the house and when they would argue he would always try to get them to stop. My sister and I would cry when my parents argued but, Joseph would have the courage to get between them and try to bring about peace. Even when my parents divorced, he would keep the peace between them and it was not an easy task.

Since the day our mother brought me home from the hospital 41 years ago, my brother Joseph, has never left my side. When he first heard our mother was expecting another baby he wasn't too happy. He told our mother she was too old to have another baby because he was already seven years old and my sister Fran was enough for him. He changed his mind, when he heard I might be a little brother for him to play with. It was because of me, that he decided at age seven, that he wanted to be a lawyer. Our mother had fallen in a department store while she was pregnant with me. She hired an attorney to represent her just in case her injuries might have caused me injuries as well when I was born. Joseph told our mother that when he grew up he wanted to be a lawyer when he grew up and he was going to take care of her when she got older and buy her a big house.

Joseph has not only been like a "second father" to me in the absence of our father but my "idol" since I was a little girl. He has been my playmate, my rock, my protector, my best friend and big brother all wrapped up in one. I followed him around like a puppy and wanted to follow in his footsteps. He taught me how to shoot a lay up shot, dribble a basketball and helped me practice for basketball tryouts. When I was in elementary school, he walked me to the bus stop every day when I was being bullied on the bus. On Saturday mornings, he watched Saturday morning cartoons with me and made me breakfast when my parents were at work. He was the only one of his friends who took his baby sister to the mall with him and bought me anything I

wanted. When Joseph was a senior in high school, he was a member of "The Athletes against Drugs" program. My teacher invited him to speak to my fourth-grade class about the program and to "Say No to Drugs and Alcohol". Every time, I went to a friend's birthday party all my little friends would wait at the window for my brother to come pick me up. They swore he looked like Tom Cruise and all had a crush on him. He taught me how to drive on the highway, in the snow and how to parallel park.

    When I was twelve years old my parents divorced. It was very difficult on all of us especially me because I was the youngest. Joseph, was nineteen years old and he was away at Wagner College. We lived in Rockland and he would come home every other weekend to visit. He always made sure to ask me how I was doing in school and reminded me to obey our mother and older sister. He always called on Thursday nights to speak to our mother, but he never hung up the phone before asking to speak to me too. When I did well on my report card, he took me to my very first concert to see Bon Jovi. At my Sweet Sixteen, Joseph stood in for my dad and danced with me to the song "Sixteen Candles". He also made a nice speech in which he spoke of how important his role is as an older brother and a good role model. He spoke of how every time he was confronted with making poor choices I always came to his mind. He said he avoided doing the wrong things because I was watching him and what I thought of him was very important to him. To this day, he still feels that way and avoids doing the wrong things not only for me but for his two daughters V▮▮▮▮ and J▮▮▮▮▮. It's for that reason, that I do the same for him when it comes to his daughters. As an aunt, I think long and hard about the decisions I make before doing them.  Setting a good example for my nieces and what they think of me is just as important as it was for my brother when he did it for me. I always think of that speech he made at my Sweet Sixteen many years ago.

    Unfortunately, on January 23,1994, our father passed away suddenly, at fifty-eight years old, from a massive heart attack. Once again, Joseph, had to step up to the plate to be the man of the house. He was only twenty-four years old. Joseph was the first one to greet the policeman at the front door when the doorbell rang at 3 am. He was so strong and brave as he gently broke the bad news to my mother, my sister and me. I had just turned seventeen and was a junior in high school. My sister was twenty-five and she was five months away from getting married in May. My mother was forty-seven, and still recovering from back surgery. If it had not been for Joseph's swift thinking and resilience, my father's funeral would have never taken place. Joseph organized and paid for my father's funeral without hesitation even though he had never planned a funeral before. My father did not leave us any money to pay for his funeral, but my brother didn't even care. He just did what he had to and never took any money back from my mom for the funeral expenses. Our mother guided him from her bed because she was still recovering and having trouble walking after her surgery.

    After the funeral was over, my brother was the one to get me back into routines and sent me off to school that next Monday. He told me how important it was for us to go on and although it was going to be tough for a little while we would get through it together. My mother was still ill, and she was unable to find work. He knew I had to go to college and needed money for school. My sister was getting married in a few short months. He decided to open a bakery

with my mom shortly after my sister got married in Staten Island. He knew he was going to marry his college sweetheart, and he didn't want my mom and I to be alone in Rockland. Joseph convinced my mother and I to move to Staten Island. He felt the change would be good for my mother and I and it was a fresh start. Both my mother and I would work in the bakery and I would go to college during the day. My mom had the morning shift and I would relieve her after I finished school and I would close the bakery. Unfortunately, we didn't have the bakery for too long, only 18 months, and my brother once again absorbed the financial loss without hesitation. He had put all the expenses in his name just in case things didn't go well to protect both my mother and me. He felt he was young enough to make money back, but my mom was a single mom and not well enough to do so. He also wanted me to finish college, so he made sure there was no excuse for me not to go.

Joseph also helped me apply for college and I was accepted into his alma mater Wagner College. When I got my college acceptance letter and news that I had been given a four-year academic scholarship he was the first person I called. I was so excited and had it not been for his encouragement I would have given up. I was afraid I wouldn't be able to afford college because my dad was supposed to help me pay for school but when he passed away I never thought I could do it. My brother wouldn't let me give up on my dream of becoming a teacher. He told me not to worry and, in his words, Joseph said, "Don't you worry little sis, your big brother is going to find a way to get you to college". Joseph became my legal guardian when he realized I had no health insurance after my father passed. My mother could not afford to pay for both mine and her health insurance because she was not working after her surgery and had to absorb other household bills my father was no longer around to pay after his passing. My father was supposed to provide me with health insurance and a portion of my college tuition had he still been alive when I went onto college. Not only did Joseph help me with my health insurance, but he lent me his car during the week when I didn't have a car to get to and from work. He worked in the city and would take public transportation. He told me I could take his car during the week, because there were many nights I didn't get home until midnight from work and school. He didn't want me taking public transportation late at night or in bad weather.

What young man steps up to the plate like that without even being told to do so for his younger sister and mother? Not too many, especially at the young age of 24 years old. He just did it and handled everything with such ease. Deep down he was devastated that our father was gone but he knew he was now officially the man of the house. We never got to say goodbye to my father, but my brother just assumed his role in the absence of my father without even being asked to do so. He's done a wonderful job and my father would be very proud of him for taking such good care of all of us.

My mother was also very fortunate to have a son like Joseph. Whenever my mother needed him he was always right beside her. She was a tough cookie and sometimes it took a lot of convincing to get her to change her mind or make tough decisions. My brother had a lot of patience and a way with her that no one else had. Once she felt secure of her decision she usually listened to him and was grateful for his help. They were two peas in a pod and they adored each other. My mother was so proud of him and in her mind, nobody was better than her son. She

would always tell everyone of my brother's accomplishments or brag about something he had done for her. Joseph always went out of his way to take care of our mother even when she drove him crazy and wouldn't listen. Eventually, without admitting he was right she would go along with what he advised. She never made big decisions without asking him what he thought. She valued his opinion and knew he would never steer her in the wrong direction. Most of all she knew how loyal he was to her and that he always had her best interest at heart. During and after Hurricane Sandy he drove into Manhattan to visit with my mother after her heart surgery. My sister and I could not get to our mother, nor would he let us drive out there, so he assured us he would go check on mom. How he got through the roads to get to her only God knows but he kept his word like he always does. She was so happy to see him and if she had only known what the conditions were like on the roads she would have went crazy and sent him home. So, he didn't tell her and kept her calm and made sure she had everything she needed.

As my mother's illness got worse he would call me from the road in between events and meetings with the Governor every day to check on her. He would listen to me crying when mom was having a bad day. He would call her doctors and even come to many of her appointments because my mother felt more secure when he was there too. He often came with his wife and daughters to visit my mom and relieve me for a few hours, so I could get some rest. In my mother's final days, like me he was at the hospital every day. We cried and hugged each other as my mother, made the decision to go into hospice when the doctors told her there was nothing more they could do for her. My brother went out on a mission to find my mother the best Hospice facility that would accept her insurance and easily accessible for my siblings and our family to get to. When my mom arrived at the Hospice facility, the first thing she said to the nursing staff was "What a beautiful place you have here. My son did a good job. He always takes good care of me." When we took her outside the to see the beautiful religious statues on the grounds of the ███████████ Hospice Facility, in her wheel chair, she cried tears of joy. She said it was the most beautiful place she had ever seen, and she felt very much at peace. Once again, I must give my brother credit for that one. He also took care of organizing my mother's funeral arrangements and estate just as he did for my father. Only this time, my mother made sure we had what we needed to pay for her funeral expenses. My mom trusted him so much that she named him co-executor of her final will and testament along with my older sister Fran.

After my mother passed away, I had the hardest time adjusting. I had been living with my mom while she was ill and was with her in her final moments. Like my siblings, I watched my mother's health deteriorate quickly before my eyes and I was unable to do anything to stop it. I think what made this experience different was that both my siblings were married, and we didn't live in the same household as when my father passed. We also did not have my mom there to console us and the idea that both our parents were gone way too young really hit us hard. It hit me a little harder because I was my mother's primary caregiver and I grew very attached and protective of her as her health deteriorated. I was very close with my mother and even though I knew her passing was inevitable I just couldn't cope. ████████████████████████
████████████████████████████████████████████████████████████████

I had to move back to Staten Island because my teaching job was there. My brother was with his family up in Westchester and my sister lived in Rockland with her husband and the rest of our



family.

Joseph was very worried about me and he was determined to help me my brother was the one who helped me through it. He was frustrated and sad to see me in the condition that I was in.

Joseph came with me on many of my doctor's appointments when my sister was unable to My sister in law and nieces also pitched in to help me through this but my brother knew how to calm me down when I was most agitated and frightened. Had it not been for the support of my brother Joseph, and my older sister Fran I would have not gotten through it.

Although, I am very grateful for the wonderful things my brother has done for me over the years, the life lessons he has taught me have proven to be most significant and valuable to me than anything else. He has given me hope and solace when nobody else could. From a young age, he taught me to work hard and be grateful for the little things. He also taught me to have integrity and always tell the truth no matter how bad it is. He told me to admit when you make a mistake and to take responsibility for your actions no matter how hard the consequences are. He's taught me that when you do make a mistake it's best to admit what you've done wrong and be willing to accept the consequences for your actions. Making excuses for your actions and not being honest only makes things far worse. He always says taking ownership and trying to correct your mistakes is better than making more excuses. Just get it done!! Is what he always says. Making excuses is one of my brother's pet peeves. He has always told me to take criticism with a grain of salt even though sometimes it's hard to hear or accept.

Joseph always gets on my case for being too sensitive or defensive. Even though, I hate to admit it to him when he's not around I do take his words of wisdom into consideration. I find myself following his advice many times and he's always right. I think he would faint if he heard I admitted that. He taught me to always be kind and listen to others. To have compassion and

help others even if they can't return the favor. Always do the right thing even if nobody is watching and if your actions aren't always acknowledged. He taught me to be modest and that it's ok to be the person behind the scene. He's also taught me to take pride in my work and to do things properly the first time or don't do it at all!

Finally, the most important quality my brother taught me is to be loyal to the bitter end. My brother is such a wonderful person and the person you want in your corner always. Nobody is as loyal as he is, and nobody has as much heart as he does. He just does things for people just because he wants to. Not because he is expecting anything in return. Believe me when I tell you I've seen him do this many time not only for my family, but he goes above and beyond for his friends and complete strangers just because. Yes, I know it's hard to believe because many people in this world we live in are not always the most honest and genuine people. However, my brother Joseph Percoco is the exception! Does he have some flaws? Yes, he does. He happily will admit to them and always does.

In closing your honor, I want to thank you for allowing my brother to spend time with his wife and children these last few months and giving him permission to participate in school functions and trips with his daughter V███. I also want to thank you for taking the time to read all these letters of character on my brother's behalf. I just have one last request for you. Please have mercy on my brother's two daughters and his wife. Please take into consideration all the evidence, testimony and letters of character you have read over these last few months. Please know that my brother Joseph, is a man of great integrity.

When making your final decision, please don't take my brother away from his children for too long if you must. Don't let them go through the pain I live with every day not having my parents around especially my father. Not having my father in my life was very painful and if it had not been for my brother I would not be where I am today. I'm still single because I can't find a man who is anywhere close to the man my brother is. My nieces are exactly the age I was when I lost my father. J████ is 12, and that's when my dad left home after my parents' divorce. V███ is 16, and a senior in high school. She is getting ready to go off to college like I was when my dad died, and I was just shy of turning 17. That's why he needs to be with his children. Please don't take him away from my sister and I. It's only the three of us left and we are devastated by the loss of both our parents. He plays such an important role in our family. We need him, and we will miss horribly. I know you have a job to do and I will pray for you to make a fair decision. Thank you for your time and consideration.

Respectfully,

Vita Percoco, younger sister of Joseph Percoco

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing on behalf of Joseph Percoco, my former supervisor at Governor Andrew Cuomo's office. I reside at ███████████████████ and am 34 years old. I currently work for Altice USA as a Senior Director of Government and Public Affairs. I know Joe has been convicted and I am writing to you today to describe the Joe Percoco I have come to respect and admire over the last 7 years and ask that you take this letter into consideration when you impose his sentence.

I started my career in Government over 12 years ago, working for a freshman NYC Council Member. It was my first introduction to government and politics, and as you can imagine, it was an eye-opening experience. After five years working at the City level, I was ready for a change. I applied for a position with the Cuomo Administration and after moving through the interview process, I was told that I would be meeting with Joseph Percoco. Naturally, my inclination was to do my research and thanks to google, I pulled up all the information I could on Joe. He was described as a "pugnacious aide" and former football linebacker. Of course reading this information made me extremely nervous for my interview. However, in typical Joe fashion, I was pleasantly surprised. You can't always believe what you read...Joe was funny, engaging, knowledgeable but straightforward and no nonsense.

In September 2011, I officially joined the Governor's office as the Bronx representative. Joe was at the helm of our Regional Affairs team. We took our guidance and direction from him. He would always put in 110% if he was asking us to do the same. You are really able to learn someone's character when you work alongside them in intense working environment.  The Governor sets the bar high and we worked long hours and weekends supporting the Governor's agenda. We cultivated a strong team at the Governor's office, in the most real sense, we were like family. In the trenches together, supporting each other. Joe called us out when we needed to work harder but was the first one to thank us and support us after our successes.

Working for Joe was an incredible experience and I truly believe I wouldn't be where I am today, if not for him. He took a chance on hiring me. He gave me the most amazing opportunity to work for an incredible administration. He taught me what it was to work hard, pay attention to detail, how to cultivate and maintain relationships. Joe is indeed a personality and I am sure there were times we could describe him as pugnacious. However, he is also loyal, supportive, caring, hardworking and a rare find in government/politics. I am truly thankful for my years working for and with Joseph Percoco and would do it all again if given the chance.

The crime that Joe has been convicted of does not represent the Joseph Percoco I have come to know, respect and love. The love he has for his wife, two daughters and extended family is what defines Joe and has always been at the forefront of everything he did. Joe has worked hard to provide for his family and I know they are his main motivation in life. I hope that you take this into consideration and show leniency when sentencing Joe.

Sincerely,

Jennifer Rivera

July 10, 2018


The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of NY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing you regarding my dear friend Joseph Percoco.  I live at ███████████████████
████  and I am 41 years of age.  I have known Joe very well for 14 years when we met on a campaign.
Joe has become one of my dearest friends and a man I trust unequivocally.

Aside from backing the same candidate many years ago and both being active politically, I believe my
most common bond with Joe is that we have both lost our Dads when we were young, and also have
laid our mothers to rest long before most people have to.

Joe has had many titles and has worked for historic governmental leaders during his professional career
after law school, however his first and foremost role has been as a son and brother.  The traits of
compassion and work ethic that Joe is well known for were nurtured early in his life after his father
passed away.  Joe focused on being the best son and supporter to his mom and sisters that he could be.
Long before Joe's career really took off, he demonstrated his true self during the years after his father's
passing.

It has been gut wrenching to watch this narrative be crafted that Joe is anything but a good man.  Since
the day I met Joe in the summer of 2004, and I remember that day well, Joe exuded friendliness, humor
& seriousness all while demonstrating loyalty to a friend of his who was rebounding from some defeats.
His friend happened to become Attorney General and Governor of New York State which Joe used all of
his skills to help make happen.  Joe did not have to beg to be in that person's inner circle which is a
evidently a difficult world to live in.  Joe was asked to serve because he earned a pinnacle leader's trust
and respect.  However, Joe is a lawyer and had a good career at KPMG.  He easily could've built a terrific
career in the private sector, but he decided to serve the state of New York that was suffering from
embarrassment and lack of leadership.  If Joe were ever looking for a meal ticket, he could've had it
without joining the public service.   He was clearly destined for success.

During his time in state service, many of us looked to emulate the way Joe operated.  He is a role model
in how to communicate, tackle projects and keep up with a constant flow of work.  He can accomplish
more in an afternoon then most people can do in a week.  As a friend during Joe's time in public service,
I did my best to stay clear of drama or trouble or stupid mistakes, primarily because it would disappoint

Joe.  He was the compass of whether you were a trustworthy worker or not.  He would certainly let you know how he feels.  It was always honest.  One may have interpreted Joe's radical honesty as hostile, but he didn't intend it that way.  Decisive answers are always better than indecision or no response.  It genuinely was shocking to hear that Joe allegedly participated in anything, well, stupid.  I fundamentally believe he was and is too smart and trustworthy to risk his reputation and family name.

There are closer colleagues than me that can attest to Joe's accomplishments while in public service.  I was just one of the many people Joe worked with.  But even a casual observer could see that Joe was instrumental in effecting positive change in both policy actions and getting the government to work hard while with the government.

As a friend, I had a moment in my life where I needed counsel and support.  I worked for the NYS AG's office in 2007-2008.  Frankly, the national economic crisis in 2008 also had me on the ropes.  I needed to leave state service to make more money to provide for my family.  Joe did not have to do anything.  Yet he made sure he did everything he could to help me.  He was actually upset I didn't tell him sooner.  That just isn't typical.  Politics is full of fake friends.  He could've easily ignored me and my plight.  By giving me the opportunity to work for the AG's office and helping me afterwards, Joe positively altered the trajectory of my life.  If not for him, I don't know where I would be.

Shortly after Joe began to suffer this nightmare so publically in 2016, I sent him a Holy Bible with his name engraved into the cover.  It was my way of encouraging him to lean on his faith, as well remind him to put himself and his wellbeing first for once.  For two years until the day the trial ended, I woke up and sent Joe a bible verse and checked in on him.  It was the least I could do in return for all he has done for me.  It was torture to watch such a good man to go through this nightmare.  But selfishly, it was nice to get close to him again.  When Joe was working at the height of state government, he was tough to genuinely connect with anymore.  With his life slowed down, friends of his were able to reconnect with the man we befriended long before he was a household name.  I got to fish with him and share his company.  Joe genuinely surprised me by beginning to send me devotionals and prayers each day which he does to this day.  We attended church service together a number of times during the trial when we were both in Manhattan.  I know he appreciated the company, and it was important for me to know he wasn't going to a dark place or a depressed place.

True to form, since the beginning of this nightmare till today, Joe has had his chin up.  For that, I am so proud to be his friend.  Joe Percoco is a role model based on how he handles good times as well as bad.  Joe's true self is not aggressive, histrionic or impulsive.  Joe Percoco is thoughtful and centered in his thinking.  His humor is second to none and his warmth is felt by those closest to him.  I believe he has been able to keep his chin up during this trial because he dug his heals in and leaned on his Christian faith.

Many people have not seen the personal side of Joe.  He never tried to puff up his reputation and constantly ignored interviews during his rise to power.  I almost wished he had so people would have a better glimpse at the humor, honesty and integrity he leads with.  What people don't realize is that Joe is the quintessential family man.  Many of us have joked that Joe could be rough at work sometimes because he was such a softy at home.  His daughters are the love of his life and he expresses that to me often.  He and his wife have gone through a public trial in many ways these last few years.  And I know Joe has worked hard to keep everything balanced at home during this time and focus on his marriage and his wife's comfort.

I watched the investigation and trial closely and know he was acquitted of some charges and convicted on others.

I truly realize this case was difficult for you Judge and I hope this letter helps you better understand the father, husband, son, brother and friend that will stand before you for sentencing.  This is one of the most important letters I ever had to write and I pray to God it actually has considerable effect on your leniency.

I pray and plead that you are lenient in your sentencing.  Joe's life has already been turned upside down and for such a private man it will take years for him to truly recover.  The damage is done.  His daughters are towards the latter end of their secondary school education.  Strangely, I feel God had a hand in roughly extracting Joe from the stratosphere he was in professionally, so he can have quality time with his daughters before they leave for college.  It would be an absolute shame if his life is ripped apart more than it already is.  Joe's career and professional life were squeaky clean and its heights were limitless.  Joe has lived a good, but tough life and this time with his daughters is crucial.  Please spare Joe a strong sentence.  I know he will rehabilitate himself over the next few years and use his indomitable spirit to right this wrong in his life so he can continue to be a role model for all of us.


Sincerely,


Joe Rossi

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Peter Rotondo, my late Uncle Frank Coppola was Lisa Percoco (Joe's wife) step-father. I'm 43 years old and currently living in Lexington, KY. My phone number is
█████████. For the last 12 years, I've worked for the Breeders' Cup, the championship event in horse racing and am presently Vice President of Media and Entertainment.

Judge Caproni, I am writing on behalf of Joe to just give you some insight to what kind of family man Joe has become over the years. I hope you will consider my feelings about Joe and his family as you decide his sentence.

My Uncle Frank was diagnosed ████████ in 2000 and ultimately passed away in 2003. Joe was there for my Uncle virtually all of the time. Not just for my Uncle for my Aunt Mary Ann, my cousins Lisa and Michelle plus my Mom. He was there for everyone and everyone depended on him for support. To this day, I don't know how he dealt with such emotions at every turn from watching my Uncle die to caring for all of the women who loved him dearly. I wasn't around as much as I would have liked to have been back then to be much support so Joe literally took it all on. I will be forever grateful for this actions during the most troubling of times.

Starting with the following Thanksgiving, I've spent every single one in his home with my Mom, Joe and Lisa and his two beautiful young daughters plus Joe's sisters and until recently his Mom (she passed a few years back). Like clockwork, Joe recounts my Uncle Frank's greatest moments and makes us laugh (and cry sometimes) as he retells some amazing stories in only the way Joe can deliver. I truly look forward to Thanksgiving more than any other holiday!

Ultimately, I'm writing this letter so you can understand a bit more what kind of man Joe is to the people who love and depend on him. We all make mistakes and we learn from them. I can't imagine Joe not being at that Thanksgiving table this year so I ask you to show leniency to Joe as you consider your decision.

Thank you for taking the time to read my letter.

Peter Rotondo

**RICHARD H. SCHAFFER**

ATTORNEY AT LAW

**816 DEER PARK AVENUE**

**NORTH BABYLON, NY 11703**

**(631) 422-2900**

FAX **(631) 422-0987**

July 16, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I write to you as you consider the sentence to be imposed on Joseph Percoco. I respectfully ask you to include my thoughts and comments as you deliberate.

Joe and I have known each other for approximately thirty (30) years. We are both about the same age, started about the same time in politics and government and have worked together on many issues and projects for the benefit of our mutual constituents.

I have served as a Suffolk County Legislator, Babylon Town Supervisor (for two tours of duty, first for nine (9) years from 1992 to 2001 and currently from 2012 to present) as well as Suffolk County Democratic Committee Chairman.

I have seen all sides of Joe and have been on the receiving end of his infamous "tough guy" image that was brought up at trial, but I can tell you that that there were sides to Joe that did not come through during the proceedings or through the press that you should know as you make your decision.

Joe is a loving father. Although he worked in a high pressure job for many years and served a very demanding boss, Joe always found time to be a father to his two daughters. Many people in this business put their family second, but I know that Joe always had them on his mind and made sure he made time for them.

Through the years, I can tell you Joe was my "go to" guy to get projects moving that were stuck in the bureaucracy or when I needed advice on how to accomplish an idea. Again, many people never got to see this side of Joe, but I can tell you first hand that he knew

government, cared about the people he was sworn to serve and made sure that government worked for its constituents.

Joe was critical in helping us move our Wyandanch Rising project along. Google it and you will see that we have received National attention for the combined federal, state, county and town efforts to revitalize and reclaim the most economically distressed community on Long Island. Again, Joe was my point person and helped both me and former Babylon Supervisor (now County Executive) Steve Bellone at some very critical points of the project.

Joe Percoco regrets his actions on the matter before you. He recognizes the seriousness of his actions. I can tell you this is not the Joe Percoco I know and have worked with in government and politics. A long jail sentence or any jail time will not serve a purpose in this case. Putting Joe to work in the community and utilizing his talents to teach others and help others would be a better sentence. It would allow him to educate others on how to make government work for positive change and not use government for your own personal gain. The embarrassment and tragic fall that Joe has experienced has brought more punishment to him than any jail sentence could bring.

I respectfully request that you be as lenient as the guidelines allow in this matter. Please contact me at                    with any questions.

Respectfully submitted,

Rich Schaffer

RS/dpc

The Honorable Valerie Caproni
United States District Judge
United State District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Larry Schwartz, I am 61 years old, the husband of Susan Hessney and the father of
Carly Schwartz. I have been a resident of White Plains, NY since 1997. I am currently the Chief
Strategy Officer for an Airport Concession Operator called OTG. Prior to joining OTG, I served as
the Secretary to both Governors Andrew Cuomo and David Paterson. Before serving as
Secretary to both Governors, I was the Deputy County Executive under Westchester County
Executive Andy Spano. My public service career also included serving as the Deputy County
Executive to Suffolk County Executive Patrick Halpin, as well as working for Congressman
Charles Schumer and Senate Minority Leader Manfredi Ohrenstein.

I am writing this letter on behalf of Joe Percoco with the hope that I can convince you to show
leniency when you impose sentencing on Joe.

I am aware that Joe has been convicted, but I believe that his crime does not represent who Joe
is as a friend, father, husband, nor as a son when his parents were alive or as a brother to his
siblings  And again, I ask for leniency because I think of the deep pain of separation his two
daughters will experience without having their dad home to guide them through their lives. Joe
has been a fantastic dad to his two daughters.

I first met Joe in 1994. We were both working to help re-elect Mario Cuomo to a fourth term. Joe
was just a young kid, doing everything and anything to help the Governor and his campaign. I
was the Deputy Campaign Manager. What impressed me at that time were Joe's sense of loyalty
and his strong work ethic. He never complained about any task that he was given. He was
committed to seeing Mario Cuomo win and his passion for Mario Cuomo became a lifelong
relationship of love and respect for one another.

Throughout the years following 1994, I stayed in contact with Joe.  We worked on creating joint
press events when he worked at HUD for Secretary (Andrew) Cuomo and then in the AG's office
for AG Cuomo when I was the Deputy County Executive for Andy Spano and as Secretary for
Governor Paterson.

In 2011, I went to work for Governor Andrew Cuomo, first as his Senior Advisor and then as
Secretary to the Governor from July 2011 thru February 2nd, 2015.   As the Executive Deputy
Secretary for Governor Cuomo, Joe was involved in overseeing Legislative outreach and
administrative operations, as well as working with the regional ombudsmen, organized labor and
community groups throughout the state.   Joe worked closely with me during the state budget
process.   He was able to effectively communicate to different interested parties what the
administration's position was on various policy and funding issues in the Governor's proposed
budget as well as what the differences were between the Administration and the Legislature
during budget negotiations and what was in the final adopted budget.   The same was true with
respect to major Legislative initiatives proposed by Governor Cuomo during the Legislative
session that was outside the budget process.   Joe was a very effective liaison on behalf of the
Governor with different constituency groups.

I also worked with Joe on identifying and recommending candidates to fill positions on various
state boards and commissions and we worked closely when it came to scheduling and organizing
governmental events for Governor Cuomo.

Judge Caproni, to conclude, the most important things I can share with you is Joe was a loyal and tireless worker to both Mario and Andrew Cuomo and a dedicated public servant. Second, individuals, like Joe and I, who have dedicated ourselves to public service, become enriched from the sense of accomplishment we experience as the direct result of the work we do to improve society at large. The people we meet also enrich us, as do the friendships we make along the way. This dedication often comes with personal sacrifice – sacrifice away from our families, our friends, missing out on school and other extra curricular events with our kids. Third, I know that Joe was a wonderful son to his parents and is a loving, caring brother to his siblings. Joe was and remains the rock and the anchor of his family. He was and is invaluable to them; he did and does take care of everything for his family out of unconditional love and without complaint. Joe was a good friend to me and many other people and you could count on Joe being there for you, if you needed him. And finally, I ask for your compassion; especially if you are a parent, please do not to separate Joe from his family, especially his two daughters. Joe has been and is a terrific father to his two daughters. Any father would envy the relationship that Joe has with them. I ask that you not separate that father-daughter bond at a time when his daughters are young and impressionable and need the guidance of *both* their parents as they grow in life. I ask that when you evaluate and look at Joe's entire life that you will be compassionate and show mercy when you make your sentencing decision. I am happy to speak to you further if that would be helpful to you at all.

Thank you for your consideration.

Larry Schwartz

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Caproni,

I'm writing with regards to Joe Percoco. As I know sentencing is approaching, I wanted to offer perhaps an additional perspective on Joe in hopes that you might take it into consideration when deciding his fate.

I worked with Joe on and off for over ten years. We worked on campaigns together so this wasn't a pass his desk at 9am and again at 5pm kind of thing. On campaigns we worked sixteen hour days on a good day; we worked weekends; we got to know each other's families; we saw each other at our best and our worst. We worked together when there were 100 of us, but also for many years, when there were only 4 of us. Through that time I got to know Joe— as a fiery and bold co-worker, as a devoted husband to Lisa, as a compassionate father to V█████ and J█████, as a fiercely loyal friend. Above all, I got to know Joe as a caretaker. Whether mowing his mom's lawn, caring for Lisa during ██████████████, running to watch the girls at their soccer game, or coming to a friend's rescue with a flat tire fix, Joe has always been there for everyone. In fact, I remember him doing all of those things in the course of one day.  Regardless of his workload, which was often immense, he made time to help anyone who needed it. He is the person you can call on, whether you just talked to him yesterday or haven't talked to him in months.  He constantly puts the needs of others before himself.

Joe is a hard-working, productive member of society.  He contributes greatly to the lives around him.  He's been like a big brother to me in the past, and he is someone I have come to depend on time and again.  A prolonged absence from his family and friends would be detrimental to all of us. I hope you might take this into account when considering his sentence.

If there is any way I can be of more help or provide more information please do not hesitate to contact me at ████████████.

Sincerely,
Bridget Siegel
██████████████████

Joseph Solicito

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District
of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Joseph Solicito, I am a 51 year old self employed landscape contractor
residing at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I met and became friends with Joseph
Percoco back in high school. I was the best man at his wedding and godfather to his
eldest daughter, V▮▮▮.

The reason for my letter is to hopefully help you better understand the person who will
stand before you for sentencing.

Joseph Percoco, as I described in my best man speech, is one of the most loyal family
oriented people I ever met.

Losing his dad at an early age Joe had to grow up quickly and become the man of the
house. He was a father to his two sisters and the stability his mom needed and
demanded. An example of Joe's commitment to his family that has always stuck in my
head is when Joe got engaged to his wife Lisa, who lived and wanted to remain in
Staten Island after the wedding. This was a problem for Joe because his mom and
sisters were still in Rockland County. He knew his mom would not be happy about him
leaving Rockland and living an hour away. She might not complain, but he refused to
desert his family. So what did Joe do? Since his mom worked in a bagel store for years
and dreamed of owning her own bagel/bakery, Joe found an available store in Staten
Island to open a bagel store for his mother and make her dream a reality while keeping
her close. He risked his own money to open her a store. But it didn't end there, Joe
would leave Rockland every morning at 3:00 am to pick up his bagel maker in
Hackensack, NJ because the baker didn't drive or have a car, and then drove him to
Staten Island every morning. He didn't want his mother to be inconvenienced and
woken up early, and he wanted the bakery running successfully so his mom could move
to Staten Island with him after his wedding. He would then go to work for the day for the
Governor Mario Cuomo.

After many years in Staten Island and the birth of his two daughters, Joe really wanted
to move to the suburbs similar to where he grew up to give his family a better life, a

bigger yard, and good schools. For years and years Joe spoke of leaving, and kept saying one more year and he would leave for a well paying job, and use his law degree, but every year he'd stay out of his loyalty to the Cuomo's. He never wanted to leave the Cuomo's because they always seemed to need him and he had extreme loyalty to that family, he loved them. They would ask for another year and he would give it to them.

I spent many hours trying to figure out how my friend, the most loyal, honest, hardworking person I knew, got into this situation. He didn't have the heart to disappoint the Cuomo's and disappoint his family, and got himself where he is now, in something that became too much to handle.

Judge I know Joe a long time, I know his character, I've experienced his loyalty, and witnessed his devotion to his family. Joe is a good person who I am sure is extremely sorry for any bad decision he has made along the way. I would ask you to please show him some leniency in his sentence so he can watch his daughters grow up and continue to provide for his family.

Thank you for your time and understanding.
Any questions you may have for me, my cell is ███████

Joe Solicito

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

July 9, 2018

Dear Judge Caproni:

My name is Mark Streb and I have known Joe for nearly 15 years. I have and always will consider Joe a friend of mine. I have worked for the Executive Branch of government, NYS Legislature, City of Troy, a labor union and as a private consultant. I live at ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. I have worked with Joe and have worked directly for Joe.

I'm writing this letter in support of Joe to share with you the person I know and respect in the hope that you will consider this information when he stands in front of you for sentencing.

I can't remember the first time I met Joe but it was either through government public service or working on political campaigns.   Over the years as I have gotten to know Joe and his family as he has with my family, the words that come to my mind to describe Joe is loyal, caring, honest and driven. I remember one instance when I was at a political function with my children, he made a point to come over to my family and thank not just my wife and I for coming but thanking my children for attending. I have been to many events and for Joe to take the time to come over and thank my children showed true class and caring.   As a father, I know he has always worked to raise his children with respect. I remember the first time I met Joe's girls he made a point to make sure they shook my hand, look me in the eye and say hello "Mr. Streb". In this day and age that parental teaching moment of manners unfortunately is an exception and not standard.

Through the years I always enjoyed working for and with Joe because he was always straightforward and protected his staff. Everyone knew that Joe always had your back. He expected results and made sure that everyone would succeed as a team. After major events, Joe would take a few moments to send everyone a note congratulating and thanking them on a job well done. Some would say small but he wanted to make sure people knew they were appreciated.

When the time comes for sentencing, please consider these qualities of Joe and I humbly request that you show leniency in your sentencing.

Sincerely,

Mark Streb

Mark Streb
▆▆▆▆▆▆▆▆▆

JACOB B. TEITELBAUM

RABBI OF CONG. ATZEI CHAIM SIGET

1511 50TH STREET

BROOKLYN NY 11219



רב דק״ק עצי חיים סיגעט

ברוקלין נ. י. יצ״ו

May 9, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Justice Valerie Caproni.

Please permit me to introduce myself. My name is Jacob B. Teitelbaum, and I serve as the spiritual leader of the Siget community and Congregation of New York. I am also the son of the venerated Grand Rabbi of the Satmar community, Rabbi Zalman Leib Teitelbaum.

I respectfully approach your honor on behalf of an individual who has served the community selflessly for many years with distinction and without compensation, indeed his dedication and devotion to avoiding conflict and disruption has averted many a crisis situation in the Jewish community.

Mr. Percoco has always volunteered in a time of need to help smooth out difficulties and restore calm many times at a great cost of time and effort.

Mr. Percoco has demonstrated maximum discretion in his efforts for the Jewish community and his accomplishments were legendary, When Mr. Percoco became involved everyone listened and complied with his recommendations.

Dear Justice Valerie Caproni, without attempting to address whatever  transgression Mr. Percoco has been convicted of, we appreciate your honor taking into consideration his many achievements that were never acknowledged nor compensated yet saved the State hugh sums of money by settling disputes and conflicts that would have been costly both morally and physically.

We do not wish to burden your valuable time however we beseech you to use your authority to balance punishment with inspiration and remand Mr. Percoco to a penalty of community service, which he is so capable of performing and will also benefit the community he serves.

In conclusion we offer our sincere prayers and blessings for your continued success in your exalted position and health and happiness in your career.

Sincerely,

Rabbi Jacob B. Teitelbaum

July 10, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

Please allow us to introduce ourselves. We are Michael and Sherry Toscano. We are father-in-law and (step) mother-in-law to Joseph Percoco. During our 31 years of marriage we have resided in Bay Ridge Brooklyn, Staten Island and upon retiring in 2017 currently live in Toms River NJ.

We have had the honor and pleasure of knowing Joe for over 25 years. We whole heartedly gave our blessings when he and Lisa became engaged 20 plus years ago.

We witnessed Joe's determination as he provided for his young family while attending law school in the evenings. We watched in admiration as Joe took charge of his young wife's recuperation following                . He created a schedule for family and friends to ensure Lisa had round the clock help with their 2 small children, cooking, cleaning, etc. Joe himself handled most of the laundry and food shopping.

Joe is and has always been a family man. While living in Staten Island he kept close watch on his widowed mother and his sister who shared a home. He would shovel their sidewalks and driveways and then do the same for Lisa's mom. Joe regularly visits the gravesites of his late parents.

We were eager to discuss our retirement plans with Joe as he always gave us such good advice. So naturally when drawing up our wills we chose Joe as our executor.

Joe is a devoted husband and father. He has handed down to his 2 daughters love for our great country and the importance of honesty and loyalty. Joe does not tolerate lying or bigotry from them and insists they treat others with respect, especially their mother. His oldest daughter in particular strives to be like dad. We watch in amusement when the 2 of them debate an issue.

Joe worked long, long hours and many, many weekends. He likes nothing better than spending his down time Lisa and the girls. When we enjoyed a weekend visit we were attending a lacrosse match or walking the high school track while he coached and/or practiced with his daughter. A laid back dinner on the porch with Joe at the grill was the perfect Saturday night.

We are proud to know Joseph Percoco and to call him our son-in-law. If indeed he has made any missteps along the way rest assured the man we know will remember and regret them for the rest of his life. We respectfully ask the Judge to consider his qualities, contributions and years of dedication to family members, friends and coworkers alike when determining his sentence.

Sincere regards,

Michael and Sherry Toscano

**Domenic F. Trunfio, Esq.**



July 2, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing on behalf of Joe Percoco. I have been public service for my entire career and most of that has been in law enforcement. I began my career serving our country in the United States Navy JAGC. I have known Joe for many years, ever since he worked for then New York State Attorney General Andrew Cuomo. I obviously know what Joe was indicted and tried for, but I have never spoken with him about the charges. I know he faces sentencing soon and I was hoping to give you some perspective of my interactions and knowledge of Joe before you sentence him.

Joe was always professional in my dealings with him. Whether I was working with him while he was in the AG's Office or while he was in the Governor's Office, he was always direct and honest with me. He always kept his word. You always knew where you stood with Joe and I can tell you that this has not been my experience in over 25 years of dealing with people in political offices in every level of government. If Joe could help on an issue, he would. If he couldn't help, he would tell you that. He wasn't necessarily a policy guy, but he would direct you to the people that were. Over time, I got to know Joe on a more personal level and there are two things that struck me about him as I got to know him better. I thought I would share these two things with you.

First and foremost, Joe is devoted to his family. He was very close to his mother and he was devastated when she died. His wife and kids mean the world to him. Despite having a demanding, high profile job with high levels of stress and intense pressures, he's a doting father who has made an effort to raise his kids to respect others, to work hard and to go out and "do good in the world." As I have gotten older (and hopefully wiser), I have learned that you can tell a lot about the character of a man, whether he be flawed or not, by the way he treats his family and raises his children. In that regard Joe is a good man.

1

The second thing that sticks out to me about Joe is that he was never pretentious or boastful about his position.  In my experience, he always tried to help when he could, and he always tried to do the right thing, despite the competing interests and pressures from all sides that he routinely navigated. Not once did I ever hear him factor in political benefit for either himself or the person he worked for.  When we disagreed on an issue, he never held it against me the next time. I always appreciated that and I always considered him a "stand-up" guy.  Joe has always respected me and my position and, in fact, he was adamant that I did not have to write this letter on his behalf.  I have chosen to do so because I genuinely care about him and his family.

I will close by saying this: I honestly don't know what Joe did or didn't do. What I do know is that he truly regrets that he put himself in this situation and I believe he deserves a second chance and the opportunity to rehabilitate himself and his reputation.  Your honor, I know sentencing is your decision and that most decisions judges make are difficult, especially when one's life and future is in the balance.  I just wanted you to hear a different perspective about my experience and knowledge of Joe before you make that decision on his future.

Thank you for giving me the opportunity to be heard.

Very respectfully,

Domenic  F. Trunfio

2

# George Weinberger



May 3, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I would like to introduce myself. I am the Chairman Emeritus of Agudath Israel of America. Agudath is the largest advocacy and social service organization representing the Orthodox Jewish community in America. As part of its mission, Agudath interacts with government on the local, state and national levels.

For more than a decade, I had the opportunity to interact with Joe Percoco. I made many trips to Albany on behalf of Agudath to advocate on behalf of various legislative initiatives. I found him to be honest, fair minded and accessible. He was always able to cut to the heart of the matter and make things happen. There were many serious issues that we were dealing with. Joe always gave the appropriate attention to these issues. We didn't always agree, but we respected each other's point of view.

I know Joe has been convicted and is facing sentencing. I would ask your honor to consider the contributions he has made and the future contributions that he can make.

He is a good man and can contribute greatly to society. I am sure that he regrets his past actions and will do good things when he rejoins society.

Sincerely,

George Weinberger

Chairman Emeritus

Agudath Israel of America

Dear Judge Caproni,

I am writing to ask you to consider the information below as you decide the sentence of Joe Percoco and exercise leniency based in part on this letter.

I graduated from St. John's Law School in 1984 and was admitted to the Connecticut bar that year and to the New York bar in 1985 (second attempt on the exam). I was an associate concentrating in employment discrimination and labor relations at a couple of New York City law firms until 1987.

After serving as a volunteer lawyer on Governor Mario Cuomo's re-election campaign in 1986, I was given the opportunity to join the Administration. I worked in a number of capacities with increasing levels of responsibility until November 1994. My last two assignments were as Counsel to the Lieutenant Governor and then Director of Legislative and Intergovernmental Affairs to the Governor. My last job encompassed a good number of the responsibilities Joe had during his time with the Andrew Cuomo administration, so I understand the job and the pressures. I worked closely with many gubernatorial staffers throughout that period of time, including Joe.

Since 1995, I have practiced law a little and built a successful government relations firm. Joe and I stayed in touch throughout his years at HUD, OAG and the Governor's office. I also stayed in touch with Mario and Andrew Cuomo. I know that they both relied upon Joe through the good and challenging times. I personally worked with Joe on Andrew's campaigns and, on occasion, on client matters after Andrew became Governor and Joe assumed his position.

Joe never did anything – ever – to advantage me or my clients unfairly or illegally to be sure. He extended the courtesy of his office and our friendship to give me his honest, unvarnished thoughts and guidance.

I met Joe in 1988; he was an intern. He had a terrific work ethic and demonstrated a strong desire to help the team; he showed an early understanding of what I will call Mario Cuomo's mission. Our relationship grew as we increasingly interacted with each other over the next few years. He was trustworthy, reliable and effective. And he was honest; there was never a doubt. These were excellent qualities given the intensity and challenges of the work.

I recognized in Joe a kindred spirit – working class background, economic challenges and an understanding that the way forward was more education and hard work; no shortcuts. I cannot recall a useful anecdote but my letter is not about anecdotal evidence of Joe's character. My letter is about 30 years of knowing Joe as a professional and a person. Indeed, throughout our careers we have argued and he has been sharp; it is his passion and personality – not a character flaw and never to suggest anything questionable or improper.

As Counsel to the Lieutenant Governor, I was pleased to write a letter to St. John's Law School recommending Joe for admission. I didn't have to, nobody asked me to except Joe. I was happy he chose the law as his next step and had every confidence he would succeed. Joe is a proud man who is deeply remorseful and embarrassed about how he lost his compass and what he did. He knows he let a great number of people down.

I know this because we talked as big brother to little brother. I take my share of responsibility for not being there for him as he made the bad judgments he knows he made. One anecdote – when I read in the paper about the narrative of this case and began to follow its development, I reached out to Joe for lunch. Rather than offer him sympathy, I threatened to beat the hell out of him (as if I could!). I saw him cry. I knew then and there he understood his mistakes and regretted them profoundly – he knew he blew it. We have since talked about his wife, kids and the way forward.

Joe knows he has work to do and a penalty to pay. But I know and fully believe that his debt to society, his family and his colleagues will be repaid in full as he is permitted to contribute to the well-being of those he cares about most and loves deeply.

Joe's profound sense of loyalty, commitment and friendship led him to make some terrible judgments.

Please give Joe a chance to get his life back on track. Thank you for your consideration.

Sincerely

David N. Weinraub

May 8, 2018

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I respectfully submit this letter to urge Your Honor to display leniency and compassion in connection with the forthcoming sentencing of Joseph Percoco.

By way of introduction, I am the CEO of Outerstuff, a sports apparel manufacturer, and a member of the Orthodox Jewish community who is active in Jewish communal affairs.  I have come to know Mr. Percoco through the work I have done with him over the course of his public service as an aide to Governor Andrew Cuomo.

It is not my purpose in this letter to pass judgment regarding any crimes Mr. Percoco may have committed.  Nonetheless, everything I know about this individual persuades me that while he may have been found guilty of a crime, he is far from being a criminal.  To the contrary, I have found Mr. Percoco to be a man with a big heart, and an impressive track record of caring for some of the most vulnerable and downtrodden members of society.

During Mr. Percoco's tenure in the Governor's office, we had occasion to collaborate on certain humanitarian causes, such as the time in December 2013 when he approached me about participating in the Governor's holiday drive for needy children.  Outerstuff decided to donate approximately $125,000 worth of coats to this humanitarian cause – and while Mr. Percoco's name never appeared in any of the press releases or news stories about this donation, I can attest that it was his persistence, and sincerity, that persuaded us to undertake this humanitarian gesture.  He really cared – and that made us really care.

Though the years, I have had several occasions to interact with Mr. Percoco.  I always found him to be receptive to issues of concern to the Jewish community, a fierce warrior on the battlefield against anti-Semitism and a staunch advocate of religious freedom.  His public service made a real difference.

The Honorable Valerie Caproni
May 8, 2018
Page 2

As Your Honor considers the nature and severity of the punishment Mr. Percoco should
receive, I would respectfully urge that you focus on the entirety of the person – not just on
the crime for which he was convicted, but on the much broader picture of a faithful public
servant whose deep human concern for needy members of society is exemplary.

Many thanks for your kind consideration.

Sincerely,

Sol Werdiger



# VILLAGE OF KIRYAS JOEL

Post Office Box 566, Monroe, NY 10949
Phone: 845.783.8300 • Fax: 845.783.9491 • TDD: 800.662.1220

**Mayor**
Abraham Wieder

**Administrator-Clerk**
Gedalye Szegedin

**Trustees**
Moses Goldstein
Jacob Freund
Samuel Landau
Jacob Reisman

May 3, 2018

The Honorable Valerie Caproni
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Joseph Percoco

Dear Judge Caproni:

My name is Abraham Wieder, I am President and CEO of Monroe Cable Co. which provides wire and cable to the U.S. Navy. I reside at                                    . I have served as a village trustee and have been its mayor for the past 21 years.

Your Honor, I am writing to request that you kindly extend any leniency allowed by law for Joseph (Joe) Percoco. The late Governor Mario Cuomo introduced us more than 25 years ago, and we have been friends ever since. The introduction occurred in the early 1990s when I lobbied to separate the Village of Kiryas Joel from the Monroe Woodbury School District. The separation became necessary when the Monroe Woodbury School District found itself unable to provide culturally for Kiryas Joel's 'special needs children' who were predominantly Chasidic Jews.

The governor tasked Joe with finding a workable solution that would address Kiryas Joel's unique needs, without overburdening the Monroe Woodbury School District and without violated the separation of Church and State. Joe visited with the families of the 'special needs children' and from his facial expressions I knew that he was the right man for the job. He listened attentively and asked pertinent questions until he was fully versed with the situation. It took more than three years and legal battles that when all the way up to the United States Supreme Court but ultimately we prevailed, thanks in no small part to Joe's belief in, and dedication to, this project.

It has been twenty years now and the Kiryas Joel School District, which Joe was so instrumental in creating, is actively providing for those 'special needs children' in a culturally friendly environment while working hand in hand with the Monroe Woodbury School District. I was therefore saddened to learn of Joe's conviction.

I respect the rule of law and our justice system so I must accept the courts findings. But please understand my quandary. For a quarter of a century now I found Joe to be a man of his word, never sugar coating any situation but doing so with caring and with sensitivity. Joe bridged the gap between the Monroe Woodbury School District, the Village of Kiryas Joel and the State Legislature for the benefit of 'special needs children'. I therefore feel the need to reciprocate to Joe by helping bridge the gap between Joe Percoco the dedicated public servant and the Joe Percoco who had a momentary lapse in clear thinking.

From the bottom of my heart, I beseech you to please balance the decades of Joe's public service against the misdeeds he was found guilty of and kindly find it in your heart to give him a chance to rehabilitate himself.

Thank you for taking the time to read this letter, should you wish to discuss this matter further I can be reached at

Respectfully,

Abraham Wieder

The Honorable Valerie Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I would like to tell you something about myself.  I am 71 years old.  I grew up in Le Roy
New York in the Western end of the state and have lived here, except for college in Ohio
and graduate school in Texas, for my entire life.  I was elected Trustee of Le Roy in
1976 and Mayor in 1978.  I served five terms as Mayor.  I served on the Genesee County
Democratic Committee from 1976 and I was its Chairman for 11 years until 2007.
Governor Mario Cuomo appointed me as a Regional Commissioner of Parks Recreation
and Historic Preservation in 1992.  I was held over for two years into the Pataki
administration.  Governor Spitzer asked me in 2007 to take the position as Special
Assistant at Department of Environmental Conservation. I worked as a
geologist/geochemist and an administrator.  After retiring in 2015, I was again elected to
the Village Board in Le Roy and now serve as Vice Mayor.

I have known Joe Percoco well for nearly 20 years. I was chairman of the Genesee
County Democratic Party and also of the WNY Chairman's Association and an early
supporter of Andrew Cuomo for NYS Governor when Joe and I got to know each other.
In regard to the campaign, he cautioned us to be above board and observe proprieties in
support of the candidacy.  His candidate lost the primary but Joe kept in contact with me
and other chairmen.  All of the county chairs in this region relied on Joe for advice.  I
think we all had a great deal of respect for him and appreciation for his help.  He was
smart, efficient, competent, a perfect gentleman and hard working. He was always
willing to share his time to help us navigate the state bureaucracy. Despite his long hours,
he was clearly devoted to his family and often missed them.

I have spoken with Joe and he has told me that he is through working in politics.  It has
caused great pain to himself and his family. He regrets that this association has put him
in his present position.  My personal opinion is that we need more people in politics like
the Joe I know.

As a long-term Village of Le Roy Mayor, Genesee County Democratic Chairman, and
New York State Department of Environmental Conservation administrator, I feel I have
had a fair amount of influence.  Joe never asked or suggested we give business or special
treatment to anyone; but he was helpful in referring our local questions and problems to
appropriate state offices.

Joe and I became friends over these years and I know him well enough to trust him. I once sent him a homemade wooden cutting board, something I made in my shop and often gift to friends.  Joe responded that he would have to check with the ethics office to see if he could accept it.  I consider that to be an indication of his integrity.

I know that Joseph Percoco has been convicted and I hope that you will consider his many good qualities and the good things he has done.  I worry that the public perception of politics is so negative that anyone could be thought guilty by association.  I hope you will consider this letter and my thoughts when you impose your sentence.

I would be happy to answer any questions you may have concerning my experience with Mr. Percoco.  My numbers are home ███████████ and cell ███████████.  I live at ██ ████████████████████████.

Sincerely yours,


Raymond E. Yacuzzo