Re *United States v. Percoco*, 16-CR-776
Received July 20, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2018



**Request Maximum Sentencing for Joseph Percoco , Please**

**Mike Ziolkowski**   to:   CaproniNYSDChambers@nysd.uscourts.gov

07/20/2018 12:09 AM

| From: | Mike Ziolkowski  |
| --- | --- |
| To: | "CaproniNYSDChambers@nysd.uscourts.gov" <CaproniNYSDChambers@nysd.uscourts.gov> |
| History: | This message has been forwarded. |

Dear Judge Caproni:
This email is to respectfully request the maximum sentence for Joseph Percoco.
I base this on the words of Gov. Cuomo (sound at 2:08) when he formed the Moreland Commission: <u>Governor Cuomo Appoints Moreland "Commission to Investigate Public Corruption"</u>

"There is no substitute for enforcement."
Moreover, given that the State of New York is so thoroughly corrupt that the Moreland Commissioners, who swore an oath to write two corruption reports and couldn't bring themselves to write them, I am requesting that you appoint a Special Master to oversee New York State's Empire State Development and monitor their contracts and operations.
Additionally, Mr. Percoco should not hold a law license.
Respectfully submitted,
Michael Ziolkowski