UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

       -against-

JOSEPH PERCOCO,

                          Defendant.
------------------------------------------------------------ X

16-CR-776 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2018

VALERIE CAPRONI, United States District Judge:

    WHEREAS sentencing for Defendant Joseph Percoco is currently scheduled for August 10, 2018 (*see* Dkt. 782);

    IT IS HEREBY ORDERED that sentencing for Mr. Percoco is adjourned to **September 20, 2018 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

**SO ORDERED.**

**Dated: July 26, 2018**
       **New York, NY**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**