UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ECF CASE |
| v. | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| JOSEPH PERCOCO, et al., | 16 Cr. 776 (VEC) |
| Defendants. | |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: _/s/ Derek Wikstrom_____
    Derek Wikstrom
    Assistant United States Attorney
    (212) 637-1085